IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | |
| PAUL A. SLOUGH, | ) ) | Crim. No.  CR-08-360 (RMU) |
| NICHOLAS A. SLATTEN, | ) | Chief Judge Royce C. Lamberth |
| EVAN S. LIBERTY, | ) | |
| DUSTIN L. HEARD, | ) | |
| DONALD W. BALL, | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

By and through his designated attorneys, Defendant Dustin Heard hereby submits this Notice of Withdrawal of Appearance regarding the attorneys representing Mr. Heard.

As of September 14, 2012, Veronica Renzi Jennings is no longer employed with the law firm of Schertler & Onorato, LLP, and as such, should be removed as attorney of record for Mr. Heard in this case.

David Schertler and Danny Onorato, of the law firm of Schertler & Onorato, LLP, will continue to represent Mr. Heard.

Date:  September 18, 2012                    /s/ Veronica Renzi Jennings
                                                                               Veronica R. Jennings (No. 981517)
                                                                               David Schertler (No. 367203)
                                                                               Danny Onorato (No. 480043)
                                                                               Schertler & Onorato, LLP
                                                                               575 7th Street, NW
                                                                               Suite 300 South
                                                                               Washington, D.C.  20004-2601
                                                                               Telephone:  (202) 628-4199
                                                                               *Counsel for Defendant Dustin L. Heard*