## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Cr. No. 08-360 (RCL) |
| : | |
| **v.** : | |
| : | |
| **PAUL ALVIN SLOUGH,** : | |
| **NICOLAS ABRAM SLATTEN,** : | |
| **EVAN SHAWN LIBERTY,** : | |
| **DUSTIN LAURENT HEARD, and** : | |
| **DONALD WAYNE BALL,** : | |
| : | |
| **Defendants.** : | |

### GOVERNMENT'S NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, notices the following substitution of counsel:

Assistant United States Attorney Chris Kavanaugh is entering his appearance in this case.

Assistant United States Attorney John Han is withdrawing his appearance in this case.

Respectfully Submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

BY: _____/s/_____         _____/s/_____
CHRIS KAVANAUGH                            JOHN K. HAN
Assistant United States Attorney           Assistant United States Attorney
VA Bar No. 73093                           NY Bar
United States Attorney's Office            United States Attorney's Office
555 4th Street, N.W., Rm 11-449            555 4th Street, N.W., Rm 4215
Washington, D.C. 20530                     Washington, D.C. 20530
(202) 252-6977                             (202) 252-7680
christopher.kavanaugh@usdoj.gov            john.han@usdoj.gov