UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 0 2013

Clerk, U S District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Criminal No. 08-360 (RCL) ) |
| PAUL ALVIN SLOUGH, NICHOLAS ABRAM SLATTEN, EVAN SHAWN LIBERTY, DUSTIN LAURENT HEARD, and DONALD WAYNE BALL, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

In light of the status conference held before this Court on September 10, 2013, and upon the Court's own motion, it is hereby

**ORDERED** that the government shall obtain the return of any superseding indictment of the defendants no later than October 21, 2013; and it is further

**ORDERED** that a status conference shall be held before this Court on October 25, 2013, at 10:00 a.m. The Court requests that the parties submit a proposed schedule prior to the October 25 status conference.

After further consultation with counsel for defendant Evan Shawn Liberty, the Court will tentatively set any Kastigar hearing to begin on December 2, 2013, at 10:00 a.m.

**THE COURT FINDS** that the time between this date and October 25, 2013, should be excluded from the Speedy Trial Act calculation to afford the government adequate time to evaluate certain issues raised by the defendants and, if charges are sought, to complete that process, 18 U.S.C. § 3161(h)(7)(A) and (B)(ii); and

**THE COURT FURTHER FINDS**, after careful consideration of the benefits of tolling

the calculation of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, and the strong countervailing interest of the public and the defendants in a speedy trial, that based on the complexity of the issues presented by this case and the government's need to evaluate certain issues raised by the defendants, the exclusion of the time from September 10, 2013, until October 25, 2013, from the Speedy Trial Act calculation would serve the ends of justice and would outweigh the best interests of the public and the defendants in a speedy trial. It is therefore further

**ORDERED** that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), the time from September 10, 2013, until October 25, 2013, is hereby excluded from the Speedy Trial Act calculation, 18 U.S.C. § 3162(d)(2).

It is **SO ORDERED** this 10th day of September 2013.

_____
ROYCE C. LAMBERTH
United States District Judge