# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 08-360 (RCL)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **DONALD WAYNE BALL,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO DISMISS

Pursuant to Rule 48(a), Fed. R. Crim. P., the United States of America, by the undersigned attorneys, respectfully moves to dismiss the Indictment in the above-captioned matter against defendant Donald Wayne Ball, with prejudice.

Respectfully submitted,

RONALD C. MACHEN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:  /s/
Anthony Asuncion
Assistant United States Attorney
National Security Section
D.C. Bar No. 420822
555 4th St., N.W., 11th Floor
Washington, D.C.  20530
(202) 252-7786
Anthony.Asuncion@usdoj.gov

 /s/
T. Patrick Martin
Assistant United States Attorney
National Security Section
D.C. Bar No. 471965
555 4th St., N.W., 11th Floor
Washington, D.C.  20530
(202) 252-7398
Thomas.Martin@usdoj.gov

                                          /s/
Christopher Kavanaugh
Assistant United States Attorney
National Security Section
VA Bar 73093
555 4th St., N.W., 11th Floor
Washington, D.C.   20530
(202) 252-6977
Christopher.Kavanaugh@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of September, 2013, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Case Filing system.

                                              /s/
                                      Anthony Asuncion
                                      Assistant United States Attorney