UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT - 1 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 08-360 (RCL) |
| v. | : | |
| DONALD WAYNE BALL, | : | |
| Defendant. | : | |

ORDER

Upon consideration of the Government's Motion to Dismiss, it is this ___1st___ day of ___October___, hereby

ORDERED that the Indictment in the above-captioned case against defendant Donald Wayne Ball is hereby **DISMISSED**, with prejudice.

_____
Honorable Royce C. Lamberth
United States District Court Judge

cc: All counsel of record