# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                            |     |                      |
|----------------------------|-----|----------------------|
| **UNITED STATES OF AMERICA** | :   |                      |
|                            | :   |                      |
| **v.**                     | :   | **Cr. No. 08-360 (RCL)** |
|                            | :   |                      |
| **PAUL ALVIN SLOUGH,**     | :   |                      |
| **NICHOLAS ABRAM SLATTEN,** | :   |                      |
| **EVAN SHAWN LIBERTY, and** | :   |                      |
| **DUSTIN LAURENT HEARD,**  | :   |                      |
|                            | :   |                      |
| **Defendants**             | :   |                      |

## DEFENDANTS' MOTION TO WAIVE APPEARANCE

COMES NOW Defendants, by counsel, and submit this Motion to Waive Appearance, and in support, state as follows:

A status conference for this case is currently scheduled for October 25, 2013, four days after the October 21, 2013, deadline imposed by the Court for the grand jury to return a superseding indictment. As of today, the grand jury is still active, and it is unclear when, or if, the grand jury will return a superseding indictment prior to the Court's deadline, or which Defendants will be included should the deadline be met.

It is the Defendants' understanding that much of what needs to be done at the status conference pertains to the scheduling of: (i) the *Kastigar* hearing, (ii) the trial, and (iii) motions deadlines. All the Defendants have limited resources and live in locations that will require them to travel and secure overnight accommodations in order to be present for the status conference.

Due to these circumstances, Defendants request the Court permit them to conserve their resources, waive their appearance at the status conference, and allow them to be arraigned on the first day of the *Kastigar* hearing.

The United States has no objection to this request.  Should the Court still wish

Defendants' participation, counsel respectfully suggests they be permitted to make arrangements

for Defendants to call in to the status conference and participate by phone.


Respectfully Submitted,


_____/s/_____

William F Coffield
Coffield Law Group, LLP
1330 Connecticut Ave NW, Suite 220
Washington, D.C.  20036
(202) 429-4799
*Counsel for Evan S. Liberty*


_____/s/_____

Brian M. Heberlig
Steptoe & Johnson, LLP
1330 Connecticut Ave NW
Washington, D.C.  20036
(202) 429-3000
*Counsel for Paul A. Slough*


_____/s/_____

Danny C. Onorato
Schertler & Onorato, LLP
601 Pennsylvania Ave NW
North Building, 9th Floor
Washington, D.C.  20004
(202) 628-4199
*Counsel for Dustin L. Heard*


_____/s/_____

Thomas G. Connolly
Wiltshire & Grannis
1200 Eighteenth Street NW, 12th Floor
Washington, D.C.  20036
(202) 730-1300
*Counsel for Nicholas A. Slatten*