IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 6 2013

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 08-360 (RCL) |
| | : | |
| **PAUL ALVIN SLOUGH,** | : | |
| **NICHOLAS ABRAM SLATTEN,** | : | |
| **EVAN SHAWN LIBERTY, and** | : | |
| **DUSTIN LAURENT HEARD,** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

After consideration of the Defendants' unopposed motion to waive appearance, and the representations contained therein, it is

**ORDERED** that the Defendants' presence at the October 25, 2013, status conference is not required and defense counsel shall waive their appearance on the record.

_____
ROYCE C. LAMBERTH
~~CHIEF~~ JUDGE

10/15/13
Date

Copies:   Clerk of the Court

All Counsel of Record