# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action. No.: 08-360 (RCL) |
| | : | |
| PAUL ALVIN SLOUGH *et al.,* | : | |
| | : | |
| | : | |
| Defendants | : | |

## CRIMINAL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this 25th day of October 2013,

**ORDERED** that the parties file**:**

| | |
|---|---|
| Motions\Notices | on or before November 19, 2013, |
| Oppositions thereto | on or before December 3, 2013, |
| Replies thereto | on or before December 10, 2013, and |
| Hearing | December 19, 2013; |
| 404(b) Notices | on or before February 7, 2014; |
| Defendants' Notice of Intent to use Classified Information | on or before February 21, 2014; |
| Government's Motion for a Hearing & Notice of Objections to Use of Classified Information | on or before February 28, 2014, |
| Defendants' Response | on or before March 14, 2014, |

  Government's Reply        on or before March 21, 2014;

and it is

**FURTHER ORDERED** that this case be set for**:**

A *Kastigar* Hearing        on February 3, 2014, at 10:00 a.m.;

Jury Selection        on June 2, 2014, at 10:00 a.m.;

and it is

**FURTHER ORDERED** that counsel comply with all directives set forth in this Court's Local Rules and any Standing Orders.

**SO ORDERED.**

                _____
                Royce C. Lamberth
                United States District Judge