## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**PAUL A. SLOUGH, NICHOLAS A. SLATTEN, EVAN S. LIBERTY, AND DUSTIN L. HEARD,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)    **Crim. No. CR-08-360 (RCL)**<br>)<br>)    **Judge Royce C. Lamberth**<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE BY KEITH D. HUDOLIN

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Keith D. Hudolin hereby enters his appearance in the

above-referenced case on behalf of non-parties William M. Sullivan Jr., Ryan R. Sparacino, and

Pillsbury Winthrop Shaw Pittman LLP.

Dated:  November 26, 2013

Respectfully submitted,

  /s/ Keith D. Hudolin
Thomas C. Hill (Bar No. 242974)
Keith D. Hudolin (Bar No. 1004508)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C.  20037-1122
Phone:  (202) 663-8000
Facsimile:  (202) 663-8007
thomas.hill@pillsburylaw.com
keith.hudolin@pillsburylaw.com

*Attorneys for Non-Parties William M. Sullivan*
*Jr., Ryan R. Sparacino, and Pillsbury Winthrop*
*Shaw Pittman LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 26, 2013, a true and correct copy of the

foregoing was served via email and first class mail, postage prepaid, on all counsel of record.


   /s/ Keith D. Hudolin
Keith D. Hudolin