**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | ) <br> )   **Crim. No. CR-08-360 (RCL)** |
| **PAUL A. SLOUGH, NICHOLAS A. SLATTEN, EVAN S. LIBERTY, AND DUSTIN L. HEARD,** | ) <br> )   Judge Royce C. Lamberth <br> ) <br> ) |
| Defendants. | ) <br> ) |

**Motion To Quash Subpoenas To William M. Sullivan, Jr.,**
**Ryan R. Sparacino and Pillsbury Winthrop Shaw Pittman LLP**

Non-parties William M. Sullivan Jr., Ryan R. Sparacino, and Pillsbury Winthrop Shaw Pittman LLP ("Non-Parties"), through counsel, respectfully move this Court for an order quashing the subpoenas served on William M. Sullivan, Jr., Ryan R. Sparacino and Pillsbury Winthrop Shaw Pittman LLP. For the reasons stated in the accompanying Memorandum of Points and Authorities, which is filed under seal, the subpoenas do not comply with Rule 17(c), seek information that is irrelevant to the question at issue in the <u>Kastigar</u> hearing, and are unreasonable and oppressive because the information is available from other sources and the subpoenas improperly invade attorney-client relationships.

Dated:  November 26, 2013               Respectfully Submitted,

  /s/ Keith D. Hudolin
Thomas C. Hill (Bar No. 242974)
Keith D. Hudolin (Bar No. 1004508)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C.  20037-1122
Phone:  (202) 663-8000
Facsimile:  (202) 663-8007
thomas.hill@pillsburylaw.com
keith.hudolin@pillsburylaw.com

*Attorneys for Non-Parties William M. Sullivan Jr., Ryan R. Sparacino, and Pillsbury Winthrop Shaw Pittman LLP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 26, 2013, a true and correct copy of the foregoing was served via email and first class mail, postage prepaid, on all counsel of record.

    /s/ Keith D. Hudolin
Keith D. Hudolin