IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 04 2013

U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. CR-08-360 (RCL) |
| ) | |
| NICHOLAS A. SLATTEN, ) | Judge Royce C. Lamberth |
| ) | |
| Defendant. ) | |

### DEFENDANT NICHOLAS A. SLATTEN'S WAIVER OF PRESENCE AT THE *KASTIGAR* HEARING

I, Nicholas A. Slatten, hereby waive my right to be present at the *Kastigar* hearing scheduled to commence on December 4, 2013, in the above-captioned case, and state as follows:

1. I have consulted with my attorneys concerning this waiver of my right;

2. I have had a full opportunity to ask my attorneys any questions I may have regarding the *Kastigar* hearing;

3. I wish to waive my appearance during the duration of the *Kastigar* hearing;

4. No one has coerced or threatened me to give up my right to personally appear in court during the *Kastigar* hearing; and

5. This waiver of my right to be present in court for the duration of the *Kastigar* hearing is knowing, intelligent and voluntary.

Date: December 4, 2013

_____
Nicholas A. Slatten

Approved.
Let this be filed.
Royce C. Lamberth
12/4/13