IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                              )<br>) Crim. No. CR-08-360 (RCL)<br>PAUL A. SLOUGH, NICHOLAS A.            )<br>SLATTEN, EVAN S. LIBERTY, AND     ) Judge Royce C. Lamberth<br>DUSTIN L. HEARD,                                  )<br>)<br>          Defendants.                                     )<br>) | |

**FILED**

**DEC -4 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

<u>NOTICE OF APPEARANCE BY THOMAS C. HILL</u>

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Thomas C. Hill hereby enters his appearance in the above-referenced case on behalf of non-party petitioners Jeremy P. Ridgeway, William M. Sullivan Jr., Ryan R. Sparacino, and Pillsbury Winthrop Shaw Pittman LLP.

Dated: December 4, 2013

Respectfully submitted,

/s/ Thomas C. Hill
Thomas C. Hill (Bar No. 242974)
Keith D. Hudolin (Bar No. 1004508)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
Phone: (202) 663-8000
Facsimile: (202) 663-8007
thomas.hill@pillsburylaw.com
keith.hudolin@pillsburylaw.com

*Attorneys for Non-Party Petitioners Jeremy P. Ridgeway, William M. Sullivan Jr., Ryan R. Sparacino, and Pillsbury Winthrop Shaw Pittman LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2013, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all counsel of record.

                /s/ Thomas C. Hill
                Thomas C. Hill