AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**

DEC - 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) |
| PAUL SLOUGH, NICHOLAS SLATTEN, et al. | ) |
| *Defendant* | ) |

Case No.   CR-08-360 (RCL)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Winston & Strawn LLP

Date:  _____12/04/2013_____

_____
*Attorney's signature*

Thomas M. Buchanan 337907
*Printed name and bar number*

Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006

*Address*

tbuchanan@winston.com
*E-mail address*

(202) 282-5787
*Telephone number*

(202) 282-5100
*FAX number*