IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 06 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | Crim. No. CR-08-360 (RCL) |
| ) | |
| DUSTIN HEARD,                         ) | Judge Royce C. Lamberth |
| ) | |
| Defendant.                              ) | |

### DEFENDANT DUSTIN HEARD'S WAIVER
### OF PRESENCE AT THE *KASTIGAR* HEARING

I, Dustin Heard, hereby waive my right to be present at the *Kastigar* hearing scheduled to commence on December 4, 3013, in the above-captioned case, and state as follows:

1. I have consulted with my attorneys concerning this waiver of my right;

2. I have had a full opportunity to ask my attorneys any questions I may have regarding the *Kastigar* hearing;

3. I wish to waive my appearance during the duration of the *Kastigar* hearing;

4. No one has coerced or threatened me to give up my right to personally appear in court during the *Kastigar* hearing; and

5. This waiver of my right to be present in court for the duration of the *Kastigar* hearing is knowing, intelligent and voluntary.

Date: December 4, 2013

_____
Dustin Heard

*Approved,*
*let this be filed.*
*Royce C. Lamberth*
*U.S.D.J.   12/5/13*