UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 16 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 08-360 (RCL) |
| ) | |
| DUSTIN LAURENT HEARD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 6, 2009, this Court, Judge Ricardo Urbina presiding, entered an Order [28] setting pretrial release conditions for defendant Dustin Heard. After Judge Urbina dismissed the indictment against Mr. Heard, *see* Order, Dec. 31, 2009, ECF No. 218, Judge Urbina ordered the Clerk of the Court to return Mr. Heard's passport. *See* Order, Feb. 22, 2010, ECF No. 238.

Subsequently, the Court of Appeals for the District of Columbia Circuit vacated Judge Urbina's Order dismissing the indictment, *see* J., Apr. 22, 2011, ECF No. 252, and the grand jury returned a superseding indictment against Mr. Heard on October 17, 2013. *See* ECF No. 304.

Upon the requests of the government and the defendant concerning Mr. Heard's pretrial release, it is hereby

**ORDERED** that this Court's prior Order [28] issued January 6, 2009, and partially vacated on February 22, 2010, is hereby **REINSTATED** subject to the following modifications:

1. Mr. Heard shall report weekly by phone to the Pretrial Services Agency for the District of Columbia (PSA) at (202) 442-1000.

2. Mr. Heard shall report to the PSA for evaluation, and if positive, participate in substance abuse services, including drug testing, assessment, possible treatment and/or treatment referrals, as directed by the PSA.

3. Mr. Heard shall also maintain medical services as directed by the PSA.

4. Mr. Heard shall not possess an automatic or semiautomatic firearm. Mr. Heard shall surrender any such firearms to the custody of his friend, Travis Dixon, who will hold them during the pendency of this case. Mr. Heard shall provide Mr. Dixon's address and telephone to the PSA so that the PSA can verify that Mr. Dixon has sole custody of any firearms surrendered by Mr. Heard and that Mr. Heard has no access to those firearms.

5. Mr. Heard shall surrender all his passports to the PSA.

6. Mr. Heard shall immediately report any changes to his residence, address, or telephone to the PSA.

It is **SO ORDERED** this 13th day of December 2013.

_____
ROYCE C. LAMBERTH
United States District Judge