AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   Crim. No. CR-08-360-2 |
| Nicholas Abram Slatten | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicholas Abram Slatten

Date: 01/02/2014

*Attorney's signature*

Jared Paul Marx, DDC# 1008934
*Printed name and bar number*

1200 18th St. NW, Suite 1200
Washington, DC 20036

*Address*

jmarx@wiltshiregrannis.com
*E-mail address*

(202) 730-1328
*Telephone number*

(202) 730-1301
*FAX number*