IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No. 08-360 (RCL) |
| PAUL ALVIN SLOUGH, NICHOLAS ABRAM SLATTEN, EVAN SHAWN LIBERTY, and DUSTIN LAURENT HEARD, | : |
| Defendants | : |

## ORDER

This matter came before the Court on the Defendant Evan Liberty's Motion to Modify Conditions of Release. For good cause shown, Defendant's motion is **GRANTED**.

The Order Setting Conditions of Release for Defendant Evan Shawn Liberty in this matter is hereby modified, and Defendant shall not be required to: (i) report to the Pretrial Services Agency for drug testing; or (ii) surrender his passport.

SO ORDERED, this 7th day of January, 2014.

Royce C. Lamberth
United States District Judge