UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  1:08-cr-360-RCL |
| | ) | |
| PAUL ALVIN SLOUGH, | ) | |
| NICHOLAS ABRAM SLATTEN, | ) | |
| EVAN SHAWN LIBERTY, and | ) | |
| DUSTIN LAURENT HEARD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE REGARDING FILING OF SEALED MATERIAL

Pursuant to Local Civil Rule 5.4(e)(1), please take notice that the Defendants today filed under seal (pursuant to the Protective Order entered April 13, 2009 (Dkt. 83)), in electronic format, the *Defendants' Kastigar Post-Hearing Brief* and accompanying *Defendants' Kastigar Post-Hearing Appendix*.  These documents are not available for public viewing.

Copies of Defendants' Brief and Appendix were served by U.S. Mail upon the following counsel for the United States:

>Gregg A. Maisel
>John Crabb Jr.
>David Mudd
>National Security Division
>U.S. Attorney's Office
>555 4th Street, N.W., 11th Floor
>Washington, DC 20530

Pursuant to the Stipulated Protective Order (Dkt. 93) governing potential *Garrity* material, the Brief and Appendix were not served on the prosecution trial team.

A courtesy copy will be delivered by hand to Chambers on January 17, 2014.

Respectfully submitted,

By:   */s/ Brian M. Heberlig*

| | |
|---|---|
| Brian M. Heberlig (No. 455381) | Thomas G. Connolly (No. 420416) |
| Michael J. Baratz (No. 480607) | Steven A. Fredley (No. 484794) |
| Bruce C. Bishop (No. 437225) | Wiltshire & Grannis LLP |
| Linda C. Bailey (No. 985081) | 1200 Eighteenth Street N.W. |
| Steptoe & Johnson LLP | Suite 1200 |
| 1330 Connecticut Ave. N.W. | Washington, D.C. 20036 |
| Washington, D.C. 20036 | (202) 730-1300 |
| (202) 429-3000 | *Counsel for Defendant Nicholas A. Slatten* |
| *Counsel for Defendant Paul A. Slough* | |
| | |
| William Coffield (No. 431126) | David Schertler (No. 367203) |
| Coffield Law Group LLP | Danny Onorato (No. 480043) |
| 1330 Connecticut Ave. N.W. Suite 220 | Schertler & Onorato, LLP |
| Washington, D.C. 20036 | 575 7th Street, N.W. – Suite 300 South |
| (202) 429-4799 | Washington, D.C. 20004 |
| *Counsel for Defendant Evan S. Liberty* | (202) 628-4199 |
| | *Counsel for Defendant Dustin L. Heard* |

Dated: January 17, 2014

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2014, I caused the foregoing NOTICE REGARDING FILING OF SEALED MATERIAL to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

David Schertler, Esq.
Danny C. Onorato, Esq.
Schertler & Onorato, LLP
575 7th Street, NW
Suite 300 South
Washington, DC  20004

William F. Coffield, Esq.
Coffield Law Group
1330 Connecticut Avenue, NW
Suite 220
Washington, DC  20036

Thomas G. Connolly, Esq.
Steven A. Fredley, Esq.
Wilshire & Grannis LLP
1200 Eighteenth Street, NW
12th Floor
Washington, DC  20036

Gregg A. Maisel
John Crabb Jr.
David Mudd
National Security Division
U.S. Attorney's Office
555 4th Street, N.W., 11th Floor
Washington, DC 20530

/s/ *Brian H. Heberlig*
Brian M. Heberlig