UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>NICHOLAS ABRAM SLATTEN,   )<br>)<br>Defendant.   )<br>) | Criminal No. 08-360 (RCL) |

**ORDER**

Based on the report of the Pretrial Services Agency for the District of Columbia, defendant Nicholas Slatten is hereby **ORDERED** to show cause, returnable in writing within seven days from the date of this Order, why his conditions of release should not be revoked for willful failure to comply with the condition of release regarding drug testing. The defendant's response shall also address whether, if he is not confined, he should continue to have access to any firearm.

It is **SO ORDERED** this 27th day of January 2014.

*[signature]*
ROYCE C. LAMBERTH
United States District Judge