**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Crim. No. CR-08-360-02 (RCL) |
| v. | ) | |
| | ) | |
| **NICHOLAS A. SLATTEN,** | ) | Judge Royce C. Lamberth |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NICHOLAS SLATTEN'S REQUEST
TO SCHEDULING HEARING**

Nicholas Slatten, through undersigned counsel, hereby requests to schedule a hearing on his motion to dismiss for the week of February 17, 2014, in San Antonio, Texas.

On November 18, 2013, Mr. Slatten moved to dismiss the indictment as barred by the statute of limitations. The government filed its opposition on November 29, 2013, and Mr. Slatten waived his reply. Mr. Slatten's statute of limitations motion turns on the interpretation of the Court of Appeals' mandate. Mr. Slatten and the government have opposite views as to the mandate's scope, and submitted at the request of the Court briefing on this issue a year ago. That briefing was fully submitted on January 28, 2013.

Mr. Slatten's motion to dismiss, if successful, is dispositive. Until that motion is decided, however, counsel for Mr. Slatten must continue to prepare for the June trial. The cost and expense of doing so, however, presents a financial burden for counsel, who are working on this case on a *pro bono* basis. In addition, because this motion to dismiss turns on the interpretation of the mandate, Mr. Slatten or the government may seek immediate review by the Court of Appeals, which could interfere with this Court's schedule if that review occurs close in time to the scheduled trial.

Mr. Slatten is aware that the Court is currently sitting in San Antonio, Texas, and will be for all of February. Mr. Slatten's counsel is willing to travel to Texas in order to get this issue heard and decided. Counsel has conferred with the government, and while it takes no position on Mr. Slatten's request to scheduling a hearing, it has nevertheless indicated its available to appear in San Antonio for the hearing the week of February 17.

Mr. Slatten, therefore, respectfully requests that his motion to dismiss be scheduled for the week of February 17, 2014, in San Antonio, Texas.

Date: January 30, 2014                                Respectfully submitted,

                                                                                     /s/ Steven Fredley
Thomas G. Connolly
Steven A. Fredley
Jared P. Marx
WILTSHIRE & GRANNIS LLP
1200 Eighteenth St., N.W.
Washington, D.C. 20036
Telephone: (202) 730-1300
Facsimile: (202) 730-1301
Email: tconnolly@wiltshiregrannis.com
Email: sfredley@wiltshiregrannis.com
Email: jmarx@wiltshiregrannis.com

*Counsel for Nicholas Slatten*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2014, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all counsel of record.

                                                       /s/ Steven Fredley
                                                         Steven Fredley