**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

      vs.                                    Criminal Number   1:08-cr-360-RCL

Paul Alvin Slough
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/ Scott P. Armstrong
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Scott P. Armstrong (DC Bar #993851)
*(Attorney & Bar ID Number)*

Steptoe & Johnson LLP
*(Firm Name)*

1330 Connecticut Avenue, NW
*(Street Address)*

Washington, DC  20036
*(City)          (State)          (Zip)*

202-429-3000
*(Telephone Number)*