**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 1:08-cr-360-RCL |
| PAUL ALVIN SLOUGH, NICHOLAS ABRAM SLATTEN, EVAN SHAWN LIBERTY, and DUSTIN LAURENT HEARD, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT PROPOSED PRE-TRIAL SCHEDULE

Counsel for the Defendants and the Government have conferred regarding a pre-trial schedule for this matter. The parties have agreed on the following Joint Proposed Pre-trial Schedule for the Court's consideration:

| | |
|---|---|
| Defendants' Dispositive Pre-trial Motions (Regarding the Indictment) | February 21, 2014 |
| Status Conference | March 7, 2014, 10:00 a.m. |
| Government's Responses to Dispositive Pre-trial Motions | March 14, 2014 |
| Defendants' Replies in Support of Dispositive Pre-trial Motions | March 21, 2014 |
| Government's Notice re Potential Declassification of Classified Discovery | March 21, 2014 |
| Joint Jury Questionnaire (or Competing Proposals) | March 28, 2014 |
| Government's Expert Notices and 404(b) Motion | March 28, 2014 |

- 2 -

| | |
|---|---|
| Status Conference, Hearing on Defendants' Dispositive Pre-trial Motions (if necessary), and Hearing on Defendants' Notice of Intent to Use Classified Information (if necessary) | April 23, 2014 |
| Defendants' Rule 16 Discovery and Expert Notices | April 25, 2014 |
| Government's Witness and Exhibit Lists | April 25, 2014 |
| Defendants' Witness and Exhibit Lists and Rule 26.2 (*Jencks*) Statements | May 2, 2014 |
| Motions *in Limine* and Proposed Jury Instructions (both parties) | May 16, 2014 |
| Responses to Motions *in Limine* | May 22, 2014 |
| Replies in Support of Motions *in Limine* | May 27, 2014 |
| Hearing on Motions *in Limine* | May 29, 2014 |
| Pre-trial *Kastigar* Hearing | Week of June 2, 2014 |
| Jury Selection & Trial | June 11, 2014, 10:00 a.m. |

Although Defendants are prepared to begin jury selection and trial on June 2, 2014, they have agreed to the proposed adjustment to the trial date to accommodate the Government's request, based on scheduling and logistical issues involving the Iraqi witnesses, to conduct the pre-trial *Kastigar* hearing during the week of June 2, 2014, to be followed by jury selection and trial on June 11, 2014.

The parties respectfully request that the Court enter an order adopting this joint proposed pre-trial schedule in this case.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian M. Heberlig | /s/ Anthony Asuncion |
| Brian M. Heberlig (No. 455381) | Anthony Asuncion |
| Michael J. Baratz (No. 480607) | T. Patrick Martin |
| Bruce C. Bishop (No. 437225) | Christopher Kavanaugh |
| Linda C. Bailey (No. 985081) | U.S. Attorney's Office for the |
| Steptoe & Johnson LLP | District of Columbia |
| 1330 Connecticut Ave. N.W. | 555 4th Street N.W. |
| Washington, D.C. 20036 | Washington, D.C. 20530 |
| (202) 429-3000 | (202) 252-7785 |
| *Counsel for Defendant Paul A. Slough* | |
| | /s/ John Crabb Jr. |
| /s/ Thomas G. Connolly | John Crabb Jr. |
| Thomas G. Connolly (No. 420416) | David Mudd |
| Steven A. Fredley (No. 484794) | U.S. Attorney's Office for the |
| Wiltshire & Grannis LLP | District of Columbia |
| 1200 Eighteenth Street N.W. | 555 4th Street N.W. |
| Suite 1200 | Washington, D.C. 20530 |
| Washington, D.C. 20036 | (202) 252-7785 |
| (202) 730-1300 | *Counsel for the United States* |
| *Counsel for Defendant Nicholas A. Slatten* | |

 /s/ David Schertler
David Schertler (No. 367203)
Danny Onorato (No. 480043)
Schertler & Onorato, LLP
575 7th Street, N.W. – Suite 300 South
Washington, D.C. 20004
(202) 628-4199
*Counsel for Defendant Dustin L. Heard*

 /s/ William Coffield
William Coffield (No. 431126)
Coffield Law Group LLP
1330 Connecticut Ave. N.W. Suite 220
Washington, D.C. 20036
 (202) 429-4799
*Counsel for Defendant Evan S. Liberty*

Dated: February 12, 2014