**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **Criminal No. 08-360 (RCL)** |
| **NICOLAS A. SLATTEN,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant Nicolas Slatten's Motion [315] to Dismiss the Indictment is DENIED. It is further

ORDERED that defendant Nicolas Slatten's Motion [383] to Schedule a Hearing is DENIED.

**SO ORDERED.**

Signed by Royce C. Lamberth, U.S. District Judge, on February 18, 2014.