## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 1:08-cr-360-RCL |
| PAUL ALVIN SLOUGH,<br>NICHOLAS ABRAM SLATTEN,<br>EVAN SHAWN LIBERTY, and<br>DUSTIN LAURENT HEARD, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Having considered the Defendants' Motion to Dismiss the Indictment for Failure to State an Offense, or in the Alternative For a Bill of Particulars, the government's Opposition thereto, and the relevant authorities, and having heard argument on the Motion, it is now HEREBY ORDERED that:

Defendants' Motion is GRANTED, and it is FURTHER ORDERED that the Indictment is DISMISSED.

[OR: Defendants' Motion to Dismiss is DENIED; Defendants' Alternative Motion for a Bill of Particulars is GRANTED; and it is FURTHER ORDERED that the government shall, by _____, 2014, furnish a bill of particulars specifying the allegation, in Paragraph 1.a of the Indictment, that Defendants' "employment related to supporting the mission of the Department of Defense overseas."]

SO ORDERED.

_____
ROYCE C. LAMBERTH
United States District Judge

Dated: _____
Washington, D.C.

Copies to:

Anthony Asuncion
T. Patrick Martin
Christopher Kavanaugh
John Crabb Jr.
David Mudd
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20001

Brian M. Heberlig
Bruce C. Bishop
Michael J. Baratz
Linda C. Bailey
Scott P. Armstrong
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000
*Counsel for Defendant Paul A. Slough*

Thomas G. Connolly
Steven A. Fredley
Wiltshire & Grannis LLP
1200 Eighteenth Street, N.W., Suite 1200
Washington, D.C.  20036
(202) 730-1300
*Counsel for Defendant Nicholas A. Slatten*

William Coffield
Coffield Law Group LLP
1330 Connecticut Ave. N.W. Suite 220
Washington, D.C.  20036
(202) 429-4799
*Counsel for Defendant Evan S. Liberty*

David Schertler
Danny Onorato
Schertler & Onorato, LLP
575 7th Street, N.W. – Suite 300 South
North Building - 9th Floor
Washington, D.C.  20004-2601
(202) 628-4199
*Counsel for Defendant Dustin L. Heard*