# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                             )<br>)       No. 1:08-cr-360-RCL<br>PAUL A. SLOUGH,                       )<br>NICHOLAS A. SLATTEN,           )<br>EVAN S. LIBERTY, and              )<br>DUSTIN L. HEARD,                    )<br>)<br>**Defendants.**                           )<br>) | |

## MOTION TO WAIVE APPEARANCE AT STATUS HEARING

COMES NOW Defendants, by counsel, and submit this Motion to Waive Appearance, and in support, state as follows:

A status conference for this case is currently scheduled for March 7, 2014.

All of the Defendants reside outside the Washington metropolitan area, and Defendant Liberty currently resides outside the United States. Because the matters that will be addressed at the status conference do not require the Defendants' participation, Defendants request that the Court permit them to waive their appearance at the proceeding in order to avoid the expense and inconvenience of travel to Washington.

The United States has no objection to this request as to Defendants Slough, Liberty and Heard. The United States has, however, objected to this waiver request as to Defendant Slatten. For the reasons already noted, to the extent the Court requires the participation of any Defendant(s) at the status conference, counsel respectfully ask that they be permitted to make arrangements for such Defendant(s) to participate in the proceeding by telephone.

Dated: February 28, 2014                    Respectfully submitted,

                                       /s/ David Schertler
David Schertler (No. 367203)
Danny Onorato (No. 380043)
Lisa Schertler (No. 430754)
Schertler & Onorato, L.L.P.
575 7th Street, N.W., Suite 300 South
Washington, D.C.  20004
Telephone:  (202) 628-4199
*Counsel for Defendant Dustin L. Heard*


/s/ Brian M. Heberlig
Brian M. Heberlig (No. 455381)
Michael J. Baratz (No. 480607)
Bruce C. Bishop (No. 437225)
Linda C. Bailey (No. 985081)
Scott P. Armstrong (No. 993851)
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
Telephone:  (202) 429-3000
*Counsel for Defendant Paul A. Slough*


/s/  Thomas G. Connolly
Thomas G. Connolly (No.420416)
Steven A. Fredley (No. 484794)
Wiltshire & Grannis LLP
1200 Eighteenth Street, N.W., Suite 1200
Washington, D.C.  20036
Telephone:  (202) 730-1300
*Counsel for Defendant Nicholas A. Slatten*

/s/ William Coffield
William Coffield (No. 431126)
Coffield Law Group LLP
1330 Connecticut Avenue, N.W., Suite 220
Washington, D.C.  20036
Telephone:  (202) 429-4799
*Counsel for Defendant Evan S. Liberty*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February 2014, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Anthony Asuncion
T. Patrick Martin
Christopher Kavanaugh
John Crabb, Jr.
David Mudd
United States Attorney's Office
for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

/s/ David Schertler
David Schertler