UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 08-360 (RCL) |
| ) | |
| PAUL ALVIN SLOUGH, ) | |
| NICHOLAS ABRAM SLATTEN, ) | |
| EVAN SHAWN LIBERTY, and ) | |
| DUSTIN LAURENT HEARD, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

The Court finds that the ends of justice are served by the entry of the parties Joint Proposed Pre-trial Scheduling Order, as modified by the Court at the status conference held March 7, 2014. The Court hereby adopts the following schedule:

| | |
|---|---|
| Defendants' Additional Pre-Trial Dispositive Motion re: Venue | March 14, 2014 |
| Government's Responses to Dispositive Pre-Trial Motions (Except to the Additional Motion re: Venue) | March 14, 2014 |
| Defendants' Replies in Support of Dispositive Pre-trial Motions (Except to the Additional Motion re: Venue) | March 21, 2014 |
| Government's Notice re: Potential Declassification of Classified Discovery | March 21, 2014 |
| Joint Jury Questionnaire (or Competing Proposals) | March 28, 2014 |
| Government's Expert Notices and 404(b) Motion | March 28, 2014 |
| Government's Response to Additional Dispositive Pre-trial Motion re: Venue | March 28, 2014 |
| Defendants' Reply in Support of Additional Dispositive Pre-trial Motion re: Venue | April 4, 2014 |
| Status Conference, Hearing on Defendants' Dispositive Pre-trial Motions (if necessary), and Hearing on Defendants' Notice of Intent to Use Classified Information (if necessary) | April 23, 2014, 10:00 a.m. |
| Defendants' Rule 16 Discovery and Expert Notices | April 25, 2014 |
| Government's Witness and Exhibit Lists | April 25, 2014 |
| Defendants' Witness and Exhibit Lists and Rule 26.2 (*Jencks*) Statements | May 2, 2014 |
| Motions *in Limine* and Proposed Jury Instructions (both parties) | May 16, 2014 |
| Responses to Motions *in Limine* | May 22, 2014 |

| Replies in Support of Motions *in Limine* | May 27, 2014 |
| Hearing on Motions *in Limine* | May 29, 2014, 10:00 a.m. |
| Pre-trial *Kastigar* Hearing | June 2, 2014, 10:00 a.m. |
| Jury Selection and Trial | June 11, 2014, 10:00 a.m. |

It is **SO ORDERED** this 7th day of March 2014.

_____
ROYCE C. LAMBERTH
United States District Judge