**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>)<br>v.                                                         )<br>)   No. 1:08-cr-360 (RCL)<br>**PAUL A. SLOUGH,**                          )<br>**NICHOLAS A. SLATTEN,**               )<br>**EVAN S. LIBERTY, and**                )<br>**DUSTIN L. HEARD.**                       )<br>)<br>     **Defendants.**                              )<br>) | |

**PROPOSED ORDER**

After careful consideration of Defendants' Supplemental Motion to Dismiss the Indictment for Lack of Venue and the Government's Opposition thereto, it is **HEREBY ORDERED** that Defendants' Motion is **GRANTED.**

This case is dismissed for lack of proper venue in the District of Columbia.

**SO ORDERED.**

_____           _____
Date                                                           The Honorable Royce C. Lamberth
                                                                      US District Court Judge