**FILED**

**MAR 26 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 08-360 (RCL)
)
PAUL A. SLOUGH, )
NICHOLAS A. SLATTEN, )
EVAN S. LIBERTY, and )
DUSTIN L. HEARD, )
)
Defendants. )

## ORDER

Before the Court is the defendants' oral motion of October 25, 2013 to dismiss the superseding indictment [304] returned against them. The defendants allege that the government obtained the superseding indictment in violation of *Kastigar v. United States*, 406 U.S. 441 (1972), by using the defendants' compelled statements, or information derived directly or indirectly from them, to secure the indictment. This Court conducted a six-day *Kastigar* hearing beginning on December 4, 2013, to determine whether the government used the defendants' compelled statements or any evidence derived from them before the grand jury.

Upon consideration of the testimony presented at the *Kastigar* hearing, the post hearing briefs submitted by the government, Gov't Br., Dec. 30, 2013, ECF No. 372; Gov't Reply, Jan. 28, 2014, ECF No. 382, and the defendants, Defs.' Br., Jan. 17, 2014, ECF No. 376, the entire record herein, and the applicable law, and for the reasons set forth in this Court's sealed Memorandum Opinion issued this date, it is hereby

**ORDERED** that the defendants' motion to dismiss the superseding indictment is **DENIED**; and it is further

**ORDERED** that the parties shall submit proposed redactions of the Court's sealed Memorandum Opinion within 10 days of this date.

It is **SO ORDERED** this 26th day of March 2014.

_____
ROYCE C. LAMBERTH
United States District Judge