# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Cr. No. 08-360 (RCL)** |
| | : | |
| **v.** | : | |
| | : | |
| **PAUL ALVIN SLOUGH,** | : | |
| **NICOLAS ABRAM SLATTEN,** | : | |
| **EVAN SHAWN LIBERTY, and** | : | |
| **DUSTIN LAURENT HEARD,** | : | |
| | : | |
| **Defendants.** | : | |

## JOINT NOTICE OF PROPOSED REDACTIONS

On March 14, 2014, this Court issued an Order [Dkt. #402] denying the defendants' oral motion to dismiss the superseding indictment.  In its Order, the Court directed the parties to submit proposed redactions of the Court's sealed Memorandum Opinion within ten days.

The parties have conferred and reached agreement on the appropriate redactions to the Court's Memorandum Opinion.  A copy of the Court's Memorandum Opinion indicating the parties' proposed redactions is filed herewith under seal.[1]  In the past, redactions to materials in this case have been applied to both *Kastigar* materials (*i.e.,* materials derived from the defendants' immunized statements) and to Rule 6(e) grand jury materials.  For the Court's convenience, the government has indicated proposed redactions based on *Kastigar* grounds in red and proposed redactions based on Rule 6(e) grounds in yellow.

The defendants concur with the proposed redactions and with the government's reasons. Additionally, the defendants respectfully submit, for preservation of the record and to prevent

---

[1]     The parties are filing the proposed redactions under seal pursuant to paragraph 3 of the Court's Order of April 13, 2009 [Dkt. #83].

potential jury taint, that the redactions indicated in yellow are covered by *Kastigar* as well as Rule 6(e).  In any event, the parties agree on the substance of the proposed redactions.

WHEREFORE, the parties jointly submit their proposed redactions to the Court's Memorandum Opinion of March 26, 2014.

Respectfully submitted,

_____/s/_____
GREGG A. MAISEL
Chief, National Security Section
D.C. Bar No. 447-902
gregg.maisel@usdoj.gov

_____/s/_____
JOHN CRABB Jr.
Assistant United States Attorney
N.Y. Bar No. 2367670
john.d.crabb@usdoj.gov

_____/s/_____
DAVID MUDD
Special Assistant United States Attorney
D.C. Bar No. 995154
david.mudd2@usdoj.gov

National Security Section
U.S. Attorney's Office
555 4th Street, N.W., 11th Floor
Washington, D.C.  20530
(202) 252-7785

_____/s/_____
BRIAN M. HEBERLIG, ESQ.
Counsel for Paul Slough

_____/s/_____
DAVID SCHERTLER, ESQ.
Counsel for Dustin Heard

_____/s/_____
THOMAS CONNELLY, ESQ.
Counsel for Nicholas Slatten

_____/s/_____
WILLIAM F. COFFIELD, ESQ.
Counsel for Evan Liberty