# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 08-360 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **PAUL ALVIN SLOUGH,** | : | |
| **NICHOLAS ABRAM SLATTEN,** | : | |
| **EVAN SHAWN LIBERTY, and** | : | |
| **DUSTIN LAURENT HEARD,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF "EVIDENCE"

1. On April 4, 2014, the defendants filed their Motion to Compel Production of Evidence [Dkt. #411].

2. From March 28 through April 13, 2014, the undersigned were in Baghdad, Iraq, conducting pretrial interviews. While in Baghdad, the undersigned had very limited access to the Department of Justice computer servers or other file materials necessary to respond to the defendant's motion in a timely and meaningful fashion.

3. Upon returning to work on April 15, 2014, the undersigned began preparing the government's opposition to the defendants' motion. Unfortunately, due to the length of the motion and the undersigned's need to have several prior pleadings, transcripts, and correspondence in this matter cleared by the filter team for consideration and use in preparing the government's opposition, the undersigned were not able to file the opposition within fourteen days after the filing of the motion, or April 18, 2014. Instead, the government is seeking to late-file its opposition today, April 23, 2014.

4. The government apologizes to the Court and the defendants for any

inconvenience caused by this request.[1]

WHEREFORE, the government asks that the time to file its opposition to the defendants' motion to compel be extended to April 23, 2014.

>Respectfully submitted,
>
>RONALD C. MACHEN JR.
>UNITED STATES ATTORNEY
>D.C. Bar Number 447889
>
>By:    _____/s/_____
>T. Patrick Martin
>Assistant United States Attorney
>D.C. Bar Number 471965
>Thomas.Martin@usdoj.gov
>
>_____/s/_____
>Anthony Asuncion
>Assistant United States Attorney
>D.C. Bar Number 420822
>Anthnoy.Asuncion@usdoj.gov
>
>_____/s/_____
>Christopher Kavanaugh
>Assistant United States Attorney
>VA Bar Number 73093
>United States Attorney's Office
>555 4th Street, N.W.
>Washington, D.C. 20530
>Christopher.Kavanaugh@usdoj.gov

---

[1] The undersigned have not solicited the defendants' position regarding this request.