# ATTACHMENT A



*Embassy of the United States of America*

Baghdad, Iraq

September 1, 2009

RE: United States v. Slough, et al., No. 08-CR-360

Dear Mr. Hulkower:

The Department of Justice forwarded to the Department of State your letter dated August 3, 2009. We have been informed that you plan to travel to Iraq in connection with the above-referred case, and we have been asked to provide you with information that may assist your visit. As more fully detailed in our Travel Warning found at travel.state.gov, Iraq is extremely dangerous and we recommend against all but essential travel to this country.

Americans who choose to travel to Iraq notwithstanding this Travel Warning, should consider arranging for a private security company (PSC) to provide personal security detail (PSD) protection and transportation in Iraq. A PSC may also be able to provide translators. Enclosed is a list of PSCs that the Embassy believes are currently licensed to operate in Iraq, as well as available contact information. Other PSCs might also be found through internet searches or through other means. We do not make recommendations as to any particular PSC, and this list should not dissuade you from securing the services of any other PSC or other company that is licensed to operate in Iraq. Please keep in mind that no matter what level of protection one may have, there is no guarantee of safety in Iraq.

You would probably travel commercially to the Baghdad International Airport (BIAP). You can arrange for your PSD to meet you at BIAP and transport you to the location where you will be staying. A PSC can advise you on lodging available in the Baghdad area, especially lodging available in the International Zone ("the Green Zone"). You can make arrangements for your PSC to provide protection and transportation for your entire stay in Iraq. Non-governmental PSDs are not required, but are advised, to coordinate movements with the Contractor Operations Cell (CONOC) of the Multi-National Corps – Iraq (MNC-I).

We would like to draw your attention to the State Department's Travel Warning, mentioned above, about the danger of traveling in Iraq. For your convenience, I have attached the Iraq country-specific information from the website as well as the Travel Warning. We recommend that Americans who visit Iraq notwithstanding our Travel Warning register with the Embassy prior to commencement of travel. Registration is available online at travelregistration.state.gov.

The Consular Section at the U.S. Embassy in Baghdad provides the full range of non-emergency consular services to American citizens, such as execution of notarials, acceptance of passport

applications, and adjudication of citizenship. While we endeavor to provide the full range of emergency consular services as well, such as assistance in the event of illness, death or destitution, the security environment in Iraq may impact the ability to provide those services in a timely manner. The Consular Section cannot provide assistance in personal matters, such as hotel reservations, transportation, or the provision of telephone or internet services. For a complete listing of available consular services, please visit the Embassy's website at baghdad.usembassy.gov.

Our contact information follows:

Dialed from the U.S.: 1-240-553-0581, ext 2413
Dialed from within Iraq: 0770-442-6813 (thru 6830), ext. 2413
After hours safety and security emergency only:
From the U.S.: 011-964-770-443-2594
Within Iraq: 0770-443-2594
 Email: BaghdadACS@state.gov

I will be pleased to answer any additional questions you may have regarding consular information and assistance. Please use me as your contact going forward concerning your travel and stay in Iraq, understanding that we may be limited in the nature of the assistance we can provide.

Sincerely,

Jennifer Tierney
Chief
American Citizen Services



Travel Warnings | Travel Alerts | Country Specific Information

Search

Most Requested | Visa Bulletin

Feedback | Contact Us

Saturday August 8, 2009

- **International Travel Home**
- **Passports Home**
- **Visas Home**
- **Children & Family Home**
- **Laws, Regulation & Public Policy**
- **About The Bureau of Consular Affairs**
- **News and Updates**
- **Congressional Liaison**

Home > International Travel Home > International Travel Information

Printer friendly version  Email

  **Iraq**

## Country Specific Information

- Recent Embassy Notices for American Citizens
- 06/15/2009 Travel Warning

--------- Select a Country ---------

### On this page »

- Country Description
- Entry/Exit Requirements
- Safety and Security
- Crime
- Information for Victims of Crime
- Medical Facilities and Health Information

- Traffic Safety and Road Conditions
- Aviation Safety Oversight
- Special Circumstances
- Criminal Penalties
- Children's Issues

- <u>Medical Insurance</u>                              •  <u>Registration/Embassy Location</u>

**June 26, 2009**



**COUNTRY DESCRIPTION:**



In 2005, Iraqi citizens adopted a new constitution and participated in legislative elections to create a permanent, democratic government, and in May 2006, a new Government of Iraq (GOI), led by Prime Minister Nouri al-Maliki, was sworn in. A new Security Agreement between the United States and Iraq came into effect on January 1, 2009.  Although the GOI has made political, economic and security progress, Iraq still faces many challenges, including overcoming three decades of war and government mismanagement that stunted Iraq's economy, sectarian and ethnic tensions that have slowed progress toward national reconciliation, and ongoing, albeit decreasing criminal and terrorist violence. Conditions in Iraq are dangerous. While Iraqi Security Forces now take the lead in providing security in most provinces, Multinational Force-Iraq (MNF-I) continues to assist the Iraqi government in providing security in many areas of the country pursuant to the conditions in the Security Agreement between Iraq and the United States. The workweek in Iraq is Sunday through Thursday. Visit the Department of State <u>Background Notes</u> on Iraq for the most current visa information.

**REGISTRATION:** The Travel Warning on Iraq urges U.S. citizens to defer travel to Iraq. However, Americans living or traveling in Iraq despite that Warning are encouraged to register with the nearest U.S. Embassy or Consulate at the Department of State travel registration page, so that they can obtain updated information on local travel and security. U.S. citizens without Internet access may register directly with the nearest U.S. embassy or consulate. Registration is important; it allows the State Department to assist U.S. citizens in an emergency. Americans without Internet access may register directly with the nearest U.S. Embassy or Consulate.

**ENTRY/EXIT REQUIREMENTS:** Passports valid for at least six months and visas are required for most private American citizens. An Iraqi visa may be obtained through the Iraqi Embassy in Washington, D.C. Travelers should not rely on obtaining a visa upon arrival at an airport or port of entry in any region of Iraq. Visitors to Iraq who plan to stay for more than 10 days must obtain a no-fee residency stamp. In Baghdad, the stamps are available for all visitors at the main Residency Office near the National Theater.

Travelers arriving to Iraq via the Kurdistan Region are required to obtain a visa through the Iraqi Embassy. Immigration officials in the Kurdistan Regional Governorate (KRG) routinely allow Americans to enter Iraq without a valid visa, however, the airport-issued visa is not valid outside of the KRG and Americans will not be permitted to travel within Iraq with the KRG-issued document. In addition, it is difficult for Americans to obtain residency authorization outside the KRG without first obtaining a valid Iraqi visa. Americans working or living in Iraq without a valid visa are strongly advised to depart Iraq and obtain a valid Iraqi visa at a Government of Iraq Embassy or Consulate.

There is a 10,000 Iraqi dinar (USD 8) penalty for visitors who do not obtain the required residency stamp. In order to obtain a residency stamp, applicants must produce valid credentials or proof of employment, two passport-sized photos, and HIV test results. An American citizen who plans to stay longer than two months must apply at the Residency Office for an extension. Americans traveling to Iraq for the purpose of employment should check with their employers and with the Iraqi Embassy in Washington, D.C. for any special entry or exit requirements related to employment. American citizens whose passports reflect travel to Israel may be refused entry into Iraq or may be refused an Iraqi visa, although to date there are no reported cases of this occurring.

U.S. citizens who remain longer than 10 days must obtain an exit stamp at the main Residency Office before departing the country. In Baghdad, they are available for all visitors at the main Residency Office near the National Theater. Contractors in the International Zone may also obtain exit stamps at the Karadah Mariam Police Station (available Sunday and Wednesday, 10:00-14:00). Exit stamp fees vary from USD 20 to USD 200, depending on the length of stay, entry visa and other factors. Those staying fewer than 10 days do not need to get an exit stamp before passing through Iraqi immigration at the airport. Visitors who arrive via military aircraft but depart on commercial airlines must pay a USD 80 departure fee at the airport.

Iraq does not allow visitors with HIV/AIDS to enter the country. At this time there is no waiver available for this ineligibility. However, please inquire directly with the Embassy of Iraq before you travel for any changes.

Visit the Iraqi Embassy website for the most current visa information. The Embassy is located at 1801 P Street NW, Washington, DC 20036; phone number is 202-742-1600; the fax is 202-333-1129.

Information about dual nationality or the prevention of international child abduction can be found on our web site. For further information about customs regulations, please read our Customs Information sheet.

**THREATS TO SAFETY AND SECURITY:** The Department of State continues to warn U.S. citizens of the dangers inherent in travel to Iraq and recommends against all but essential travel in country given the fluid security situation. While the security environment has shown significant improvement over the past year, Iraq remains dangerous and unpredictable. The security situation in Sulymaniya, Erbil, and Dohuk Governorates in northern Iraq has been relatively more stable than the rest of Iraq in recent years, but violence persists and conditions could deteriorate quickly. Even though there have been fewer terrorist attacks and lower levels of insurgent violence in those governorates than in other parts of Iraq, the security situation throughout the country remains fluid. Violence associated with the status of Kirkuk is likely to continue, at least within Kirkuk itself.

Remnants of the former Baath regime, transnational terrorists, criminal elements and numerous insurgent groups remain active throughout Iraq. Multinational Force-Iraq (MNF-I) and Iraqi Security Forces (ISF)-led military operations continue, and attacks persist against MNF-I and the ISF in many areas of the country. Turkish government forces have carried out operations against elements of the Kongra-Gel (KGK, formerly Kurdistan Worker's Party, or Partiya Karkeren Kurdistan (PKK)) terrorist group that are located along Iraq's northern border. Despite recent improvements in the security environment, Iraq remains dangerous, volatile and unpredictable. Attacks against military and civilian targets throughout Iraq continue, including in Baghdad's International (or "Green") Zone.   Foreign nationals and their facilities as well as Government of Iraq officials and buildings are targeted.  Such attacks can occur at any time. Kidnappings still occur; the most recent kidnapping of an American citizen occurred in July 2008. Improvised Explosive Devices (IEDs), Explosively Formed Penetrators (EFPs), and mines often are placed on roads, concealed in plastic bags, boxes, soda cans, dead animals, and in other ways to blend with the road. Grenades and explosives have been thrown into vehicles from overpasses and placed on vehicles at intersections, particularly in crowded areas. Rockets and mortars have been fired at hotels, and vehicle-borne IEDs have been used against targets throughout the country. Occasionally, U.S. Government personnel are prohibited from traveling to certain areas depending on prevailing security conditions. The Embassy has directed U.S. government personnel to use the "buddy system" when traveling in the International Zone, especially at night.  In addition to terrorist and criminal attacks, sectarian violence occurs often. Detailed security information is available on the U.S. Embassy Baghdad's website and on the U.S. Central Command's website .

For the latest security information, U.S. citizens traveling abroad should regularly monitor the Department of State's, Bureau of Consular Affairs' website.  It contains current Travel Warnings and Travel Alerts as well as the Worldwide Caution. Travelers are also referred to the U.S. Embassy Baghdad's Warden Notices which are available on the U.S. Embassy Baghdad's website.

Up-to-date information on safety and security can also be obtained by calling 1-888-407-4747 toll-free within the U.S. and Canada, or by calling a regular toll line, 1-202-501-4444, from other countries. These numbers are available from 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday (except U.S. federal holidays).

The Department of State urges American citizens to take responsibility for their own personal security while traveling overseas.  For general information about appropriate

measures travelers can take to protect themselves in an overseas environment, see the Department of State's extensive tips and advice on traveling safely abroad .

Back to Top

**CRIME:** The U.S. Embassy and MNF-I are working with Iraqi authorities to establish law enforcement and civil structures throughout the country. U.S.military personnel are providing police protection as well as the security situation permits. Petty theft is common in Iraq, including thefts of money, jewelry, or valuable items left in hotel rooms and pick-pocketing in busy places such as markets. Carjacking by armed thieves is very common, even during daylight hours, and particularly on the highways from Jordan and Kuwait to Baghdad. Foreigners, primarily dual American-Iraqi citizens, and Iraqi citizens are targets of kidnapping. The kidnappers often demand money but have also carried out kidnappings for political/religious reasons.

In many countries around the world, counterfeit and pirated goods are widely available. Transactions involving such products may be illegal under local law. In addition, bringing them back to the United States may result in forfeitures and/or fines.

**VICTIM OF CRIMES:** If you are the victim of a crime abroad, you should contact the local police and the nearest U.S. embassy or consulate (see end of this sheet or see the Department of State list of embassies and consulates ). This includes the loss or theft of a U.S. passport. The embassy/consulate staff can, for example, help you find appropriate medical care, contact family members or friends and explain how funds could be transferred. Although the investigation and prosecution of the crime is solely the responsibility of local authorities, consular officers can help you to understand the local criminal justice process and to find an attorney if needed.

There is no local equivalent to the "911" emergency line in Iraq.

Please see our information on victims of crime , including possible victim compensation programs in the United States.

Back to Top

**CRIMINAL PENALTIES:** While in a foreign country, a U.S. citizen is subject to that country's laws and regulations, which sometimes differ significantly from those in the United States and may not afford the protections available to the individual under U.S. law. Penalties for breaking the law can be more severe than in the United States for similar offenses. Persons violating Iraq's laws, even unknowingly, may be expelled, arrested or imprisoned. Penalties for possession, use, or trafficking in illegal drugs in Iraq are severe, and convicted offenders can expect long jail sentences and heavy fines. Engaging in sexual conduct with children or using or disseminating child pornography in a foreign country is a crime, prosecutable in the United States. Please see our information on Criminal Penalties.

Back to Top

**SPECIAL CIRCUMSTANCES:** As of September 21, 2006, Iraqi law prohibits adult Iraqis and foreigners from holding and transporting more than U.S. $10,000 in cash out of Iraq. In addition, it permits adult Iraqi and resident foreigners to hold and transport no more than 200,000 Iraqi dinars to cover travel expenses. Iraqi law also prohibits taking more than 100

grams of gold out of the country. Iraqi customs personnel are taking action to enforce these laws and may pose related questions to travelers during immigration and customs exit procedures. (Civil customs personnel also will verify passport annotations related to any items such as foreign currency, gold jewelry, or merchandise that were declared by passengers upon entry into Iraq on Form-8.)

All U.S. citizens are reminded that it is their duty to respect Iraqi laws, including legal restrictions on the transfer of currency outside of Iraq. If you are detained at the airport or at any other point of exit regarding your attempt to transfer currency out of Iraq, you should contact – or ask that Iraqi authorities immediately contact -- the American Embassy.

Transporting large amounts of currency is not advisable. Almost all of the international companies working in Iraq have the capability to make payments to their employees and at least four Iraqi banks are also able to convert cash into an international wire transfer directed to a bank account outside Iraq. Branches of the Credit Bank of Iraq on Al-Sa'adoon St., Baghdad, Dar Es Salaam Bank, Iraqi Middle East Investment Bank and Al-Warqaa Investment Bank all have this capability. Please be aware that large wire transfers may require Central Bank of Iraq approval because of measures in place to combat money laundering. Such approvals can be obtained by the sending bank, if information on the origin of the funds and the reason for its transfer are provided. Additional information on banking in Iraq is available at the Central Bank of Iraq web site .

Customs and MNF-I officers have the broad authority to search persons or vehicles at Iraq ports of entry. Officers may confiscate any goods that may pose a threat to the peace, security, health, environment, or good order of Iraq or any antiquities or cultural items suspected of being illegally exported. Goods that are not declared may be confiscated by an officer. Persons may also be ordered to return such goods, at their expense, to the jurisdiction from which they came. Please see our Customs Information.

The banking and financial infrastructure has been disrupted and is in the process of rebuilding. Hotels usually require payment in foreign currency. Automatic Teller Machines (ATMs) are extremely limited but the Trade Bank of Iraq (TBI) provides ATM services in dinars and U.S. dollars at the TBI head office in central Baghdad and two other locations.

Public telephone (landline) service is very limited; however, calls may be made from hotels, restaurants, and shops. Cellular service (mobile wireless) is available in urban areas but is still not very reliable, and users may frequently experience dropped calls. Internet service is available through Internet cafes, but broadband Internet service to homes is currently limited.

Due to security conditions, the Consular Section of the U.S. Embassy is able to provide only limited emergency services to U.S. citizens. Because police and civil structures are in the process of being rebuilt, emergency service and support will be limited.

Back to Top

**MEDICAL FACILITIES AND HEALTH INFORMATION:** Basic modern medical care and medicines are not widely available in Iraq. The recent conflict in Iraq has left some medical facilities non-operational and medical stocks and supplies severely depleted. The facilities in operation do not meet U.S. standards, and the majority lack medicines, equipment and supplies. Because the Baghdad International Airport has limited operations for security reasons, it is unlikely that a private medical evacuation can be arranged.

Information on vaccinations and other health precautions, such as safe food and water precautions and insect bite protection, may be obtained from the Centers for Disease Control and Prevention's (CDC) hotline for international travelers at 1-877-FYI-TRIP (1-877-394-8747) or via the CDC website. For information about outbreaks of infectious diseases abroad, consult the infectious diseases section of the World Health Organization (WHO) website. The WHO website also contains additional health information for travelers, including detailed country-specific health information .

**Avian Influenza:** The WHO and Iraqi authorities have confirmed human cases of the H5NI strain of avian influenza, commonly known as the "bird flu." Travelers to Iraq and other countries affected by the virus are cautioned to avoid poultry farms, contact with animals in live food markets, and any surfaces that appear to be contaminated with feces from poultry or other animals. In addition, the CDC and WHO recommend eating only fully cooked poultry and eggs. For the most current information and links on avian influenza, see the State Department's Avian Influenza Fact Sheet.

Back to Top

**MEDICAL INSURANCE:** The Department of State strongly urges U.S. citizens to consult their medical insurance company prior to traveling abroad. Important questions are whether the policy applies overseas and whether it covers emergency expenses such as a medical evacuation. For more information, please see our medical insurance overseas page .

**TRAFFIC SAFETY AND ROAD CONDITIONS:** While in a foreign country, U.S. citizens may encounter road conditions that differ significantly from those in the United States. The information below concerning Iraq is provided for general reference only, and may not be totally accurate in a particular location or circumstance.

Vehicular travel in Iraq can be extremely dangerous. There have been numerous attacks on civilian vehicles, as well as military convoys. Attacks occur throughout the day, but travel at night is exceptionally dangerous and should be avoided. There have been attacks on civilian vehicles as well as military convoys on Highways 1, 5, 10 and 15, even during daylight hours. Travelers are strongly urged to travel in convoys in daylight hours only. Travel in or through Ramadi and Fallujah, in and between al-Hillah, al-Basrah, Kirkuk, and Baghdad and between the International Zone and Baghdad International Airport, and from Baghdad to Mosul is particularly dangerous. Buses run irregularly and frequently change routes. Poorly maintained city transit vehicles are often involved in accidents. Long distance buses are available, but are often in poor condition and drive at unsafe speeds. Jaywalking is common. Drivers usually do not yield to pedestrians at crosswalks and ignore traffic lights (if available), traffic rules and regulations. Roads are congested. Driving at night is extremely dangerous. Some cars do not use lights at night and urban street lights may not be functioning. Some motorists drive at excessive speeds, tailgate and force other drivers to yield the right of way. Please refer to our Road Safety page for more information.

**AVIATION SAFETY OVERSIGHT:** As there is no direct commercial air service to the United States by air carriers registered in Iraq, the U.S. Federal Aviation Administration (FAA) has not assessed Iraq's Civil Aviation Authority for compliance with International Civil Aviation Organization (ICAO) aviation safety standards. For more information, travelers may visit the FAA safety assessment page .

On rare occasions, though not recently, military aircraft arriving and departing from Baghdad International Airport (ORBI) have experienced small arms and missile fire.

Travelers choosing to use civilian aircraft to enter or depart Iraq should be aware that, although there have been no recent attacks on civilian aircraft, the potential threat still exists. Official U.S. Government (USG) personnel are encouraged to use U.S. military or other USG aircraft when entering or departing Iraq. All personnel serving in Iraq under Chief of Mission (COM) authority are required to enter or depart Baghdad, Erbil, and Sulaymaniyah on U.S. military or other USG aircraft unless they receive COM approval to use commercial airlines, which is granted on a case-by-case basis. Other personnel not under COM authority must be guided by their own agencies.

**CHILDREN'S ISSUES:** Please see our Office of Children's Issues web pages on intercountry adoption and international parental child abduction.

**EMBASSY LOCATION:** Local embassy information is available below and at the Department of State list of embassies and consulates .

U.S. Embassy Baghdad
located in the International Zone
Telephone: 1-240-553-0581, extension 2413 (this number rings in Baghdad).
Emergency after-hours telephone: (in case of extreme emergency) 011-964-770-443-2594 (from the U.S.) or 964-0770-443-2594 (within Iraq).
Callers can also contact the Consular section via e-mail.

Back to Top

* * *

This replaces the Country Specific Information for Iraq dated October 2, 2008, to update the sections on Country Description, Entry/Exit Requirements, Threats to Safety and Security, Special Circumstances and Aviation Safety Oversight.

Back to Top

 Printer friendly version _ Email



## Travel Information

- Current Travel Warnings
- Current Travel Alerts
- Country Specific Information



About Us | Feedback | Contact Us | Email this Page | Print | Search | Top of Page

This site is managed by the Bureau of Consular Affairs, U.S. Department of

State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information | Disclaimers | Other U.S. Government Information

# **Travel Warning**

United States Department of State
*Bureau of Consular Affairs*
*Washington, DC 20520*

IRAQ

**June 15, 2009**

The Department of State continues to warn U.S. citizens of the dangers inherent in travel to Iraq and recommends against all but essential travel in country given the fluid security situation. Numerous insurgent groups remain active throughout Iraq. Iraqi Security Forces (ISF)-led military operations continue, and attacks persist against the ISF and U.S. forces in many areas of the country. Turkish government forces have carried out operations against elements of the Kongra-Gel terrorist group (KGK, formerly Kurdistan Worker's Party or PKK) located along Iraq's northern border. This Travel Warning warns U.S. citizens of the current security situation and reiterates the dangers of the use of civilian aircraft and of road travel within Iraq. This replaces the Travel Warning of June 13, 2008, to provide an update on security incidents and additional concerns about travel within Iraq.

### **Iraq Remains Dangerous and Unpredictable**
While the security environment has shown significant improvement over the past year, Iraq remains dangerous and unpredictable. Attacks against military and civilian targets throughout Iraq continue, including in the International (or "Green") Zone. Methods of attack have included roadside improvised explosive devices (IEDs), mortars and rockets, and human- and vehicle-borne IEDs. Kidnappings still occur; the most recent confirmed kidnapping of an American citizen reported to the U.S. Embassy occurred during July 2008 in Nassariya. In addition to terrorist and criminal attacks, sectarian violence occurs often. U.S. Government personnel require special permission and a security detail at all times when traveling outside of secure facilities and are prohibited from traveling to certain areas of Iraq depending on prevailing security conditions. Detailed security information is available on the Embassy's web site at http://iraq.usembassy.gov and at http://www.centcom.mil.

### **Transportation to/from and within Iraq**
Travelers choosing to utilize commercial carriers to enter or depart Iraq should be aware that, although there have been no recent attacks on civilian aircraft, the potential threat still exists, as does the high risk to road transportation as described above. U.S. Government personnel, with limited exceptions, are generally required to use U.S. military or other official aircraft when entering or departing Iraq. There have been no recent security-related incidents associated with civilian airport operations. Embassy employees, including those

resident in northern Iraq, may seek authorization, and under special limited circumstances, have obtained permission to use commercial airlines and civilian airports when entering or departing Iraq. Civilians, including tourists, business people, and temporary residents should recognize the risks associated with air travel to Iraq and must be guided by the security policies of their agencies, companies and sponsors.

**Northern Iraq**
The security situation in Sulymaniya, Erbil, and Dohuk Governorates in northern Iraq has been relatively more stable than the rest of Iraq in recent years, but violence persists and conditions could deteriorate quickly. Even though there have been fewer terrorist attacks and lower levels of insurgent violence in Sulymaniya, Erbil, and Dohuk than in other parts of Iraq, the security situation throughout the country remains fluid. Violence associated with the status of Kirkuk is likely to continue, at least within Kirkuk. Insurgent groups continue to operate across the north. In 2008, multiple incidents occurred in Sulymaniya, Erbil, and Dohuk involving IEDs, rocket and mortar fire, vehicle bombs, and shootings, though none resulted in U.S. casualties. While many parts of northern Iraq have become more stable, Mosul continues to experience intense violence and instability.

**International Zone Restrictions**
The U.S. Embassy is located in the International Zone (IZ) in Baghdad. The IZ is a restricted access area. The U.S. Government considers the potential threat to U.S. Government personnel assigned to Iraq to be sufficiently serious so as to require them to live and work under strict security guidelines.

**Limited Emergency Support to American Citizens**
The U.S. Embassy provides limited visa services to the general public and provides restricted emergency services to U.S. citizens in Iraq, particularly those located outside of Baghdad. American citizens who choose to visit or reside in Iraq despite this Travel Warning are urged to take responsibility for their own personal security and belongings (including their U.S. passports), avoid crowds, especially rallies or demonstrations, and to inform the U.S. Embassy of their presence in Iraq. All Americans in Iraq are asked to register with the Embassy at the following website: https://travelregistration.state.gov/ibrs.

**Contact Information**
American citizens may obtain the latest security information or other information about Iraq by contacting the U.S. Embassy, located in the International Zone, via landline at 1-240-553-0581, via e-mail to baghdadacs@state.gov, or by accessing the U.S. Embassy's website at http://iraq.usembassy.gov. The after-hours numbers in cases of extreme emergency are 011-964-770-443-2594 (from the US) or 964 0770-443-2594(within Iraq). Updated information on travel and security in Iraq may be obtained from the Department of State by calling 1-888-407-4747 toll-free in the United States and Canada or, for callers outside the United States and Canada, a regular toll line at 1-202-501-4444. For further information, please consult the Country Specific Information for Iraq, as well as the Worldwide Caution, both of which are available on the Bureau of Consular Affairs Internet website at http://travel.state.gov/.

Printer friendly version _ Email

Personal Services Contractors
Contact Information
As of August 31, 2009

O:\PSC contact information list 083109.docx

| Name | e-mail address | Notes |
|---|---|---|
| Al-Husun Security Company | www.alhusun-security.com | Iraqna: 0790-193-3523 |
| Nimrood Al-Rafedain Company For Securities Services | http://www.shamikh.net | Site is in Arabic. |
| Babylon Eagles Security Company | www.babyloneagles.com | Am not able to access home page on Gov't computer |
| Falcon Security, Ltd. Iraqi Security Company, Ltd. | www.falconiraq.com Security@FalconIraq.com | +9641 537-4375 |
| Kara Chogh for Special Security | No contact information listed in google.com | |
| Al-Furat R Company Private Security | No contact information listed in google.com | |
| Perot Company for Private Security | No contact information listed in google.com | |
| Legend Security Services, Ltd. | www.legendsecurity.com.sg/ | |
| Al-Hurea Company for Security Services | No contact information listed in google.com | |
| Fiafi Group, L.L.C. | Info@fiafigroup.com businessdevelopment@fiafigroup.com | Iraqna: 0790-372-8511; 0790-509-3567; 0790-479-3864 Simon Whittingham FIAFI Group, LLC Number 9, Street 19 IZ, Baghdad, Iraq |

| Name | e-mail address | Notes |
|---|---|---|
| Al-Sur Alaziz Security Services Company | www.al-sur-security.com/ | The Director of the High 0790-135-6217; Director of Operations: 0790-131-9375 |
| Al-Zaytoon for Security Services and Public Guardians, L.L.C. | No contact information listed in google.com | |
| Al-Djla Private Security, Ltd. | No contact information listed in google.com | |
| Nakhla Iraq Company Security Company | No contact information listed in google.com | |
| Al-Athad for Safeguarding, Ltd. | No contact information listed in google.com | |
| Sabah Al-Rafidain for Security Protection & General Guarding | No contact information listed in google.com | |
| Secure Line Company for Security Services, Ltd. | No contact information listed in google.com | |
| Soor Al-Madina, Company | No contact information listed in google.com | |
| Diyala Security Company | No contact information listed in google.com | |
| Aswar Wadi Al-Rafidain Company Security Services, Ltd. | No contact information listed in google.com | |
| Dera'a Al-Jazera for Security and Guard Services | No contact information listed in google.com | |
| Al-Baraka Private Security, Ltd. | No contact information listed in google.com | |
| Fajer AlGazirah for Security and Safeguarding, Ltd. | No contact information listed in google.com | |
| Future Path for Trid and Security Services, Ltd. | No contact information listed in google.com | |

| Name | e-mail address | Notes |
|---|---|---|
| Al-Basrah Falcons Company for Security Services | No contact information listed in google.com | |
| Harekar for Security Guarding and Demining | No contact information listed in google.com | |
| Neareast Security Services | www.neareastresources.com/<br>info@ner.cc | Karrada District, Baghdad, Iraq<br>1 (312) 896-5965<br>(7901) 924 842<br>(7702) 640 287<br>(7901) 919 034<br>1 (312) 896-5965<br>(7901) 924 842<br>(7702) 640 287<br>(7901) 919 034 |
| Night Bird Security Services | No contact information listed in google.com | |
| Iraq Land Company for Security Services and Special Guards | No contact information listed in google.com | |
| Janus Security – Iraq | dale.allen@securitybyjsi.com<br>steve.gill@securitybyjsi.com<br>general@securitybyjsi.com<br>www.securitybyjsi.com/contactus.html | Director, Dale Allen, 0790-191-4014<br>US Mobile +1 310 986 7222<br>Director, Steve Gill, 0790-1 91-4015 |
| Armor Group Iraq, Ltd. | www.armorgroup.com | |
| Andrew Kain, Entterprises, Ltd. (PSC) | No contact information listed in google.com | |
| Blue Hackle, Ltd. | BlueHackle.com | |
| SallyPort Global Services, Ltd. (PSC) | www.sallyportglobal.com<br>sgs-iraq@sallyportglobal.com | **Sallyport Global, Baghdad Office**<br>Al Mansour District<br>Baghdad Iraq<br>APO AE 09342<br>Office: 1-214-245-4611 |

| Name | e-mail address | Notes |
|---|---|---|
| Reed, Inc. (PSC) | www.Reedinc.com<br>Email: iraq@reedinc.com | IRAQ<br>Ph: +964.7904.301034<br>Ph (VOIP): +1 |
| EOD Technology, Inc. (EODT) | www.eodt.com | Al-Kindi-Hay, Suite 215<br>Street 14, House 29<br>Baghdad, Iraq<br>Phone: +1 703-738-307 |
| Unity Resources Group | iraq@unityresourcesgroup.com | 0790-193-0441 (Mobile)<br>+882 165 420 4496 (Satellite Landline) |
| Triple Canopy Inc., (PSC) | www.triplecanopy.com | Corporate Headquarters<br>2250 Corporate Park Drive<br>Suite 300<br>Herndon, Virginia 20171<br>USA<br>Toll-Free: +1 866 349 1506<br>Phone: +1 703 673 5000<br>Fax: +1 703 673 5001 |
| AEGIS Defense Services, Ltd, (PSC) | www.AEGISWorld.com | AEGIS<br>39 Victoria Street,<br>London, SW1H OEU, UK<br>T: +44(0)20 7222 1020<br>F: +44(0)20 7222 1022<br>Research & Intelligence:<br>T: +44 (0) 20 7960 1489 |
| Hart GMSSCO Cyprus, Ltd. (PSC) | www.HeartSecurity.com | Tel: +44 (0) 207 751 0771<br>Fax: +44 (0) 207 384 0501 |
| Threat Management GroupTMG (Limited) | www.pwclogistics.com | |
| Pilgrims Security Services, Ltd. | www.security@pilgrimsgroup.com | Telephone 0844 788 0180 (UK)<br>Fax +44 (0)1483 228770 |
| DynCorp International | www.dyncorpsinternational.com | Corporate Headquarters<br>3190 Fairview Park Drive, Suite 700<br>Falls Church, VA 22042<br>(571) 722-0210 |

| Name | e-mail address | Notes |
|---|---|---|
| SafeNet Security Services, Ltd. | www.safenetsecuritysystems.com | |
| Centurion Risk Assessment Services, Ltd. | www.centurionsafety.net | |
| International Skychase Corporation | http://www.skychaser.com | Corporate Office<br>Skychaser Communications, Inc.<br>332 Bleecker Street<br>Suite 168<br>New York, NY 10014<br>**Phone:** 212.791.9797<br>**Fax:** 866.332.5105 |
| GW Consultin (UK) Ltd. | http://www.gw-consulting.co.uk/ | Telephone: 0845 230 2231<br>Fax: 020 8566 8184<br>E-mail: info@green-works.co.uk<br>By post: Green-Works, 94 96 Queensbury<br>Road, Wembley, Middlesex HAO 1QG |



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

September 30, 2009

### BY U.S. MAIL AND EMAIL

Mark J. Hulkower
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Counsel for Defendant Paul Slough*

Thomas G. Connolly
Wiltshire & Grannis, LLP
1200 Eighteenth Street, NW, 12th Floor
Washington, DC 20036-2506
*Counsel for Defendant Nicholas Slatten*

William F. Coffield
Coffield Law Group
1330 Connecticut Avenue, NW, Suite 220
Washington, DC 20036
*Counsel for Defendant Evan Liberty*

David Schertler
Danny C. Onorato
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
*Counsel for Defendant Dustin Heard*

Steven J. McCool
Mallon & McCool
1776 K Street, NW, Suite 200
Washington, DC 20006
*Counsel for Defendant Donald Ball*

Re: *United States v. Paul Slough, et al.*, Crim. No. 08-CR-360

Dear Counsel:

We received the enclosed letter, with attachment, from the Department of Defense, Office of General Counsel. We are forwarding it to you for your consideration.

Sincerely yours,

CHANNING D. PHILLIPS
Acting United States Attorney

**CONTENTS SUBJECT TO PROTECTIVE ORDER ISSUED BY
U.S. DISTRICT COURT ON APRIL 13, 2009**

By: _____

KENNETH C. KOHL
Assistant United States Attorney
(202) 616-2139


_____

JONATHAN M. MALIS
Assistant United States Attorney
(202) 305-9665


_____

STEPHEN PONTICIELLO
Trial Attorney
U.S. Department of Justice
(202) 307-0802


cc:     Chambers of Judge Urbina
        Via facsimile (202-354-3392)


**CONTENTS SUBJECT TO PROTECTIVE ORDER ISSUED BY**
**U.S. DISTRICT COURT ON APRIL 13, 2009**

- 2 -



DEPARTMENT OF DEFENSE
OFFICE OF GENERAL COUNSEL
1600 DEFENSE PENTAGON
WASHINGTON, DC 20301-1600

SEP 29 2009

Jonathan M. Malis, Esquire
Office of the United States Attorney
District of Columbia
Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

Re:     United States v. Slough, et al., 08-360 (RMU)

Dear Mr. Malis:

This letter follows up on the telephone conversation between presiding Judge Ricardo Urbina and Mr. Jeh Charles Johnson, the Department of Defense (DoD) General Counsel, during the September 14 hearing in the subject prosecution.

Attached is a list of private security contractors who, according to officials from the Multinational Force-Iraq (MNF-I): (1) are licensed by appropriate Iraqi officials to provide personal security services in Iraq; (2) have obtained arming approval as required by applicable MNF-I orders; and, (3) perform personal security services under contract with one or more U.S. government agencies, including DoD, in Iraq. According to MNF-I officials, this list is current as of September 19, 2009. The fact that MNF-I is making this list available should not be construed as an MNF-I or DoD endorsement or recommendation regarding any of these private security companies or their services. Rather, the list is provided as an accommodation to the concerns expressed by Judge Urbina in his conversation with Mr. Johnson.

It is our view that this matter is appropriately handled by you as the government's attorney of record. Please feel free, however, to provide this correspondence to defendants' counsel and the court as you deem appropriate.

Sincerely,

Robut Zat

Robert E. Easton
Director, Office of Litigation
Office of Deputy General Counsel
(Legal Counsel)

Attachment



| Company | URL |
|---|---|
| Aegis Defense Services | http://www.aegisworld.com/ |
| Agility DGS | http://www.agilitylogistics.com/EN/DGS/Pages/Default.aspx |
| American-Iraqi Solutions Group (AISG) | http://www.aisgiraq.com/ |
| Armor Group Services, Ltd | http://www.armorgroup.com/ |
| Blue Hackle Middle East | http://www.bluehackle.com/ |
| Control Risks Group | http://www.controlrisks.com/ |
| CSS Global | http://www.gcssglobal.com/ |
| CTU Asia, LTD | http://www.ctuconsulting.com/iraq.php |
| Ellis World Alliance Corp. | |
| EOD Technology, Inc. | http://www.eodt.com/ |
| Erinys International/Iraq | http://www.erinys.net |
| Falcon Security | http://www.falconiraq.com/security.html |
| Global Strategies Group | http://www.globalsecuritygroup.com/ |
| Green Group | |
| Hart Security | http://www.hartsecurity.com/ |
| MPRI Inc. | http://www.mpri.com/esite/ |
| Olive Group | http://www.olivegroup.com/index.htm |
| Parsons Infrastructure and Technology | http://www.parsons.com/pages/default.aspx |
| Reed Inc. | http://www.reedinc.com/web/page/587/interior.html |
| Sabre International Security | http://www.securitybysabre.com/index.php |
| Safenet Security Service Iraq OSSI | http://ossiinc.com/ |
| SAL Risk Group LTD | http://www.salriskgroup.com/ |
| Securiforce International | http://www.securiforce.com/ |
| SOC-SMG, Inc. | http://soc-smg.com/page/home |
| Threat Management Group | http://www.threatgroup.com/ |
| Total Defense Logistics | http://www.tdlogistics.com/ |
| Triple Canopy | http://www.triplecanopy.com/triplecanopy/en/home/ |
| Unity Resources Group | http://www.unityresourcesgroup.com/ |
| USIS International | http://www.usis.com/ |