# ATTACHMENT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Cr. No. 08-360 (RCL) |
| : | |
| v. : | |
| : | |
| PAUL ALVIN SLOUGH, : | |
| NICHOLAS ABRAM SLATTEN, : | |
| EVAN SHAWN LIBERTY, and : | |
| DUSTIN LAURENT HEARD, : | |
| : | |
| Defendants. : | |

## DECLARATION OF FBI SPECIAL AGENT MARC HESS

Pursuant to 28 U.S.C. § 1746, Marc Hess declares as follows:

1.  I make this declaration for the Court's consideration as part of the government's opposition to the defendants' Motion to Compel Production of Evidence.

2.  I am a duly appointed Special Agent of the Federal Bureau of Investigation ("FBI"), and have been so employed since 2010. As a Special Agent with the FBI, I have primarily investigated violent crime cases, including homicides and armed bank robberies. I am currently assigned as the lead FBI Special Agent on the "clean" trial team in the above-referenced matter.

3.  After the defendants' filed their Motion to Compel Production of Evidence in early April, I sought to obtain approximate cost and time estimates to transport eleven civilian vehicles shot in the Nisur Square Shooting on September 16, 2007 (the "11 Victim Vehicles") and the Raven 23 Command Vehicle to the United States by ground/water or air. Specifically, through the FBI's Office of the Legal Attaché in Baghdad, Iraq, I sought cost and time estimates from the Department of State's Foreign Service General Services Office ("GSO") for the U.S. Embassy in Baghdad. The GSO has primary responsibility for the management of physical

resources and logistical functions at the U.S. Embassy in Iraq. In that role, it secures and manages physical resources and logistical services provided to other United States government agencies in connection with the U.S. Embassy in Iraq. I was informed that the GSO has previously arranged for the transportation of similar shipments of vehicles from Baghdad to the United States for other United States government agencies.

4. Based on prior experience, GSO informed the FBI that it would cost approximately $190,000 and take seven months to ship the 11 Victim Vehicles and the Raven 23 Command Vehicle door-to-door via surface and ocean carriers. The seven-month estimate did not account for potential delay caused by unanticipated legal or political considerations beyond the United States government's control. GSO further informed the FBI that transporting the 11 Victim Vehicles and the Raven 23 Command Vehicle by air carrier would cost over $1.7 million and take approximately six weeks, absent unanticipated legal or political considerations beyond the United States government's control.

I declare under penalty of perjury that the foregoing is true and correct.

04/22/2014
Date executed

Special Agent Marc Hess

2