# ATTACHMENT E



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

October 15, 2009

BY EMAIL & OVERNIGHT DELIVERY

Mark J. Hulkower
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Counsel for Defendant Paul Slough*

Thomas G. Connolly
Wiltshire & Grannis, LLP
1200 Eighteenth Street, NW, 12th Floor
Washington, DC 20036-2506
*Counsel for Defendant Nicholas Slatten*

William F. Coffield
Coffield Law Group
1330 Connecticut Avenue, NW, Suite 220
Washington, DC 20036
*Counsel for Defendant Evan Liberty*

David Schertler
Danny C. Onorato
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
*Counsel for Defendant Dustin Heard*

Steven J. McCool
Mallon & McCool
1776 K Street, NW, Suite 200
Washington, DC 20006
*Counsel for Defendant Donald Ball*

Re: *United States v. Paul Slough, et al.*, Crim. No. 08-CR-360

Dear Counsel:

Pursuant to the Court's September 14, 2009 ruling from the bench on your Motion to Compel Discovery Under Rule 16, we are producing the Expert Summaries and Computer Generated Data you requested. You should find enclosed with this letter two compact discs, four DVDs, and a 160 MB Portable Hard Drive device.

The first DVD, identified as "Discovery Production No. 17," contains over 2,200 pages of documents, photographs and reports relating to various expert analysis that has been completed over the past several weeks on this case. All the materials on the DVD are divided into

**CONTENTS SUBJECT TO PROTECTIVE ORDERS ISSUED BY
U.S. DISTRICT COURT ON MARCH 5, 2009 & APRIL 13, 2009**

electronic subfolders bearing the name of the Government examiner who did the analysis. The materials are Bates stamped **USAO_026003 - USAO_028232.**

In a letter from Steven McCool, dated July 1, 2009, you requested that we provide information and underlying data relating to any computer-generated evidence ("CGE") that the United States may seek to use at trial in this case. We provided a partial response to those requests in the discovery materials we sent you on August 4, 2009. The FBI unit that prepared our computer generated "Rendering of Nisur Square Traffic Circle" has placed all the underlying data and materials requested in Mr. McCool's letter on the enclosed 160 MB Portable Hard Drive device, bearing Bates number **USAO_028238.**

The final compact disc, identified by Bates No. **USAO_028233**, contains a video of Nisur Square that was filmed on September 16, 2007, shortly after the shooting, by a United States Army Unarmed Aerial Vehicle ("UAV") or "drone." The video was declassified this week by the Department of Defense. Still photos from this drone can be found on the disc labeled "Discovery Production No. 17" at Bates Nos. **USAO_027532 - USAO_027544.**

We have enclosed an FBI lab report relating to metallurgical examinations that were recently performed on three metal fragments extracted from the tires removed from the left side of the Raven 23 Bearcat vehicle. The FBI lab report describing the examination is identified by Bates No. **USAO_028239, et al**, and the examiner's curriculum vitae is Bates stamped **USAO_028241, et al**.

This discovery material has been disclosed pursuant to the protective order issued by Judge Urbina on April 13, 2009. Copies of the enclosed material may only be disseminated to third parties who agree to be bound by the terms of that order.

**CONTENTS SUBJECT TO PROTECTIVE ORDERS ISSUED BY
U.S. DISTRICT COURT ON MARCH 5, 2009 & APRIL 13, 2009**

Please give us a call if you have any questions.

Sincerely yours,

CHANNING D. PHILLIPS
Acting United States Attorney

By: _____
KENNETH C. KOHL
Assistant United States Attorney
(202) 616-2139

_____ /KK
JONATHAN M. MALIS
Assistant United States Attorney
(202) 305-9665

_____ /KK
STEPHEN PONTICIELLO
Trial Attorney
U.S. Department of Justice
(202) 307-0802

**CONTENTS SUBJECT TO PROTECTIVE ORDERS ISSUED BY
U.S. DISTRICT COURT ON MARCH 5, 2009 & APRIL 13, 2009**