# ATTACHMENT F







Bearcat: Command Vehicle



White Kia

0   1   2   3   4   5
Scale in Feet

Lab # 080408011 KG
File # 70A-WF-237079
USAO_026472



White Kia

Eighteen additional holes were determined to be consistent with having originated from the general direction of the front of the vehicle.

Scale in Feet
0  1  2  3  4  5

Lab # 080408011 KG
Lab #090629005 PO KG
File # 70A-WF-237079
USAO_026473



White Volkswagen

0  1  2  3  4  5
Scale in Feet

Lab # 080408011 KG
File # 70A-WF-237079
USAO_026488



White Volkswagen

Scale in Feet

0   1   2   3   4   5

Lab # 080408011 KG
File # 70A-WF-237079
USAO_026489

White Volkswagen



0   1   2   3   4   5
Scale in Feet

Lab # 080408011 KG
File # 70A-WF-237079

USAO_026490

White Volkswagen



Scale in Feet
0   1   2   3   4   5

Lab # 080408011 KG
File # 70A-WF-237079
USAO_026491



White Volkswagen

Four additional holes were determined to be consistent with having originated from the general direction of the front of the vehicle.

Five additional holes were determined to be consistent with having originated from the general direction of the driver side of the vehicle.

0   1   2   3   4   5
Scale in feet

Lab # 080408011 KG
Lab #090629005 PO KG
File # 70A-WF-237079
USAO_026492