IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:08-cr-360-RCL |
| ) | |
| NICHOLAS A. SLATTEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter came before the Court on the Defendant Nicholas A. Slatten's Motion to Enforce Writ of Mandamus. Based on the effect of the Court of Appeals' grant of Mr. Slatten's emergency petition for a writ of mandamus, Mr. Slatten's Motion to Enforce Writ of Mandamus is **GRANTED**; and

**IT IS ORDERED** that the indictment against Mr. Slatten is hereby **DISMISSED**.

SO ORDERED, this 23rd day of April, 2014.

Royce C. Lamberth
United States District Judge