UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL A. SLOUGH, )<br>EVAN S. LIBERTY, and )<br>DUSTIN L. HEARD, )<br>)<br>Defendants. ) | Criminal No. 08-360 (RCL) |
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NICHOLAS A. SLATTEN, )<br>)<br>Defendant. ) | Criminal No. 14-107 (RCL) |

### ORDER

The Court has received the first batch of written excuse requests from prospective jurors for the trial of these cases. Within twenty-four hours of notification that the batch is within the Court's chambers, counsel shall notify the Court of any objections. The batch will be available to be viewed in the Court's chambers.

It is **SO ORDERED** this 15th day of May 2014.

_____
ROYCE C. LAMBERTH
United States District Judge