**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 08-360 (RCL) |
| | : | |
| v. | : | |
| | : | |
| PAUL ALVIN SLOUGH, | : | |
| NICOLAS ABRAM SLATTEN, | : | |
| EVAN SHAWN LIBERTY, and | : | |
| DUSTIN LAURENT HEARD, | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S RENEWED MOTION IN LIMINE TO EXCLUDE
LEGAL OPINIONS REGARDING APPLICABILITY OF MEJA
TO PRIVATE CONTRACTORS IN IRAQ**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion in Limine, renewing its prior motion to preclude the presentation of any out-of-court statements of legal opinion concerning the applicability of the Military Extraterritorial Jurisdiction Act ("MEJA"), 18 U.S.C. § 3261 *et seq.* to private contractors in Iraq.  See Government's Motion in Limine to Exclude Legal Opinions Regarding Applicability of MEJA to Private Contractors in Iraq [Dkt. No. 201].  In support, the government relies on those points and authorities in that prior motion, and incorporates by reference those points and authorities into this renewed motion.

WHEREFORE, the Government respectfully asks the Court to grant this motion in limine.

        Respectfully submitted,

        RONALD C. MACHEN JR.
        UNITED STATES ATTORNEY
        D.C. Bar Number 447889

By:      _____/s/_____
        Anthony Asuncion
        Assistant United States Attorney
        D.C. Bar Number 420822
        Anthony.Asuncion@usdoj.gov

        _____/s/_____
        T. Patrick Martin
        Assistant United States Attorney
        D.C. Bar Number 471965
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        Thomas.Martin@usdoj.gov

        _____/s/_____
        Christopher Kavanaugh
        Assistant United States Attorney
        VA Bar Number 73093
        Christopher.Kavanaugh@usdoj.gov