IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 08-360 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **PAUL ALVIN SLOUGH,** | : | |
| **NICHOLAS ABRAM SLATTEN,** | : | |
| **EVAN SHAWN LIBERTY, and** | : | |
| **DUSTIN LAURENT HEARD,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S NOTICE IN CONNECTION WITH**
**DEFENDANTS' MOTION TO COMPEL PRODUCTION OF "EVIDENCE"**

The government files this notice in connection with Defendants' Motion to Compel Production of "Evidence" (the "Motion to Compel") [Dkt. # 411].

1. On April 4, 2014, the defendants filed their Motion to Compel, demanding, in part, that the Court order the government to transport 11 vehicles associated with the victims in the Nisur Square shooting on September 16, 2007 (the "11 Victim Vehicles"), from Baghdad, Iraq, to the United States so that they could inspect the vehicles.

2. On April 23, 2014, the government filed an opposition to the Motion to Compel. Among other things, the government set forth the substantial efforts it had undertaken in 2007, 2008, and 2009, to memorialize the relative condition of the 11 Victim Vehicles through photography, videography, measurements and documentation of apparent gunfire and ballistics damage, etc. All of these materials were produced to the defendants in 2008 and 2009.

3. On May 19, 2014, FBI Special Agent Marc Hess was notified by Assistant Legal Attaché ("ALAT")/Special Agent Brian Rasmussen at the U.S. Embassy in Baghdad, Iraq, that the 11 Victim Vehicles were "missing" in that they were no longer located at Forward Operating

Base ("FOB") Olympia, an "open air" U.S.-controlled facility in Baghdad.[1]  ALAT Rasmussen explained that the day before, on May 18, 2014, he first noticed that the 11 Victim Vehicles had been moved from their location while flying over FOB Olympia in a helicopter.  No one associated with FOB Olympia had informed ALAT Rasmussen or anyone else associated with the FBI's Office of Legal Attache that the 11 Victim Vehicles would be moved.  ALAT Rasmussen further explained that upon inquiring of U.S. Embassy Facility Management personnel responsible for maintaining FOB Olympia, he learned that the 11 Victim Vehicles had been marked for destruction.  ALAT Rasmussen admonished U.S. Embassy Facility Management personnel at the time that the vehicles were evidence in a criminal prosecution and were not to be destroyed.  Upon information and belief, U.S. Embassy Facility Management personnel are either directly hired or contracted by the U.S. Department of State to provide facility management services to the U.S. Embassy in Iraq.

4.	On May 19, 2014, ALAT Rasmussen located the vehicles at FOB Prosperity—a separate and distinct U.S.-controlled facility in Baghdad, Iraq, also operated by U.S. Embassy Facility Management personnel.  Several of the vehicles appeared to have sustained damaged in transit and one vehicle, in particular, had been substantially crushed.  ALAT Rasmussen took photographs of the 10 of the 11 Victim Vehicles, copies of which are being produced to the defendants in connection with the filing of this Notice.[2]  ALAT Rasmussen again admonished U.S. Embassy Facility Management personnel that the vehicles were evidence in a criminal prosecution and were not to be destroyed.

---

[1] This surprised Special Agent Hess because, on April 1, 2014, he had personally viewed the 11 Victim Vehicles at FOB Olympia.

[2] ALAT Rasmussen inadvertently did not take photographs of the eleventh vehicle.  He will do so, and copies will be produced to the defendants soon thereafter.

5. On May 20 and 21, 2014, ALAT Rasmussen arranged to move the vehicles to the U.S. Embassy compound for storage in sealed, locked, Conex containers there. In addition, the FBI is now undertaking an independent investigation into the unauthorized movement of the 11 Victim Vehicles from FOB Olympia.

6. Significantly, on at least two prior occasions before the above circumstances transpired, special agents with the FBI's Office of Legal Attache in Baghdad, Iraq, had expressly admonished U.S. Embassy Facility Management personnel that the vehicles were evidence in an ongoing criminal prosecution and needed to be retained. In particular, on February 10, 2013, an FBI special agent with the FBI's Office of Legal Attache in Baghdad informed the Acting Facilities Manager, U.S. Embassy, that the 11 vehicles needed to be moved from FOB Prosperity to FOB Olympia and retained as evidence in this ongoing criminal case. The vehicles were moved to FOB Olympia as a result of that communication. Separately, in February 2014, in connection with the trial team's anticipated travel to Iraq for trial preparation purposes, ALAT Rasmussen informed the Deputy Facilities Manager, U.S. Embassy, that members of the trial team would be inspecting the vehicles and reminded that individual that all vehicles must be retained as they were evidence in a criminal prosecution.

          Respectfully submitted,

          RONALD C. MACHEN JR.
          UNITED STATES ATTORNEY
          D.C. Bar Number 447889

By:        /s/
          T. Patrick Martin
          Assistant United States Attorney
          D.C. Bar Number 471965
          Thomas.Martin@usdoj.gov

                                                        _____/s/_____
Anthony Asuncion
Assistant United States Attorney
D.C. Bar Number 420822
Anthnoy.Asuncion@usdoj.gov

           _____/s/_____
Christopher Kavanaugh
Assistant United States Attorney
VA Bar Number 73093
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Christopher.Kavanaugh@usdoj.gov