**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY 23 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 08-360 (RCL) |
| : | |
| PAUL ALVIN SLOUGH, : | |
| EVAN SHAWN LIBERTY, and : | |
| DUSTIN LAURENT HEARD, : | |
| : | |
| Defendants. : | |

## ORDER

Based on the government's representations and the entire record in this matter, it is

**ORDERED** that, pursuant to LCrR 47(e), the government's brief in opposition to the defendants' motion to dismiss the indictment may exceed 45 pages.

_5/22/14_
ROYCE C. LAMBERTH
DISTRICT JUDGE

_Royce C. Lamberth_
Date