UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 23 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL A. SLOUGH, )<br>EVAN S. LIBERTY, and )<br>DUSTIN L. HEARD, )<br>)<br>Defendants. ) | Criminal No. 08-360 (RCL) |
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NICHOLAS A. SLATTEN, )<br>)<br>Defendant. ) | Criminal No. 14-107 (RCL) |

## ORDER

Before the Court are the defendants' motion [411] to compel the production of certain evidence, the government's opposition [427] thereto, and the defendants' reply [431]. For the reasons explained in the accompanying Memorandum Opinion issued this date, it is hereby

**ORDERED** that the defendants' motion [411] to compel the government to transport the vehicles involved in the Nissur Square shooting to the United States and to produce the 3ds Max files involved in the creation of a potential 2014 CGE is **DENIED**.

It is **SO ORDERED** this 23rd day of May 2014.

ROYCE C. LAMBERTH
United States District Judge