IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA  )  <br> ) <br> v.  ) <br> ) No. 1:08-cr-360-RCL <br> PAUL A. SLOUGH,  ) <br> EVAN S. LIBERTY, and  ) <br> DUSTIN L. HEARD,  ) <br> ) <br> Defendants.  ) | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA  ) <br> ) <br> v.  ) <br> ) No. 1:14-cr-107-RCL <br> NICHOLAS A. SLATTEN  ) <br> ) <br> Defendant.  ) | | |

**DEFENDANTS' REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO PROHIBIT WITNESSES FROM WEARING MILITARY UNIFORMS AT TRIAL**

Defendants Paul A. Slough, Evan S. Liberty, Dustin L. Heard, and Nicholas A. Slatten, by and through undersigned counsel, hereby reply to the Government's Opposition to their Motion *in Limine* to Prohibit Witnesses from Wearing Military Uniforms at Trial.

The Government does not deny that is it within the power of this Court to prohibit witnesses from wearing military uniforms to testify at trial. Gov't's Opp. at 1. The Government also does not dispute the unique prejudicial effect witnesses in military uniforms will have on *these Defendants* in *this trial*. Gov't's Opp. at 1-2. In this case, witnesses in military uniforms

will prejudice the Defendants by highlighting the political controversies surrounding contractors in combat zones. Additionally, it will confuse the issues and mislead the jury.

The Government's only argument in Opposition to Defendants' Motion is that witnesses have an interest in wearing uniforms if they desire to. Gov't's Opp. at 2. The Defendants in this case are facing serious criminal charges and incarceration. The risk that witnesses testifying in uniform will prejudice the Defendants' significantly outweighs any witness's personal interests in choosing what clothing to wear while giving testimony.

## CONCLUSION

For the foregoing reasons, and those stated in Defendant's Motion *in Limine*, Defendants request this Court grant Defendants' Motion *in Limine* to Prohibit Witnesses from Wearing Military Uniforms at Trial.

Dated: May 27, 2014								Respectfully submitted,

/s/ William Coffield
William Coffield (No. 431126)
Coffield Law Group LLP
1330 Connecticut Avenue, N.W., Suite 220
Washington, DC  20036
Telephone:  (202) 429-4799
*Counsel for Defendant Evan S. Liberty*

/s/ David Schertler
David Schertler (No. 367203)
Danny Onorato (No. 380043)
Lisa Schertler (No. 430754)
Janet Foster (Admitted *Pro Hac Vice*)
Schertler & Onorato, L.L.P.
575 – 7th Street, N.W., Suite 300 South
Washington, D.C.  20004
Telephone:  (202) 628-4199
*Counsel for Defendant Dustin L. Heard*

/s/ Brian M. Heberlig
Brian M. Heberlig (No. 455381)
Michael J. Baratz (No. 480607)
Bruce C. Bishop (No. 437225)
Linda C. Bailey (No. 985081)
Scott P. Armstrong (No. 993851)
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone: (202) 429-3000
*Counsel for Defendant Paul A. Slough*


/s/ Thomas G. Connolly
Thomas G. Connolly (No. 420416)
Steven A. Fredley (No. 484794)
Jared P. Marx (No. 1008934)
Anne K. Langer (No. 501389)
HARRIS, WILTSHIRE & GRANNIS LLP
1200 Eighteenth St., N.W., Suite 1200
Washington, D.C. 20036
Telephone: (202) 730-1300
Facsimile: (202) 730-1301
*Counsel for Defendant Nicholas A. Slatten*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2014, I caused the foregoing Defendants' Reply to Government's Opposition to Defendants' Motion *in Limine* to Prohibit Witnesses from Wearing Military Uniforms at Trial to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such to all counsel of record.

      /s/ William Coffield
William Coffield (No. 431126)
Coffield Law Group, LLP
1330 Connecticut Avenue, NW
Suite 220
Washington, DC 20036
wcoffield@coffieldlawgroup.com
202-429-4799