IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> PAUL A. SLOUGH, ) <br> EVAN S. LIBERTY, ) <br> DUSTIN L. HEARD, ) <br> ) <br> Defendants. ) | Crim. No. 1:08-CR-360 (RCL) |
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> NICHOLAS A. SLATTEN, ) <br> ) <br> Defendant. ) | Crim. No. 1:14-CR-107 (RCL) |

**ORDER**

Having considered the Government's Renewed Motion in Limine to Exclude Legal Opinions Regarding Applicability of MEJA to Private Contractors in Iraq [Dkt. No. 445, renewing Dkt. No. 201], the Government's Supplement thereto [Dkt. No. 501], the Defendants' opposition memoranda thereto [Dkt. No. 475, renewing Dkt. No. 212, and Dkt. No. 504], and the relevant authorities, and having heard argument on the Motion, it is now HEREBY ORDERED that:

The Government's Renewed Motion in Limine is DENIED.

SO ORDERED.

_____
ROYCE C. LAMBERTH
United States District Judge

Dated: _____
Washington, D.C.

Copies to:  Anthony Asuncion
T. Patrick Martin
Christopher Kavanaugh
John Crabb Jr.
David Mudd
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20001

Brian M. Heberlig
Bruce C. Bishop
Michael J. Baratz
Linda C. Bailey
Scott P. Armstrong
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795
(202) 429-3000
*Counsel for Defendant Paul A. Slough*

Thomas G. Connolly
Steven A. Fredley
Wiltshire & Grannis LLP
1200 Eighteenth Street, N.W., Suite 1200
Washington, D.C.  20036
(202) 730-1300
*Counsel for Defendant Nicholas A. Slatten*

William Coffield
Coffield Law Group LLP
1330 Connecticut Ave. N.W. Suite 220
Washington, D.C.  20036
(202) 429-4799
*Counsel for Defendant Evan S. Liberty*

David Schertler
Danny Onorato
Schertler & Onorato, LLP
575 7th Street, N.W. – Suite 300 South
North Building - 9th Floor
Washington, D.C.  20004-2601
(202) 628-4199
*Counsel for Defendant Dustin L. Heard*