**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUN 1 1 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 08-360 (RCL) |
| ) | |
| PAUL A. SLOUGH, ) | |
| EVAN S. LIBERTY, and ) | |
| DUSTIN L. HEARD, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-107 (RCL) |
| ) | |
| NICHOLAS A. SLATTEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendants' Motion to Exclude the Expert Testimony of Government Expert Robert F. Mothershead filed by defendants Slough, Liberty, and Heard [*Slough* 406], the Government's Opposition to that Motion [*Slough* 500], oral argument on May 29, 2014, the applicable law, and the entire record in this matter, it is hereby

**ORDERED** that the Defendants' Motion [*Slough* 472] is **DENIED**.

It is **SO ORDERED** this 11th day of June 2014.

ROYCE C. LAMBERTH
United States District Judge