UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 11 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 08-360 (RCL) |
| ) | |
| PAUL A. SLOUGH, ) | |
| EVAN S. LIBERTY, and ) | |
| DUSTIN L. HEARD, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-107 (RCL) |
| ) | |
| NICHOLAS A. SLATTEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court are the defendants' motions [*Slough* 441, 447; *Slatten* 17] to exclude the evidence described in the government's notice [*Slough* 406] of intention to introduce evidence pursuant to Federal Rule of Evidence 404(b), the government's opposition [*Slough* 481; *Slatten* 36] thereto, and the defendants' replies [*Slough* 492, 494; *Slatten* 41]. For the reasons explained in the accompanying Memorandum Opinion issued this date, it is hereby

**ORDERED** that the defendants' motions [*Slough* 441, 447; *Slatten* 17] to exclude are **DENIED**, except as to defendant Liberty's motion to exclude evidence of his reassignment, which is **GRANTED**.

It is **SO ORDERED** this 11th day of June 2014.

ROYCE C. LAMBERTH
United States District Judge