UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 1 1 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 08-360 (RCL) |
| ) | |
| PAUL A. SLOUGH, ) | |
| EVAN S. LIBERTY, and ) | |
| DUSTIN L. HEARD, ) | |
| ) | |
| **Defendants.** ) | |

## ERRATA

In an Order [519] and Memorandum Opinion [520] issued this date denying the defendants' motion to exclude the expert testimony of government expert Robert F. Mothershead, the Court erroneously included a caption for defendant Nicholas Slatten, 14 Cr. 107. Both the Order [519] and Memorandum Opinion [520] only apply to defendants Paul Slough, Evan Liberty, and Dustin Heard.

It is **SO ORDERED** this _11th_ day of June 2014.

_____
ROYCE C. LAMBERTH
United States District Judge