June 23, 2014

Dear Judge Lamberth,

I am unclear about something you said on 6-19-14 (I think).

Did you tell the Jury they could look into a matter on their own? The matter I am referring to is:

Civil case where families sued Blackwater. The families received money. Grand Jury on May 27, 2008

Juror Alternate 4

( ~~████████████~~
~~████████████~~ )

G. 08-360
cr. 14-107

Let this be filed.
Royce C. Lamberth
U.S.D.J  6/18/14

**FILED**

JUN 19 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia