IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL A. SLOUGH, )<br>EVAN S. LIBERTY, and )<br>DUSTIN L. HEARD, )<br>)<br>　　　　Defendants. )<br>―――――――――――――――――――)<br>)<br>UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NICHOLAS A. SLATTEN, )<br>)<br>　　　　Defendant. )<br>―――――――――――――――――――) | No. 1:08-cr-360-RCL<br><br><br><br><br><br><br><br>No. 1:14-cr-107-RCL<br><br>Judge Royce C. Lamberth |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

Pursuant to Local Civil Rule 5.4(e)(1), please take notice that the Defendants today filed under seal (pursuant to the Protective Order entered April 13, 2009 (Dkt. 83)), in electronic format, the *Defendants' Response to Government's First and Second Mid-Trial Submissions Regarding Kastigar Status of Upcoming Witnesses*. This document is not available for public viewing.

Copies of the foregoing were served by electronic mail upon the following counsel for the United States:

        Gregg Maisel
        John Crabb Jr.
        David Mudd
        National Security Division
        U.S. Attorney's Office
        555 4th Street, N.W., 11th Floor
        Washington, DC 20530

Pursuant to the Stipulated Protective Order (Dkt. 93) governing potential *Garrity* material, these materials were not served on the prosecution trial team.

Respectfully submitted,

By:  /s/ Bruce Bishop

| | |
|---|---|
| Brian M. Heberlig (No. 455381) | Thomas G. Connolly (No. 420416) |
| Michael J. Baratz (No. 480607) | Steven A. Fredley (No. 484794) |
| Bruce C. Bishop (No. 437225) | Wiltshire & Grannis LLP |
| Linda C. Bailey (No. 985081) | 1200 Eighteenth Street N.W. |
| Steptoe & Johnson LLP | Suite 1200 |
| 1330 Connecticut Ave. N.W. | Washington, D.C. 20036 |
| Washington, D.C. 20036 | (202) 730-1300 |
| (202) 429-3000 | *Counsel for Defendant Nicholas A. Slatten* |
| *Counsel for Defendant Paul A. Slough* | |
| | |
| William Coffield (No. 431126) | David Schertler (No. 367203) |
| Coffield Law Group LLP | Danny Onorato (No. 480043) |
| 1330 Connecticut Ave. N.W. Suite 220 | Schertler & Onorato, LLP |
| Washington, D.C. 20036 | 575 7th Street, N.W. – Suite 300 South |
| (202) 429-4799 | Washington, D.C. 20004 |
| *Counsel for Defendant Evan S. Liberty* | (202) 628-4199 |
| | *Counsel for Defendant Dustin L. Heard* |

Dated:  July 7, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July 2014, I caused the foregoing NOTICE REGARDING FILING OF SEALED MATERIAL to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

David Schertler, Esq.
Danny C. Onorato, Esq.
Schertler & Onorato, LLP
575 7th Street, NW
Suite 300 South
Washington, DC  20004

Thomas G. Connolly, Esq.
Steven A. Fredley, Esq.
Wilshire & Grannis LLP
1200 Eighteenth Street, NW
12th Floor
Washington, DC  20036

William F. Coffield, Esq.
Coffield Law Group
1330 Connecticut Avenue, NW
Suite 220
Washington, DC  20036

Gregg A. Maisel
John Crabb Jr.
David Mudd
National Security Division
U.S. Attorney's Office
555 4th Street, N.W., 11th Floor
Washington, DC 20530

/s/ Bruce C. Bishop