IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)                              No. 1:08-cr-360-RCL<br>PAUL A. SLOUGH,                             )<br>EVAN S. LIBERTY, and                      )<br>DUSTIN L. HEARD,                           )<br>)<br>         Defendants.                            )<br>_____)<br>)<br>UNITED STATES OF AMERICA       )<br>)<br>v.                                                          )                              No. 1:14-cr-107-RCL<br>)<br>NICHOLAS A. SLATTEN,                   )                              Judge Royce C. Lamberth<br>)<br>         Defendant.                             )<br>_____) | |

**DEFENDANTS' NOTICE OF PROPOSED TESTIMONY TO BE STRICKEN
UNDER THIS COURT'S JULY 3, 2014 RULING**

On July 3, 2014, following the testimony of prosecution witness Azaldeen Sami Hawas, this Court ordered that the witness's testimony regarding his identification of an alleged shooter be stricken from the record.  7/3/2014 Tr. 101:11-13.  Defendants respectfully submit that the following testimony should be stricken.[1]

Page 64, lines 5-8:  These last two sentences of this paragraph describe the alleged shooter.

Page 65, line 22, through page 66, line 11: This testimony identifies the alleged shooter both by vehicle and by physical description.

---
[1] Redlined transcript excerpts are attached as Exhibit A.

1

<u>Page 67, lines 3-14</u>:  In this testimony the witness says he put his head down, then looked back up and saw the alleged individual shooting at his car and bullets hitting his car.  The witness's statement memorialized in his FD-302 indicated he was outside the car, lying down on the ground, and "did not see who shot his father."[2]  The statement memorialized in the FD-302 did not mention seeing his father or the car get shot, or who shot them.

<u>Page 77, line 17, through page 78, line 1</u>:  This testimony identifies the alleged shooter by vehicle.

<u>Page 80, line 24</u>:  "it is the same person that shot at us, he shot".

<u>Page 81, lines 1-11</u>:  This testimony identifies the alleged shooter, by physical description and the claim that the witness "saw him shooting" with his own eyes.

<u>Page 84, lines 14-17</u>:  The question and answer on cross-examination refer to the witness's identification of the alleged shooter on direct.

<u>Page 87, lines 6-8</u>:  The question and answer on cross-examination refer to the witness's identification of the alleged shooter on direct.

<u>Page 87, lines 16-17 and 21-22, and page 88, lines 1-3</u>:  The questions on cross-examination refer to the witness's physical description of the alleged shooter on direct.

---

[2] The July 1, 2012 FD-302 (BWTT-000219) is attached as Exhibit B. *See id.* at 2, third full paragraph.

Dated: July 8, 2014

                Respectfully submitted,

                 /s/ Brian M. Heberlig
                Brian M. Heberlig (No. 455381)
                Michael J. Baratz (No. 480607)
                Bruce C. Bishop (No. 437225)
                Linda C. Bailey (No. 985081)
                Scott P. Armstrong (No. 993851)
                Steptoe & Johnson LLP
                1330 Connecticut Ave. N.W.
                Washington, D.C.  20036
                (202) 429-3000
                *Counsel for Defendant Paul A. Slough*

                William Coffield (No. 431126)
                Amanda Montee (No. 1018326)
                Coffield Law Group LLP
                1330 Connecticut Ave. N.W. Suite 220
                Washington, D.C.  20036
                (202) 429-4799
                *Counsel for Defendant Evan S. Liberty*

                Thomas G. Connolly (No. 420416)
                Steven A. Fredley (No. 484794)
                Jared P. Marx (No. 1008934)
                Anne K. Langer (No. 501389)
                Harris, Wiltshire & Grannis LLP
                1200 Eighteenth Street N.W. Suite 1200
                Washington, D.C. 20036
                (202) 730-1300
                *Counsel for Defendant Nicholas A. Slatten*

                David Schertler (No. 367203)
                Danny Onorato (No. 480043)
                Janet Foster (*Admitted Pro Hac Vice*)
                Schertler & Onorato, LLP
                575 Seventh Street N.W.
                Suite 300 South
                Washington, D.C.  20004
                (202) 628-4199
                *Counsel for Defendant Dustin L. Heard*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July 2014, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Anthony Asuncion
T. Patrick Martin
Christopher Kavanaugh
John Crabb, Jr.
David Mudd
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

                                                   /s/ Bruce C. Bishop