# Exhibit B

Scene 80
A 15



FD-302 (Rev. 5-8-10)

- 1 of 2 -

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   07/20/2012

AZALDEEN SAMI HAWAS, ██████ ██████ ███████ ██ ██████ ████ ███ met with Federal Bureau of Investigation special agents ("SAs") Marc Daniel Hess and Katrice Jenkins, and Assistant United States Attorneys ("AUSAs") Tony Asuncion, Pat Martin, John Han and John Crabb. HAWAS was accompanied by his father, SAMI HAWAS HAMUD AL-SABAHIN. Translation was provided by Bob Baba, Regional Security Office linguist. HAWAS was advised of the nature of the interview and the identity and affiliation of those present.

AUSA Asuncion made introductions and provided an explanation and update of the judicial process and legal proceedings to date. Upon completion of this introduction and explanation, AUSAs Asuncion, Han and Martin, and SA Hess, excused themselves from the interview and left the room at approximately 3:30 p.m. At approximately 3:50 p.m., upon completion of AUSA Crabb's and SA Jenkin's interview with HAWAS, they advised the prosecution team that there was no reason to believe HAWAS had been exposed to tainted information. AUSAs Asuncion, Han and Martin and SA Hess returned to the interview room to conduct a further interview with HAWAS. AUSA Crabb and SA Jenkins were present at all times during this interview. AL-SABAHIN was not present during HAWAS's interviews and was interviewed separately.

HAWAS had not been interviewed previously. He provided the following information:

HAWAS is nineteen (19) years old. He is currently in eleventh grade. He has lived in Baghdad all of his life. There are seven (7) people in his family.

On September 16, 2007, HAWAS was riding in the back passenger seat

Investigation on   07/01/2012   at   Baghdad, Iraq (In Person)

File #   70A-WF-237079-FILTER                              Date drafted   07/07/2012

by   HESS MARC DANIEL

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

70A-WF-237079-FILTER

Continuation of FD-302 of  Interview of Azaldeen Sami Hawas                    , On  07/01/2012 , Page  2 of 2


of his father's car.  His grandmother was in the front passenger seat.  He
and his father were taking her to the hospital.


     As they approached Nisur Square there was a lot of traffic.  He saw
armored vehicles moving into the traffic circle counter flow to the
traffic.  His father said he could see a burning vehicle to the south of
the traffic circle and they were going to turn around.  HAWAS did not see
the burning car but he saw smoke to the south.  He could hear gunfire
coming from the south.


     HAWAS saw three (3) armored vehicles.  As the armored vehicles
moved north through the traffic circle, they began to shoot.  He does not
remember what color the armored vehicles were but he had seen similar
vehicles in the Green Zone before.


     The red car in front of them was shot by the armored vehicles.
Later, after the armored vehicles passed north, HAWAS saw the man in that
car screaming.  HAWAS got out of his car on the passenger side and lay down
on the ground.  His grandmother and father stayed in the car.  After the
armored vehicles passed HAWAS ran to the Civil Defense Unit to the west of
his position and asked for help.  They told him to stay where he was and
they went to his car.  They took his father to the hospital because his
father had been shot.  HAWAS did not see who shot his father.  When HAWAS
arrived at the hospital his father was already being operated on.  He saw
his father later that day and his father said he had been shot by the
armored vehicles.


     HAWAS said he is willing to travel to the U.S. to be a witness.  At
the conclusion of the interview HAWAS was given the standard $40 witness
fee to reimburse him for expenses incurred as a result of attending the
interview.  He signed a receipt for the payment.  His photograph was also
taken and has been placed on a CD containing photographs of other
witnesses.

The original notes of this interview and the receipt signed by HAWAS have
been placed in a 1A envelope.