IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 08-360 (RCL) |
| | : | |
| PAUL ALVIN SLOUGH, | : | |
| EVAN SHAWN LIBERTY, and | : | |
| DUSTIN LAURENT HEARD, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 14-107 (RCL) |
| | : | |
| NICHOLAS SLATTEN, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANTS'
SURREPLY TO GOVERNMENT'S MOTION *IN LIMINE*
TO PRECLUDE ADMISSION OF THE TOC LOG**

As set forth below, the government responds to Defendants' Surreply to Motion *In Limine* to Exclude the TOC Log [Dkt. #574-1]:

The defendants' claim that the government misstated applicable precedent is incorrect. In *United States v. Smith*, 521 F.2d 957, 965-66 (D.C. Cir. 1975), the D.C. Circuit held that a police broadcast, which is akin to the TOC Log, may not be admitted as a business record by the party associated with its creation.[1] Subsequently, the D.C. Circuit stated, "[w]e do not feel that . . . this aspect of *Smith*, precludes the admission of the DEA forms nor of the lock-seal envelopes

---

[1] As the D.C. Circuit stated: "Our analysis thus produces the following rule: Police reports are ordinarily excluded when offered by the party at whose instance they were made," [citation omitted] but may still be admitted as business records when, as here, they are offered against that party, the prosecution, [citations omitted] or any other party." *Smith*, 521 F.2d at 967.

. . . " *United States v. Coleman*, 631 F.2d 908, 912 (D.C. Cir. 1980).  Accordingly, *Coleman* did not address the admissibility of a police radio broadcast – or the TOC Log, and nothing akin to a DEA form is at issue here.  Moreover, the court in *Coleman* could not have overruled the *Smith-court* precedent.  *See, e.g., United States v. Torres*, 115 F.3d 1033, 1036 (D.C. Cir. 1997) ("panels of this court [] are obligated to follow controlling circuit precedent until either [the Court of Appeals] sitting *en banc*, or the Supreme Court, overrule it.")

   Therefore, the government did not misstate the law, and the TOC Log should be excluded as it constitutes inadmissible hearsay.

         Respectfully submitted,

         RONALD C. MACHEN JR.
         United States Attorney
         D.C. Bar No. 447-889

  By:  _____/s/_____
         Christopher Kavanaugh
         Assistant United States Attorney
         VA Bar Number 73093

         Anthony Asuncion
         Assistant United States Attorney
         D.C. Bar Number 420822

         T. Patrick Martin
         Assistant United States Attorney
         D.C. Bar Number 471965

         National Security Section
         U.S. Attorney's Office