# Exhibit J

7-1 (Rev. 7-10-06)

Washington Field                    Date: October 2, 2009    2501 Investigation Parkway



## FBI Laboratory

Quantico, Virginia 22135

# REPORT OF EXAMINATION

To:

Squad CT-4
SA Thomas F. O'Connor              Case ID No.: 70A-WF-237079

Lab No.: 090928009 PO KG
090921012 PO KG
081022011 PO KG
080805001 PO UX
080410018 PO UX
071126014 PO UX

Reference: Communications dated November 21, 2007, April 10, 2008, August 6, 2008, October
22, 2008, September 21, 2008 and September 28, 2009

Your No.:

Title:      SHOOTING INCIDENT;
NISUR SQUARE
BAGHDAD IRAQ
SEPTEMBER 16, 2007

Date specimens received: November 26, 2007, April 10, 2008, August 5, 2008, October 22, 2008,
September 21, 2008 and September 28, 2009

**Administrative Information:**

This report includes the results of additional firearms examinations conducted on the
listed evidence. Items Q253.3 through Q253.22 of Laboratory Number 081022011 PO KG have
not been previously examined. These items were also compared to previously submitted items of
appropriate caliber when microscopic marks of value were present. Laboratory Number
090921012 PO KG consists of re-submissions of evidence from original Laboratory Numbers
080805001 PO UX. Laboratory Number 090928009 PO KG consists of re-submissions of
evidence from original Laboratory Number 071126014 PO UX. The specimen listing below only
includes items specifically examined or addressed in this report. Please note that the firearms in

Page 1 of 7

USAO_026427
BWTT_007501

the specimen listing were not directly examined for this report, but previously created test fired specimens from those firearms were used for microscopic comparisons.

The following items were examined in the Firearms/Toolmarks Unit:

## ITEMS SUBMITTED UNDER LABORATORY NUMBER 081022011 PO KG

| | |
|---|---|
| Q253.3-Q253.5 | Cartridge cases (1B12, E4373363) |
| Q253.6-Q253.7 | Bullet jacket fragments (1B12, E4373363) |
| Q253.8-Q253.10 | Cartridge cases (1B12, E4373363) |
| Q253.11 | Ammunition link (1B12, E4373363) |
| Q253.12-Q253.22 | Cartridge cases (1B12, E4373363) |

## ITEMS RESUBMITTED FROM FBI LABORATORY NUMBER 071126014 PO UX

| | |
|---|---|
| Q1 | Bullet (1B7, E4251547) |
| Q2 | Metal core fragment (1B10, E4251550) |
| Q3 | Bullet (1B8, E4251548) |
| Q4 | Bullet fragment (1B8, E4251548) |
| Q5-Q7 | Three (3) bullet jacket fragments (1B8, E4251548) |
| Q8 | Metal core fragment (1B8, E4251548) |
| Q9 | Metal fragment (1B8, E4251548) |
| Q10-Q12 | Three (3) cartridge cases (1B8, E4251548) |
| Q13-Q14 | Two (2) bullet jacket fragments (1B4, E4251544) |
| Q15 | Metal fragment (1B4, E4251544) |
| Q16-Q26 | Eleven (11) metal fragments (1B4, E4251544) |

Page 2 of 7

090928009 PO KG

For Official Use Only

USAO_026428

| | |
|---|---|
| Q27 | Bullet jacket fragment (1B85, E03952478) |
| Q28-Q32 | Five (5) metal fragments (1B85, E03952478) |
| Q33 | Debris (1B85, E03952478) |
| Q34 | Metal Fragment (1B85, E03952478) |
| Q35 | Debris (1B85, E03952478) |
| Q36-Q37 | Two (2) bullet jacket fragments (1B85, E03952478) |
| Q38-Q39 | Two (2) bullet jacket fragments (1B3, E4251543) |
| Q40-Q41 | Two (2) bullet jacket fragments (1B9, E4251549) |
| Q42 | Bullet (1B6, E4251546) |
| Q43 | Cartridge case (1B6, E4251546) |
| Q44-Q49 | Six (6) cartridge cases (1B11, E4251552) |
| Q51-Q54 | Four (4)  bullets (1B1, E4251541) |
| Q56-Q69 | Fourteen (14) cartridge cases (1B1, E4251541) |
| Q82 | Cartridge case (1B1, E4251541) |
| Q86 | Cartridge case with bullet (1B1, E4251541) |
| Q94-Q98 | Five (5) cartridge cases (1B2, E4251542) |
| Q99-Q103 | Five (5) cartridge cases (1B2, E4251542) |
| Q110-Q111 | Two magazines from Nisur Square (1B2, E4251542) |

### ITEMS RESUBMITTED FROM FBI LABORATORY NUMBER 080805001 PO UX

| | |
|---|---|
| Q206-Q228 | Twenty-three linked cartridges |

Page 3 of 7

090928009 PO KG

For Official Use Only

USAO_026429

**BWTT_007503**

**ITEMS ORIGINALLY SUBMITTED UNDER LABORATORY NUMBER 071126014 PO FROM WHICH TEST FIRED SPECIMENS WERE PRODUCED AND USED IN EXAMINATIONS FOR THIS REPORT**

| | |
|---|---|
| K8 | FN machine gun, Serial Number C10139 (1B20, E04039774) |
| K9 | Knight's Armament rifle, Serial Number KA060348 (1B21, E04039775) |
| K25 | Glock pistol, Serial Number 1ELW025US (1B37, E03952465) |
| K26 | Glock pistol, Serial Number GYZ487 (1B38, E03952466) |
| K27 | Glock pistol, Serial Number 1ELW258US (1B39, E03952467) |
| K28 | FN machine gun, Serial Number C10759 (1B40, E4252439) |
| K30 | Glock pistol, Serial Number 1EKU825US (1B42, E03952468) |
| K31 | Glock pistol, Serial Number 1EKD995US (1B43, E03952469) |
| K32 | Glock pistol, Serial Number EKX133US (1B44, E03952470) |
| K33 | Glock pistol, Serial Number GYZ495 (1B45, E03952471) |
| K34 | Glock pistol, Serial Number EKD599US (1B46, E03952472) |
| K35 | Glock pistol, Serial Number EKD728US (1B47, E03952473) |
| K36 | Glock pistol, Serial Number 1EKX308US (1B48, E03952474) |
| K37 | Glock pistol, Serial Number EES487US (1B49, E03952475) |
| K38 | FN machine gun, Serial Number C09936 (1B50, E4252441) |
| K40 | FN machine gun, Serial Number C09923 (1B52, E4252454) |
| K44 | FN machine gun, Serial Number C10764 (1B56, E4252450) |
| K45 | FN machine gun, Serial Number C10141 (1B57, E4252442) |

090928009 PO KG

For Official Use Only

USAO_026430

**BWTT_007504**

K47            Glock pistol, Serial Number EKD993US (1B62, E04041697)

K48            Glock pistol, Serial Number EKD657US (1B63, E04041698)

K49            Glock pistol, Serial Number EKD662US (1B64, E04041699)

K50            Glock pistol, Serial Number 1ELW715US (1B65, E04041700)

K51            Glock pistol, Serial Number 1ELW574US (1B66, E03952476)

K52            Glock pistol, Serial Number 1ELW615US (1B67, E03952477)

K59            Glock pistol, Serial Number 1ELW785US (1B74, E04041701)

K60            Glock pistol, Serial Number 1ELW345US (1B75, E04041702)

K61            Glock pistol, Serial Number EKD481US (1B76, E04041704)

K62            Glock pistol, Serial Number 1EKX521US (1B77, E04041705)

K63            Glock pistol, Serial Number 1EKX480US (1B78, E04041706)

K64            Glock pistol, Serial Number 1EKX351US (1B79, E04041707)

K65            Glock pistol, Serial Number EES594US (1B80, E04041708)

K66            Glock pistol, Serial Number 1ELW614US (1B81, E04041709)

K67            Glock pistol, Serial Number GYZ484 (1B82, E04041710)

K68            Glock pistol, Serial Number 1EKX548US (1B83, E04041711)

**Results of Examinations:**

**7.62x51mm (.308 Winchester) Cartridge Cases**

Specimen Q253.3 is a 7.62x51mm cartridge case that was identified as having been loaded into and extracted from the K40 machine gun.

090928009 PO KG

For Official Use Only

USAO_026431

**BWTT_007505**

**7.62x39mm Cartridge Cases**

Specimens Q253.5, Q253.8, Q253.9 and Q253.12 through Q253.22 are 7.62x39mm cartridge cases that bear class characteristics consistent with having been produced by AK-47/AKM type rifles, although other possible rifle types could not be eliminated. The Q253.15 through Q253.19 cartridge cases were identified as having been fired in the same firearm. Due to a lack of sufficient corresponding microscopic marks of value, it could not be determined whether the remaining cartridge cases listed above were fired in the same firearm/firearms or in the same firearm as the Q253.15 through Q253.19 cartridge cases. The Q65, Q66, Q68 and Q86 cartridge cases were identified as having been loaded into and extracted from the same firearm. The Q10 through Q12, Q67, Q69 and Q82 cartridge cases could not be associated with each other or with any of the other submitted 7.62x39mm cartridge cases.

**.30 Caliber Bullets (which includes both 7.62x39mm and 7.62x51mm)**

The Q253.6 and Q253.7 bullet jacket fragments are .30 caliber, and are fully consistent in design and appearance with a specific type of bullet loaded in M993 7.62x51mm cartridges. Specimen Q253.7 has no marks of value for comparison purposes. The Q253.6 bullet jacket fragment was identified as having been fired from the same barrel as the Q1 bullet, but due to a lack of sufficient corresponding microscopic marks of value, it could not be determined if the Q253.6 bullet was fired from the barrel of the K8, K28, K38, K40, K44 or K45 rifles. Due to a difference in General Rifling Characteristics (GRCs), the Q253.6 bullet jacket fragment was not fired from the barrel of the K9 rifle. Due to a lack of corresponding microscopic marks of value, the Q253.6 bullet jacket fragment could not be associated with the Q3, Q4, Q6, Q27, Q36, Q37, Q42 and Q51 through Q54 bullets/bullet fragments.

**9x19mm (9mm Luger) Cartridge Cases**

Specimen Q253.4 is a 9x19mm cartridge case that bears class characteristics consistent with those produced by Glock pistols or by Smith & Wesson Sigma model pistols. The Q253.4 cartridge case was compared to test fired specimens from all of the previously submitted 9x19mm pistols (K25 through K27, K30 through K37, K47 through K52 and K59 through K68). Due to a lack of sufficient corresponding microscopic marks of value, it could not be determined whether the Q253.4 cartridge case was fired in the previously submitted 9x19mm pistols. The Q253.4 cartridge case was also compared to previously submitted 9x19mm cartridge cases (Q56 through Q64). Due to a lack of sufficient corresponding microscopic marks of value, it could not be determined whether the Q253.4 cartridge case was fired in the same firearm as the Q56, Q57, Q59 and Q62 through Q64 cartridge cases. Due to a difference in class characteristics, the Q253.4 cartridge case was not fired in the same firearm as the Q58, Q60 or Q61 cartridge cases.

090928009 PO KG

For Official Use Only

USAO_026432

BWTT_007506

**Miscellaneous:**

Specimen Q253.10 is a heavily damaged cartridge case that is consistent in size and shape with 7.62x54Rmm cartridge cases. The Q253.11 ammunition link is consistent in its design and appearance with links used for 7.62x51mm machine guns, such as those linking the Q206 through Q228 cartridges. The Q110 and Q111 magazines are consistent in their design and appearance with magazines designed to function in the M16/AR-15/M4 Carbine family of rifles. In addition, a 5.56x45mm Colt AR-15 Government Model rifle from the Laboratory's Reference Firearms Collection functioned normally when tested utilizing the Q110 and Q111 magazines.

**Remarks:**

This completes the firearms examinations performed by the Firearms/Toolmarks Unit. The submitted items will be returned by the Laboratory's Evidence Control Unit. For questions about the content of this report, please contact examiner Douglas P. Murphy at 703-632-7237. For questions concerning the disposition of the submitted items, please contact Request Coordinator Shannon Ruminski at 703-632-8801.

Douglas P. Murphy
Firearms/Toolmarks Unit

This report contains the opinions/interpretations of the examiner(s) who issued the report.

090928009 PO KG

For Official Use Only

USAO_026433

**BWTT_007507**