# EXHIBIT A



U.S. Department of Justice

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

**BY E-MAIL**

November 8, 2013

Brian Heberlig, Esq.　　　　　　　　　　David Schertler, Esq.
Steptoe & Johnson, LLP　　　　　　　　Danny C. Onorato, Esq.
1330 Connecticut Avenue, N.W.　　　　Schertler & Onorato, LLP
Washington, D.C. 20036　　　　　　　　575 7th Street, N.W.
　　　　　　　　　　　　　　　　　　　Suite 300 South
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004


Thomas G. Connolly, Esq.　　　　　　　William F. Coffield, Esq.
Wiltshire & Grannis　　　　　　　　　　Coffield Law Group
1200 Eighteenth Street, N.W., 12th Floor　1330 Connecticut Avenue, N.W. #220
Washington, D.C. 20036　　　　　　　　Washington, D.C. 20036


　　　　　Re:  <u>United States v. Slough, et al.</u>, Crim. No. 08-360(RCL)

Dear Counsel:

　　　We are writing in response to (1) your request of November 4, 2013, for "all documents or information regarding the government's first interview of Jeremy Ridgeway, on or around October 23, 2008, including any agent notes or FBI 302," and (2) your request of October 16, 2013, for "all notes or other records of pre-grand jury interviews by the former trial team in this matter."

　　　First, we have determined that the government's first interview of Mr. Ridgeway occurred on October 30, 2008. (We have previously provided to you the FB 302 and agent's notes from that interview.) On October 23, 2008, Mr. Ridgeway's counsel provided an attorney proffer, at which Mr. Ridgeway was present but did not provide any information.

　　　Second, having reviewed the record and consulted with the former trial team, we do not believe that there are any FB 302s or agent notes for "pre-grand jury interviews" conducted by the former trial team.

　　　If you have any questions, please contact us.  Thank you.

Sincerely,

By: \_\_\_\_\_/s/_____
John Crabb Jr.
David J. Mudd
Assistant United States Attorneys

2