# EXHIBIT D

# WINSTON & STRAWN LLP

| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
|---|---|---|
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | FACSIMILE (202) 282-5100 | 25 AVENUE MARCEAU<br>75116 PARIS, FRANCE |
| | www.winston.com | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

WILLIAM M. SULLIVAN, JR.
(202) 282-5744
wsullivan@winston.com

August 14, 2008

**VIA E-MAIL AND FIRST CLASS MAIL**

Kenneth C. Kohl, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
11th Floor
Washington, D.C. 20530

**CONFIDENTIAL / NOT SUBJECT TO DISCLOSURE**
Attorney Proffer Pursuant to Fed. R. Crim. P. 11(f),
Fed. R. Evid. 408, and Fed. R. Evid. 410

RE: Grand Jury Investigation Concerning the Nisour Square Incident in Baghdad, Iraq on September 16, 2007

Dear Mr. Kohl:



BWT-005673

**WINSTON & STRAWN** LLP

Kenneth C. Kohl, Esq.  
August 14, 2008  
Page 2

CONFIDENTIAL / NOT SUBJECT TO DISCLOSURE  
Attorney Proffer Pursuant to Fed. R. Crim. P. 11(f),  
Fed. R. Evid. 408, and Fed. R. Evid. 410

███████████████████████████████████ Mr. Ridgeway conducted himself honorably, courageously, and responsibly at every point during the Incident. ███████████████████████████████████ Mr. Ridgeway did nothing wrong ███████████████████████████████████

    Shortly after Raven 23 entered the traffic circle, a white Kia sedan directly approached Raven 23 in a highly threatening manner, circumventing several other stopped Iraqi vehicles, ignoring the warnings of Blackwater personnel and Iraqi civilians, and refusing to stop. Raven 23 personnel immediately identified the white Kia as a potential suicide VBIED and, consistent with State's rules of engagement ("ROE"), successfully halted the car by means of defensive fire. At approximately the same time—or within seconds thereafter—members of Raven 23 began receiving machine gun fire from multiple directions, which threatened the entire convoy and posed an especially lethal risk to the seven turret gunners who were exposed without the benefit of armored protection. A deadly two-way firefight ensued as various ICs again returned defensive fire in order to protect their lives and the lives of their teammates from incoming hostile fire while under the reasonable perception at the time that they were being ambushed as part of a coordinated, multi-stage insurgent attack that began with the detonation of the powerful

**WINSTON & STRAWN** LLP

Kenneth C. Kohl, Esq.
August 14, 2008
Page 3

CONFIDENTIAL / NOT SUBJECT TO DISCLOSURE
Attorney Proffer Pursuant to Fed. R. Crim. P. 11(f),
Fed. R. Evid. 408, and Fed. R. Evid. 410

VBIED outside of the Izdihar Compound and continued with the perceived suicide VBIED—in the form of the white Kia—and related hostile fire at Nisour Square.

