**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **No. 1:08-cr-360-RCL** |
| **PAUL A. SLOUGH,** ) | |
| **EVAN S. LIBERTY, and** ) | |
| **DUSTIN L. HEARD,** ) | |
| ) | |
| **Defendants.** ) | |

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **No. 1:14-cr-107-RCL (joined)** |
| **NICHOLAS A. SLATTEN,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion to Compel Disclosure of *Brady* and *Giglio* Information Related to Cooperating Witness Jeremy Ridgeway, and finding good cause to grant such motion, it is hereby

**ORDERED** that the Defendants' Motion is **GRANTED** and:

1. The Government is **ORDERED** to disclose to the Defendants any notes or other memorializations the Government possesses of its first proffer with Mr. Ridgeway on October 23, 2008; and

2. The Government is **ORDERED** to disclose to the Defendants information and materials in its possession relating to the discussions that culminated in Mr. Ridgeway's plea agreement.

It is **SO ORDERED** this ___ day of July, 2014.

_____
ROYCE C. LAMBERTH
United States District Judge