# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 08-360 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **PAUL ALVIN SLOUGH,** | : | |
| **EVAN SHAWN LIBERTY, and** | : | |
| **DUSTIN LAURENT HEARD,** | : | |
| | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 14-107 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **NICHOLAS SLATTEN,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF SEALED FILING

Pursuant to Local Civil Rule 5.4(e)(1), please note that the United States today filed under seal (pursuant to the Protective Order entered April 13, 2009 (Dkt. #83)), its ninth mid-trial submission regarding kastigar status of upcoming trial witnesses. This document is not available for viewing.

A copy of the opposition will be served by e-mail on counsel for the defendants: Thomas Connolly, Brian M. Heberlig, William Coffield, and David Schertler.

                                          Respectfully submitted,

    By:      _____/s/_____
                  John Crabb Jr.
                  Assistant United States Attorney
                  N.Y. Bar No. 2367670
                  john.d.crabb@usdoj.gov
                  National Security Section