Case 1:08-cr-00360-RCL   Document 620-1   Filed 08/26/14   Page 1 of 2

# ATTACHMENT A

Case 1:08-cr-00360-RCL Document 620-1 Filed 08/26/14 Page 2 of 2
Case 1:08-cr-00360-RMU Document 35-3 Filed 01/13/2009 Page 2 of 2
Case 1:08-cr-00341-RMU Document 5 Filed 11/18/2008 Page 1 of 1

AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**SEALED**

**FILED**
NOV 18 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA
V.

JEREMY P. RIDGEWAY

**WARRANT FOR ARREST**

CASE NUMBER: CR-08-341

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JEREMY P. RIDGEWAY**
Name

and bring him or her forthwith to the nearest magistrate to answer an

☐ Indictment  ☒ **Information**  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Voluntary Manslaughter** of Mahassin Mohssen Kadhum Al-Khazali, and **Attempt to Commit Manslaughter** against Abdul Wahab Abdul Qadar Al-Qalamchi, on September 16, 2007

in violation of **18 U.S.C. §§ 1112 and 1113**.

Royce C. Lamberth                     Chief Judge
Name of Issuing Officer               Title of Issuing Officer

/s/ Royce C. Lamberth                 11/18/08  U.S. District Court, Washington, D.C.
Signature of Issuing Officer          Date and Location

Bail fixed at $ _____  by _____
                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/18/2008 | John M. Patarini | /s/ John M. Patarini |
| DATE OF ARREST | Special Agent, FBI | |
| 11/18/2008 | | |