# ATTACHMENT C

```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,
         Government,                    CR No. 08-360

                                        Washington, DC
     vs.                                July 31, 2014
                                        10:10 a.m.
PAUL SLOUGH,
EVAN LIBERTY,
DUSTIN HEARD,                           Day 31
         Defendants.
_____

UNITED STATES OF AMERICA,

         Government,                    CR No. 14-107

                                        Washington, DC
     vs.                                July 9, 2014
                                        10:10 a.m.
NICHOLAS SLATTEN,
         Defendant.                     Day 31
_____/


              TRANSCRIPT OF JURY TRIAL
        BEFORE THE HONORABLE ROYCE C. LAMBERTH
            UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:       Anthony Asuncion, Esquire
                          John Crabb, Jr., Esquire
                          T. Patrick Martin, Esquire
                          Christopher R. Kavanaugh, Esq.
                          David Joseph Mudd, Esquire
                          U.S. ATTORNEY'S OFFICE
                          Criminal Division
                          555 Fourth Street, NW
                          Washington, DC 20530
                          (202) 252-7786
                          anthony.asuncion@usdoj.gov
```

```
 1  was not going to go away; is that right?
 2    A.   Yes, sir.
 3           MR. ASUNCION:  And I believe it's without
 4  objection, well, I'll pull up for the witness Government
 5  Exhibit 497G?
 6           MR. HEBERLIG:  No objection.
 7           THE COURT:  Let's go ahead and take our -- we'll
 8  take a 10-minute recess.  Get some more in before lunch.
 9  JURY ESCORTED OUT OF THE COURTROOM AT 11:51 A.M.
10  BRIEF RECESS AT 11:51 A.M.
11                         AFTER RECESS
12         (Thereupon, Jeremy Ridgeway resumed the
13      witness stand.)
14  JURY ESCORTED INTO THE COURTROOM AT 12:05 P.M.
15           THE COURT:  You may be seated.
16           All right, Mr. Asuncion, you may proceed.
17           MR. ASUNCION:  If we could -- we're moving into
18  evidence without objection Government's Exhibit 497G.
19           THE COURT:  Received.
20          (Thereupon, Government's Exhibit No. 497G
21      was received in evidence.)
22                  DIRECT EXAMINATION (Cont'd)
23  BY MR. ASUNCION:
24    Q.   So, in fact, Mr. Ridgeway, this didn't just go away,
25  did it?
```

1    A.   No, sir, it did not.
2    Q.   And do you recognize Government's Exhibit 49G [sic] to
3  be a warrant for your arrest signed by then Chief Judge
4  Royce C. Lambert?  Do you see that?
5    A.   Yes, sir, I do.
6    Q.   You understand that, and that was issued on
7  November 18th of 2008?
8    A.   Yes, sir.
9    Q.   And, in fact, on that same day you were arrested by FBI
10 Agent John Patarini, is that correct, and his name is on the
11 bottom of this?
12   A.   Yes, sir.
13   Q.   And that occurred in the District of Columbia?
14   A.   Yes, sir.
15   Q.   So were you formally placed under arrest by those FBI
16 agents and then formally booked; is that your memory?
17   A.   Yes, sir.
18   Q.   And that all occurred in Washington, D.C.?
19   A.   Yes, sir.
20   Q.   All right.  Mr. Ridgeway, I just want to make sure we
21 understand what you testified about today.
22        You didn't see any insurgents that day at all?
23   A.   No, sir, I did not.
24   Q.   And you didn't see anyone at all firing at your convoy
25 that day?