# ATTACHMENT D

1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
2

3      THE UNITED STATES OF AMERICA,)
                                    )
4                    Plaintiff,     )
                                    )
5      vs.                          )    File No:  CR 08-360
                                    )
6      Paul Alvin Slough,           )
       Evan Shawn Liberty,          )
7      Dustin Laurent Heard,        )
                                    )
8                    Defendants.    )    Date:  July 31, 2014
                                         Time:  2:11 p.m.
9
       ----------------------------    DAY 31 - P.M. Session
10
       THE UNITED STATES OF AMERICA,)
11                                   )
                     Plaintiff,     )
12                                   )    File No:  CR 14-107
       Vs.                          )
13                                   )
       Nicholas Abram Slatten,      )
14                                   )
                     Defendant.     )
15

16     _____

17                  TRANSCRIPT OF JURY TRIAL
                          HELD BEFORE
18             THE HONORABLE ROYCE C. LAMBERTH
                  UNITED STATES DISTRICT JUDGE
19

20     _____

21

22

       Court Reporter:          Vicki Eastvold, RMR, CRR
23                              Official Court Reporter
                                U.S. Courthouse, Room 6722
24                              333 Constitution Avenue, NW
                                Washington, DC  20001
25                              202-354-3242

1    want to talk to you about your arrest.  The prosecutor asked

2    you some questions about the fact that you were arrested.

3    Do you remember that?

4    A.   I do, sir.

5    Q.   And it's true that at the time that you pled guilty you

6    were as a technical matter arrested, correct?

7    A.   I'm sorry.  Say again, sir?

8    Q.   You were arrested, at least as a technical matter,

9    correct?

10   A.   Oh, sir, I couldn't speculate.  I was told I was under

11   arrest, so that's my understanding of it.  So --

12   Q.   Did that occur here in Washington, DC?

13   A.   Yes, sir.

14   Q.   You did not live in Washington, DC, at the time, did

15   you?

16            MR. ASUNCION:  Objection, relevance, Your Honor.

17            THE COURT:  Overruled.

18   BY MR. HEBERLIG:

19   Q.   You did not live in Washington, DC, at the time, did

20   you?

21   A.   No, sir.

22   Q.   You lived in California?

23   A.   Yes, sir.

24   Q.   No one came to your home in California to arrest you?

25   A.   No, I was not arrested in California, sir.

1    Q.   You were told what date to appear for your plea hearing,

2    correct?

3    A.   Sir, I was told to fly to -- I was asked to fly to

4    Washington, DC, on my own.  I flew on my own.  And at a

5    point I met with the prosecution and FBI agents and it was

6    my understanding I was under arrest.

7    Q.   All right.  So you flew to DC on a commercial flight,

8    correct?

9    A.   Yes, sir.

10   Q.   You were not transported by any federal officials?

11   A.   No, sir.

12   Q.   And when you got here you surrendered to the FBI and

13   they handed you an arrest warrant, is that correct?

14   A.   Yes, I believe that's the way --

15   Q.   Were you ever handcuffed?

16   A.   No, but the agent dangled his handcuffs in front of me

17   and said, If you can behave yourself I will not put these on

18   you.

19   Q.   Okay.  So the answer is you were never handcuffed,

20   correct?

21   A.   Yes, sir.

22   Q.   Did they read you any of your Miranda rights when they

23   arrested you?

24   A.   I don't remember if they did or not, sir.

25   Q.   Were you ever locked in a cell?

1    A.   No, sir, I was not.

2    Q.   You were processed by the FBI and then you pled guilty

3    in court, correct?

4    A.   Yes, sir.

5    Q.   All on the same day?

6    A.   I'm not sure, sir.  I'm not sure of the process of it.

7    Q.   And then after your guilty plea you were permitted to go

8    home, correct?

9    A.   Yes, sir, I did go home.

10   Q.   All right.  Now, had they asked you to just voluntarily

11   appear for your plea hearing you would have done so,

12   wouldn't you?

13   A.   I'm sorry.  Could you repeat the question, please?

14   Q.   Had they asked you to just arrive in court at 11 a.m.

15   whatever day it was, you would have just come to court and

16   entered your plea of guilty, correct?

17              MR. ASUNCION:  Objection, relevance.

18              THE COURT:  Overruled.

19   BY MR. HEBERLIG:

20   Q.   I'll repeat the question.  Had they asked you to just

21   show up at the appointed time and hour, you would have come

22   to court voluntarily of your own accord, correct?

23   A.   Yes, sir.

24   Q.   Because you wanted to plead guilty.  That was your

25   intent at the time, correct?

1     A.   Yes, sir.

2     Q.   All right.  I want to ask you some questions now about

3     your plea agreement.

4              MR. HEBERLIG:  And Your Honor, this has been

5     admitted as a government exhibit.  I have it marked in our

6     system just with a different number.  It's 2292-R, defense

7     exhibit.  And I'd ask if we could display it to the jury at

8     this time?

9              THE COURT:  You may.

10    BY MR. HEBERLIG:

11    Q.   All right.  Let me see if I can highlight this for you

12    as we begin here.  Sir, this is the document you were shown

13    during your direct examination that constitutes your plea

14    agreement, correct?

15    A.   Yes, sir.

16    Q.   It's a letter dated November 15, 2008, right?

17    A.   Yes, sir.

18    Q.   From the same U.S. Attorney's Office that had sent you

19    the target letter, correct?

20    A.   Yes, sir.

21    Q.   And addressed to the same lawyer who had written that

22    letter on your behalf that we looked at a moment ago,

23    correct?

24    A.   Yes, sir.

25    Q.   All right.  If we could go to the last page, Andrej.