UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP - 2 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.

SLOUGH, LIBERTY, HEARD, SLATTEN

Criminal Action No. 08-360, 14-107

## JURY NOTES

Flip easel papers w/ means to stick it up on the walls plus post-it notes

9-2-14
Date

4:30 p.m
Time

Foreperson