UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP - 9 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.  Criminal Action No.08-360, 14-107
SLOUGH, LIBERTY, HEARD, SLATTEN

## JURY NOTES

Need 1 flip chart (big one for easel) with sticky back

[ have had one juror supply 2 at own cost of $35/apiece ]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP - 9 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.                                Criminal Action No.08-360, 14-107

SLOUGH, LIBERTY, HEARD, SLATTEN

**JURY NOTES**

We do not have Chalk 2 exhibit (helicopters)
Gov't exh. 3201 & 3201A are both of
Chalk 2