UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
SEP 29 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL A. SLOUGH, )<br>EVAN S. LIBERTY, and )<br>DUSTIN L. HEARD, )<br>)<br>Defendants. ) | Criminal No. 08-360 (RCL) |
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NICHOLAS A. SLATTEN, )<br>)<br>Defendant. ) | Criminal No. 14-107 (RCL) |

### NOTE TO JURY AND COUNSEL

In order to accommodate the request of a deliberating juror to be excused on Tuesday, September 30, 2014, the Court will not be in session on that day. If a verdict is not reached on Monday, September 29, 2014, deliberations will resume on October 1, 2014, when all twelve jurors are present.

It is **SO ORDERED** this 29th day of September 2014.

ROYCE C. LAMBERTH
United States District Judge