UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 20 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.                    Criminal Action No.08-360, 14-107

SLOUGH, LIBERTY, HEARD, SLATTEN

### JURY NOTES

Can a defendant be guilty of aiding and abetting on a given count when he has not shot yet, but shot on later counts?

If a defendant has stopped shooting and others begin again is he guilty of aiding and abetting on those counts?

_____
Foreperson

_____
Date

_____
Time

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**OCT 20 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.                             Criminal Action No.08-360, 14-107
SLOUGH, LIBERTY, HEARD, SLATTEN

### JURY NOTES

May the jury see videos associated with immediately after the event (3500b .... 3001c

Foreperson

Date

Time

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 20 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.             Criminal Action No.08-360, 14-107
SLOUGH, LIBERTY, HEARD, SLATTEN

## JURY NOTES

With regard to Count 33 is a "machine gun" without the grenade launcher considered to be the same as a "destructive device"?

_____
Foreperson

_____
Date

_____
Time

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 2 0 2014
Clerk, U S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 08-360 (RCL) |
| ) | |
| PAUL A. SLOUGH, ) | |
| EVAN S. LIBERTY, and ) | |
| DUSTIN L. HEARD, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-107 (RCL) |
| ) | |
| NICHOLAS A. SLATTEN, ) | |
| ) | |
| Defendant. ) | |

### RESPONSE TO JURY NOTES

The Court is in receipt of your three notes from this morning.

As to your first note regarding whether a "machine gun" without the grenade launcher is considered to be the same as a "destructive device," please re-read my instruction on pages 29-33, with particular attention to elements 5 and 6 of the offense set forth at the bottom of page 32 and the definitions set forth at the top of page 33.

As to your second note regarding aiding and abetting, please re-read my instruction on pages 33-34 on aiding and abetting.

As to your third note regarding the videos, a clean laptop is being provided for your use in viewing the videos. If you experience any technical difficulties, please let me know.

_10/20/14_
Date
_1:10 P.M._

_Royce C. Lamberth_
ROYCE C. LAMBERTH
United States District Judge