**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 08-360 (RCL)** |
| | ) | |
| **PAUL A. SLOUGH,** | ) | |
| **EVAN S. LIBERTY, and** | ) | |
| **DUSTIN L. HEARD,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 14-107 (RCL)** |
| | ) | |
| **NICHOLAS A. SLATTEN,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The Court discovered today that, following the jury's verdict, the Clerk's Office erred by failing to refer this case to the Probation Office for the preparation of the presentence reports herein. Therefore, it is hereby

**ORDERED** that this case is referred to the Probation Office for the preparation of the presentence reports as to Paul A. Slough, Evan S. Liberty, Dustin L. Heard, and Nicholas Slatten.

It is **FURTHER ORDERED** that sentencing is set for April 13, 2015 at 10:00 a.m.

It is **SO ORDERED** this ____ day of February 2015.

ROYCE C. LAMBERTH
United States District Judge