## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 08-360 (RCL)** |
| | ) | |
| | ) | |
| **PAUL ALVIN SLOUGH,** | ) | |
| **EVAN SHAWN LIBERTY, AND** | ) | |
| **DUSTIN LAURENT HEARD,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## DECLARATION OF LINDA C. BAILEY IN SUPPORT
## OF DEFENDANT PAUL A. SLOUGH'S SENTENCING MEMORANDUM

Pursuant to 28 U.S.C. § 1746, I, Linda C. Bailey, hereby declare:

1.     I am an attorney representing the Defendant, Paul A. Slough, Jr., in this case.

2.     I am submitting this declaration in support of Defendant Paul A. Slough's Sentencing Memorandum.

3.     Attached as Exhibit 1 is a copy of a letter from Alan Wyatt to the Honorable Royce C. Lamberth, dated November 21, 2014.

4.     Attached as Exhibit 2 is a copy of a letter from Martha and James Cavness to the Honorable Royce C. Lamberth, dated November 25, 2014.

5.     Attached as Exhibit 3 is a copy of a letter from Vernon C. Farthing, M.D. to the Honorable Royce C. Lamberth, dated November 29, 2014.

6.     Attached as Exhibit 4 is a copy of a letter from Christina Leake, 1Lt, MSC, USAR to the Honorable Royce C. Lamberth, dated December 1, 2014.

7.     Attached as Exhibit 5 is a copy of a letter from Robin Stewart Neff to the Honorable Royce C. Lamberth, dated December 1, 2014.

8.     Attached as Exhibit 6 is a copy of a letter from Norman Cox to the Honorable Royce C. Lamberth, dated December 3, 2014.

9.     Attached as Exhibit 7 is a copy of a letter from Laura Gibbs to the Honorable Royce C. Lamberth, dated December 5, 2014.

10.     Attached as Exhibit 8 is a copy of a letter from Hicks McCormick to the Honorable Royce C. Lamberth, dated December 6, 2014.

11.     Attached as Exhibit 9 is a copy of a letter from Laura West to the Honorable Royce C. Lamberth, dated December 6, 2014.

12.     Attached as Exhibit 10 is a copy of a letter from Ricky and Vivian West to the Honorable Royce C. Lamberth, dated December 6, 2014.

13.     Attached as Exhibit 11 is a copy of a letter from Mr. and Mrs. Mark Bellinghausen to the Honorable Royce C. Lamberth, dated December 8, 2014.

14.     Attached as Exhibit 12 is a copy of a letter from Brett Hannum to the Honorable Royce C. Lamberth, dated December 8, 2014.

15.     Attached as Exhibit 13 is a copy of a letter from Allen W. Taylor, Jr. to the Honorable Royce C. Lamberth, dated December 8, 2014.

16.     Attached as Exhibit 14 is a copy of a letter from William F. White to the Honorable Royce C. Lamberth, dated December 8, 2014.

17.     Attached as Exhibit 15 is a copy of a letter from Rick Wells to the Honorable Royce C. Lamberth, dated December 9, 2014.

18.     Attached as Exhibit 16 is a copy of a letter from Dusty Young to the Honorable Royce C. Lamberth, dated December 9, 2014.

19.     Attached as Exhibit 17 is a copy of a letter from Kathryn Starks to the Honorable Royce C. Lamberth, dated December 10, 2014.

20.     Attached as Exhibit 18 is a copy of a letter from Robert and Judy Nelson to the Honorable Royce C. Lamberth, dated December 11, 2014.

21.     Attached as Exhibit 19 is a copy of a letter from Christopher J. Thompson to the Honorable Royce C. Lamberth, dated December 11, 2014.

22.     Attached as Exhibit 20 is a copy of a letter from Sheila and Bill Cox to the Honorable Royce C. Lamberth, dated December 12, 2014.

23.     Attached as Exhibit 21 is a copy of a letter from Cristy McClenny to the Honorable Royce C. Lamberth, dated December 12, 2014.

24.     Attached as Exhibit 22 is a copy of a letter from John C. Barbour, Lt Col., U.S. Army to the Honorable Royce C. Lamberth, dated December 15, 2014.

25.     Attached as Exhibit 23 is a copy of a letter from Scott Jones to the Honorable Royce C. Lamberth, dated December 15, 2014.

26.     Attached as Exhibit 24 is a copy of a letter from Chrisman T. McGeisey II to the Honorable Royce C. Lamberth, dated December 15, 2014.

27.     Attached as Exhibit 25 is a copy of a letter from Christopher Smith to the Honorable Royce C. Lamberth, dated December 15, 2014.

28.     Attached as Exhibit 26 is a copy of a letter from Sandy Smith to the Honorable Royce C. Lamberth, dated December 15, 2014.

29.     Attached as Exhibit 27 is a copy of a letter from Dr. James T. Egan, Ph.D, Pastor of The Journey Church and church members to the Honorable Royce C. Lamberth, dated December 15, 2014.

30.     Attached as Exhibit 28 is a copy of a letter from Kevin P. Deady to the Honorable Royce C. Lamberth, dated December 16, 2014.

31.     Attached as Exhibit 29 is a copy of a letter from Kelli Egan to the Honorable Royce C. Lamberth, dated December 18, 2014.

32.     Attached as Exhibit 30 is a copy of a letter from Edward A. Randall to the Honorable Royce C. Lamberth, dated December 18, 2014.

33.     Attached as Exhibit 31 is a copy of a letter from Christin C. Slough to the Honorable Royce C. Lamberth, dated December 18, 2014.

34.     Attached as Exhibit 32 is a copy of a letter from Jessica Slatten to the Honorable Royce C. Lamberth, dated January 27, 2015.

35.     Attached as Exhibit 33 is a copy of a letter from Genevieve Avinger to the Honorable Royce C. Lamberth, undated.

36.     Attached as Exhibit 34 is a copy of a letter from Laura Becker to the Honorable Royce C. Lamberth, undated.

37.     Attached as Exhibit 35 is a copy of a letter from Randy Blackmon to the Honorable Royce C. Lamberth, undated.

38.     Attached as Exhibit 36 is a copy of a letter from Teary Blasingame to the Honorable Royce C. Lamberth, undated.

39.     Attached as Exhibit 37 is a copy of a letter from Bryan Bolerjack to the Honorable Royce C. Lamberth, undated.

40.     Attached as Exhibit 38 is a copy of a letter from Kelly Breitenbach to the Honorable Royce C. Lamberth, dated December 10, 2014.

41.     Attached as Exhibit 39 is a copy of a letter from Heather Caro to the Honorable Royce C. Lamberth, undated.

42.     Attached as Exhibit 40 is a copy of a letter from Phillip Cheaney to the Honorable Royce C. Lamberth, undated.

43.     Attached as Exhibit 41 is a copy of a letter from Daniel Childers to the Honorable Royce C. Lamberth, undated.

44. Attached as Exhibit 42 is a copy of a letter from John Comer to the Honorable Royce C. Lamberth, undated.

45. Attached as Exhibit 43 is a copy of a letter from Lisa Dixon to the Honorable Royce C. Lamberth, undated.

46. Attached as Exhibit 44 is a copy of a letter from John Dumas to the Honorable Royce C. Lamberth, undated.

47. Attached as Exhibit 45 is a copy of a letter from Heidi Fensterbush to the Honorable Royce C. Lamberth, undated.

48. Attached as Exhibit 46 is a copy of a letter from Ben Gedzyk to the Honorable Royce C. Lamberth, undated.

49. Attached as Exhibit 47 is a copy of a letter from Sean Gonzales to the Honorable Royce C. Lamberth, undated.

50. Attached as Exhibit 48 is a copy of a letter from James and Carol Herman to the Honorable Royce C. Lamberth, undated.

51. Attached as Exhibit 49 is a copy of a letter from Mark Hurley to the Honorable Royce C. Lamberth, undated.

52. Attached as Exhibit 50 is a copy of a letter from Dan Laird to the Honorable Royce C. Lamberth, undated.

53. Attached as Exhibit 51 is a copy of a letter from Bobby Lea to the Honorable Royce C. Lamberth, undated.

6

54.     Attached as Exhibit 52 is a copy of a letter from Cody Leake to the Honorable Royce C. Lamberth, undated.

55.     Attached as Exhibit 53 is a copy of a letter from Larry J. McClenny to the Honorable Royce C. Lamberth, undated.

56.     Attached as Exhibit 54 is a copy of a letter from Shawna McGeisey to the Honorable Royce C. Lamberth, undated.

57.     Attached as Exhibit 55 is a copy of a letter from Courtney B. Mills to the Honorable Royce C. Lamberth,  dated December 3, 2014.

58.     Attached as Exhibit 56 is a copy of a letter from Jim Neff to the Honorable Royce C. Lamberth, undated.

59.     Attached as Exhibit 57 is a copy of a letter from the New Frontier Cowboy Church to the Honorable Royce C. Lamberth, undated.

60.     Attached as Exhibit 58 is a copy of a letter from Brooke Phillips to the Honorable Royce C. Lamberth, undated.

61.     Attached as Exhibit 59 is a copy of a letter from Arlene Reina to the Honorable Royce C. Lamberth, undated.

62.     Attached as Exhibit 60 is a copy of a letter from Ami Singh to the Honorable Royce C. Lamberth, undated.

63.     Attached as Exhibit 61 is a copy of a letter from Guy Stewart to the Honorable Royce C. Lamberth, undated.

64.     Attached as Exhibit 62 is a copy of a letter from Rachelle Stewart to the Honorable Royce C. Lamberth, undated.

65.     Attached as Exhibit 63 is a copy of a letter from Amanda Laura Vander Iest to the Honorable Royce C. Lamberth, undated.

66.     Attached as Exhibit 64 is a copy of a letter from Ronald D. Wilson to the Honorable Royce C. Lamberth, undated.

67.     Attached as Exhibit 65 is a copy of a letter from KY (minor) to the Honorable Royce C. Lamberth, undated.

68.     Attached as Exhibit 66 is a copy of a letter from Tiffany Young to the Honorable Royce C. Lamberth, undated.

69.     Attached as Exhibit 67 is a copy of an excerpt from the Transcript of Criminal Cause for Sentencing, *United States v. Smith*, 04-cr-700 (ERK), at 65-66 (S.D.N.Y. Jan. 9, 2006).

70.     Attached as Exhibit 68 is a copy of "Case Annotations and Resources Military Service USSG § 5H1.11 Departures and *Booker* Variances," U.S. Sentencing Commission at 6-12 (January 2012).

71.     Attached as Exhibit 69 is a copy of Mem. Op. and Order on Sentencing, *United States v. Brownfield*, Criminal No. 08-00452 (D. Col. Dec. 18, 2009)

8

72.     Attached as Exhibit 70 is a copy of U.S. Department of Justice, Federal Bureau of Prisons Program Statement, P5100.08, "Inmate Security Designation and Custody Classification," (Sept. 12, 2006).

73.     Attached as Exhibit 71 is a copy of a letter from Dr. Carolyn Self to the Honorable Royce C. Lamberth, dated January 23, 2015.

74.     Attached as Exhibit 72 is a copy of USCENTCOM FOIA Document, "Number of Attacks."

75.     Attached as Exhibit 73 is a copy of USCENTCOM FOIA Document, "Casualty Summary."

76.     Attached as Exhibit 74 is a copy of USCENTCOM FOIA Document, "Overall Weekly Iraq Attack Trends."

77.     Attached as Exhibit 75 is a copy of an excerpt from Mia Laczek-Johnson's Logbook.

78.     Attached as Exhibit 76 is a copy of Defense Exhibit 132B.

79.     Attached as Exhibit 77 is a copy of Defense Exhibit 3025.

80.     Attached as Exhibit 78 is a copy of Defense Exhibit 4262.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 6, 2015.

Linda C. Bailey