# EXHIBIT C

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| | | |
|---|---|---|
| 1. NAME (Last, First, Middle) HEARD Dustin Laurent | 2. DEPARTMENT, COMPONENT AND BRANCH USMC-11 | 3. SOCIAL SECURITY NUMBER |
| 4a. GRADE, RATE OR RANK CPL | b. PAY GRADE E-4 | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 20080529 |
| 7a. PLACE OF ENTRY INTO ACTIVE DUTY MEPS Dallas TX 75202 | b. HOME OF RECORD AT TIME OF ENTRY |
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND 2dBn 8thMar 2dMarDiv CamLej NC 28542 | b. STATION WHERE SEPARATED 2dBn 8thMar 2dMarDiv CamLej NC (RUC 12170) |
| 9. COMMAND TO WHICH TRANSFERRED Marine Corps Reserve Support Command 15303 Andrews Rd Kansas City MO 64147-1207 | 10. SGLI COVERAGE NONE AMOUNT: $250,000.00 |

| 11. PRIMARY SPECIALTY | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 0331 Machine gunner 1 year<br>8152 Marine Corps Security Forces Guard 2 years 4 months | a. DATE ENTERED AD THIS PERIOD | 2000 | 10 | 03 |
| | b. SEPARATION DATE THIS PERIOD | 2004 | 10 | 02 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 04 | 00 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 04 | 04 |
| | f. FOREIGN SERVICE | 00 | 05 | 25 |
| | g. SEA SERVICE | 00 | 00 | 07 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2004 | 08 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED | 14. MILITARY EDUCATION |
|---|---|
| Navy and Marine Corps Expeditionary Medal, Global War on Terrorism Expeditionary Medal, Sea Service Deployment Ribbon (3d Awd), Armed Forces Expeditionary Medal (2d Awd), National Defense Service Medal, Navy Unit Commendation, Meritorious Unit Commendation, Rifle Qualification Badge (Marksman), Pistol Qualification Badge (Sharpshooter). | Machine gunner crs (033) 2001, Basic Security Guard crs (M4V) 2001, Green Belt crs (MMC) 2002. |

| | YES | NO |
|---|---|---|
| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | X |
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X | |
| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | | X |

16. DAYS ACCRUED LEAVE PAID  RLB 41.5  SLB 0

18. REMARKS
4S020-2004-4681
Good Conduct Medal period commences 20020520
SNM contributed to the MGIB $1,200.00

Subject to active duty recall and/or annual screening.

While a member of the Marine Corps Reserve, you will keep the Commanding General, MCRSC (Toll Free 1-800-255-5082) informed of any change of address, marital status, number of dependents, civilian employment, or physical standards.

19a. MAILING ADDRESS AFTER SEPARATION
179 Kingstown Colony Drive Maryville TN 37801

b. NEAREST RELATIVE
Kelli P. Heard (Wife)
Same as block 19a.

20. MEMBER REQUESTS COPY 6 BE SENT TO DIRECTOR OF VETERANS AFFAIRS: X YES

21. SIGNATURE OF MEMBER BEING SEPARATED

22. OFFICIAL AUTHORIZED TO SIGN
DJB ROMAN GYSGT, SEI'S ASNCOIC, USMC

| 23. TYPE OF SEPARATION Released from active duty | 24. CHARACTER OF SERVICE HONORABLE |
|---|---|
| 25. SEPARATION AUTHORITY MARCORSEPMAN PAR 1005 | 26. SEPARATION CODE MBK1 | 27. REENTRY CODE RE-1A |
| 28. NARRATIVE REASON FOR SEPARATION COMPLETION OF REQUIRED ACTIVE SERVICE | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) None | 30. MEMBER REQUESTS COPY 4 | |

DD FORM 214, FEB 2000    PREVIOUS EDITION IS OBSOLETE.    MEMBER - 4

---

STATE OF TENNESSEE
BLOUNT COUNTY
I, Penny H. Whaley, Dept. Register for said Blount County, do hereby certify that the foregoing instrument from U.S.M.C. to Dustin Laurent is a full true and complete copy of the same as appears of record in my office.