# TAB A

**16 September 2007**
**G87 traffic circle**
**(A true account of the events as witnessed on my part)**

It is now the 21st of September and I feel that I must put my eye witness account of what I have seen down to paper, so that as time goes further on my recollection is not diminished on those sad events.

Since that Sunday I have read numerous articles on the internet about the events of that day. From the NY Times, LA Times, AP, UPI, Reuters, and various other news outlets. I have seen on various forum discussions on what happened based on those news stories and the obligatory opinions offered with no real idea of what truly happened out there.

Many times I have hit the respond key and typed my message out only to stop, rethink and delete what I had written.

As of now, 5 days after the event, it seems that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ the real story will forever stay shrouded from the public, even though those at BW at least at the DL level have been appraised of the events from a few that chosen to come forward, our consciences not allowing us to remain totally quiet.

I fail to see though how this could not become public with the amount of international attention this event is garnering. I have been in firefights with this team before, but none have evoked the response that this one has. Of course, this one was different.

It was around 1200 hours and I had just gone to the chow hall in the Man Camp and picked up a taco salad in a to go plate and returned to my room. We, Raven 23, were on secondary TST today and I had my flight suit already on and my radio on scan. As I unlocked and entered my room I heard the words "Contact, contact, contact!" come out over the radio Followed by "We just had a VBIED (pronounced vee-bid) go off outside our venue"

I remember carefully putting my plate down on top of my lap top computer so as not to spill anything on it and then turning around and running out the door of my second floor room, down a short cat walk, and down a set of stairs to ground level.

As I started to sprint to the end of my block and out to our staged vehicles in the parking lot I saw Tommy V. go sprinting by me as I was about to turn the corner from my block onto the main walkway and then out to the parking lot.

As I arrived and ran up to my vehicle, a large South African vehicle called a "puma", I went to a left side compartment to turn on the master power switch. The temporary Shift leader H. said, "Frost we're leaving in two minutes."

I rogered that and got on my handheld and passed that info on before trying to open the combination padlock on the rear door of the ERV in which I rode, (Emergency Response Vehicle).

After unlocking the door and jumping in, I was the first from my vehicle to arrive, I started the engine to get the A/C going, grabbed the M240 machine gun, and started to

put it into the turret mount. As I was doing this the rest of the team showed up and climbed into the vehicle.

I called down into the vehicle for the ammunition and was handed up a tray of 200 rounds, 7.62 X51 mm, belted machine gun ammunition. It took several tries to hook the tray onto the mount as we were leaving the parking lot and being bounced all over the place as we hit several speed bumps.

I bent back down into the vehicle just as Matt M., our up gunner, was finishing putting on his body armor. I switched places with him, as I had not put mine on yet, and he entered the turret.

I quickly put on my body armor, radio, and elbow pads. I inserted a full 30 round magazine into my M4 and put a round of HEDP into the M203 attached to the bottom of my M4. I then opened the rear door gunners hatch and stood up through the turret as we headed as quickly as possible towards checkpoint 12.

The ERV while having a rear turret has no rear gun. I don't know the reason why besides we didn't have one, but this is where I have been standing when we went out into the red just to get another set of eyes out of the vehicle and on the surrounding buildings and landscape.

As we approached CP12 the lead vehicle called out that there was a convoy of tractor trailer trucks trying to exit and that we would counter flow the checkpoint. Counter flow is basically driving against the movement of traffic, go westbound in the eastbound lanes.

Checkpoint 12 empties onto Route Irish, the divided highway that leads from the Baghdad International Airport into the fortified Green Zone. It was at one time the most dangerous stretch of 3 miles in world. It has improved since the Army put up Tall chain link fences and T-walls along the road, but there are still attacks.

Upon leaving checkpoint twelve (it was not until later that I learned we had been ordered by the TOC to stage at CP12 and not exit) we traveled approximately 100-200 meters down Irish until we came to a cut in the median and crossed over onto a road that traveled north and a little west, from Route Irish, and emptied into the traffic circle in question, Gray 87. This road is approximately 800 meters from Irish to the traffic circle with a Kurdish neighborhood on the left and the T-walls on the right that formed the western wall of Camp Prosperity.

Gray 87 is a large traffic circle with 4 roads entering it. The road we were traveling on entered from the south side and was a one lane, one way street entering at the 3 O'clock position. At the 7 O'clock position was a multi-laned road coming from the south west and exiting the traffic circle at the 1 O'clock position traveling north east. This road was a multi-laned road with a dividing and raised median. The fourth road enters almost due west at the 9 O'clock position and is also a multi-laned road with a raised, dividing median. In the middle of the traffic circle, and occupying most of it, is a large water fountain, minus the water, with a 3 foot wall running around it. On the west side of this fountain and pushed up against this wall is a small tin shed.

As we approached the traffic circle from the south I threw 2 water bottles into the northeast bound lanes approaching G87. We used water bottles to get the Iraqi's attention and let them know they need to stop moving their vehicles. The one Iraqi police officer that I observed in the traffic circle also moved in front of this lane of traffic to stop the oncoming vehicles in an attempt to help us. The lead vehicle entered the traffic circle

and counter flowed, counter clockwise, to west. The SL gave the order to lock down the traffic circle so that Raven 4, the team on venue when the VBIED went off, and Raven 22, the primary TST team that day sent to escort Raven 4 back to the Green Zone, could enter the traffic circle without concern from oncoming drivers. This purpose was defeated though because all we did was back traffic up in all directions making getting to the traffic circle impossible from my point of view.

We occupied the west side of the traffic circle, the lead vehicle, the ERV, the command, and finally the follow vehicle. We were arrayed in a formation anywhere from a slight crescent to a straight line on the west side. All vehicles were pointing nose end to the northwest except the ERV, which had pulled towards the west and backed up with the nose pointing west and slightly south.

Caught on the west side of the traffic circle was around 3 to 4 cars. Myself, Matt M., and the two up gunners in the lead vehicle motioned, using hand and arm signals, to the drivers to get out of the circle. I then turned my attention to my sector to watch for threats.

My sector loosely contained the area from the road entering the traffic circle from the 9 O'clock position to the road exiting the traffic circle at the 1 O'clock position. I had much to watch in my sector because of the multitude of vehicles especially from the 9 to 11 O'clock position.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, A pen flare is used to get someone's attention when the water bottle doesn't do it and is one more step in the escalation of force. I suppose now I should go over the escalation of force as it pertains to what happened next. From lowest to highest in escalation of force: Hand and Arm signals, Water bottles, Pen Flares, two shots to the Grill, and if the vehicle keeps coming engage the driver and passenger through the windshield. This is for possible VBIEDs trying to get close to a convoy. The passenger is also engaged in case they have a secondary clacker.

Anyways, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I looked over my shoulder in time to see a white passenger car slowly rolling forward from the road entering from the 7 O'clock. As soon as I turned my head and saw the vehicle a machine gun opened up and I watched a burst of 10-12 bullets enter the windshield.

As soon as I saw and heard these shots I swung my attention back to the my sector to provide security to our opposite side. I then heard the SL put out "contact, contact." Over the team channel, I assume he did over the TOC channel as well. However there was no "contact" all that had happened was that a car had been shot up by us. I still give the benefit of the doubt on that because the car WAS moving forward when I saw it, and a VBIED had blown in the area not 20 minutes before, even though I learned later that tragically there was a man, woman, and small infant in the vehicle.

The white vehicle was further engaged by 3 to 4 M203 grenades, from Whom I do not know. Both the command Up gunner and the follow vehicle rear up gunner had 203's. After the 3rd or 4th explosion I turned to see the inside of the vehicle completely consumed in flames.

The Automatic machine gun fire from the Command and Follow vehicle continued and to be honest I do not know what they were shooting at because my attention was focused on our opposite side. I did hear later someone over the team frequency say, "There's an IP (Iraqi Police) shooting at us from the bushes over there!"

As I watched my sector I saw several young men running towards the water fountain from the northeast side of the traffic circle. They did not have weapons though and were merely trying to find cover behind the 3 foot fountain wall. A couple of them poked their heads up to see what was going on and I frantically motioned with my hand and arm for them to stay down. Likewise two young men came out of the shed on the west side of the fountain and poked their hears around to see the shooting and I motioned at them also to get back and down, which they did.

Across from me I started to see people exiting their vehicles, buses, and mini vans, and start to run bent over at the waist away from the shooting and up the street coming in from 9. This whole time I did not see a single threat (person with a gun) in the sector I was watching.

After what seemed liked 20 minutes but was I'm sure 3-5 minutes (time slows in a gun fight) I heard SL H. say we were leaving the circle. A moment later he came back over the radio and said "Command is down, prepare to tow out." I looked over my right shoulder and saw water pouring out from the bottom of the grill/radiator.

I ducked back into the vehicle from my turret as the ERV pulled forward and backed up to the front of the command vehicle. The lead vehicle then backed up to place itself in a position to block the open area between the Command and ERV and from the fire coming from the southwest.

I told Doc K. and Jeremy K. "When I get out you two get out and provide cover on the open side! Provide cover, don't let me get shot!" Nobody wants to leave an armored vehicle when there is a gunfight going on.

I exited the vehicle, followed shortly thereafter by Doc K. and Jeremy K. who held security to my exposed flank as I cut the zip ties holding the large yellow tow strap to the Command vehicles grill. I unwound the strap to the back of the ERV and pulled the cotter pin on the pintle, lifted the bolt up, slid the open loop through, bolt through the loop and cotter pin back in. I yelled to Doc and Jeremy, "lets go, lets go!" They jumped into the ERV as I followed closing the door behind me and climbing into my turret, outside of the vehicle again.

Someone said something about it and we started to move out of the traffic circle counter clockwise. I called down to Doc K. to give me a smoke grenade to deploy for concealment as we left the traffic circle from a machine gun position on the rooftop of a building on the west side of the traffic circle. As we left the traffic circle I saw an older Iraqi man laying on the sidewalk to the southwest of me. I vividly remember him as an older gentleman with a multi colored polo shirt and blue jeans. I don't know if he was dead or alive.

For some reason unknown to me, possibly because of concrete barriers, we started to counter flow up the road leaving at the 1 O'clock position. As we weaved through the low concrete barriers the Command vehicle we were pulling picked up one of those barriers and pushed it for about 50 meters before it fell off to the right side.

As we were dragging the barrier and pulling the Command vehicle we passed a tanker truck, unknown if filled with fuel or water, parked on that same road. The front gunner on the follow vehicle opened up on the cab of the vehicle with 20-30 rounds striking not only the cab, but also the tank on the back with the unknown cargo.

As we slowly moved up the road counter flow, I saw several Iraqi Police or security guards with guns on our left, my right, side. I motioned at one with a gun to go

away because I was afraid that someone would shoot him just because he had a gun slung across his front.  A few meters later I saw another IP with an AK slung on his front motioning cars forward, so as to get past us and open up the road for us to move quicker. I again prayed and hoped that nobody would shoot him.

At this point the side of the road to my right had tall T-walls next to it so I moved my attention to the right side of the convoy, or my left side, scanning for threats.  A few moments later I heard automatic weapons fire to my right towards the back of our convoy and I turned just in time to see a white passenger car get its rear side window shattered by the lead up gunner in the Follow vehicle.  Whoever was driving was so scared and tried to get away from the fire so fast that he punched the gas, hit a car in front of him and he spun out onto a raised curb.

The red car directly behind this white car accelerated forward and away from the Follow vehicle, probably afraid from what he just saw, and also received a bout 10-12 rounds of automatic fire from the lead gunner on the Follow.  This lead gunner actually had to lean out and over the side of his vehicle to shoot at it.  I know that if both vehicles hadn't been moving in opposite directions the driver would have been riddled with bullets.  As it was when the vehicle swerved sideways and up onto the curb next to the other white care, the male Iraqi driver, wearing a long sleeve, blue collared shirt and black pants exited the vehicle, he was holding his left side above the hip where he had been shot.  He had this bewildered look on his face and after he circled his car he sat down on the curb next to it, continuing to hold his side.

Just moments later Matt M., my front gunner, was talking to the driver of a car directly beside us on the left hand side.  Matt knows a little bit of Arabic and was telling the driver to pull forward and off to his right to get out of the way.  Just as the car started to move the up gunner for the Command vehicle opened up into the car.  Matt and then myself started waving and screaming, "Cease fire! Cease fucking fire!"  I do not know whether the man was injured or not.

I have pictures in my mind of the cars that I saw as we drove past them.  There were scared civilians cowering in their vehicles, fathers and mothers shielding their children against the bullets that could destroy them.  I felt hollow inside.  I knew that what I was seeing was wrong.  I knew in my mind that something awful had happened back there in that traffic circle, even though I had not witnessed any specific acts.

It seemed that it took forever to move through the traffic before we found a spot we could drive over the median and continue regular flow towards checkpoint 2.  My thoughts kept returning to what I had seen.  Men that 10 minutes prior to that event had been my good friends were now distasteful to me.  I had seen them lose their cool and over react to a tense situation.  They could turn on the fight switch, but did not know how to control the throttle on it.  They were caught up in the moment and didn't stop to differentiate what was a genuine threat, and what was a scared innocent just trying to make it through the next few minutes without dying.

As we made our way through the traffic northeast a sick feeling come over me, and my stomach became a hollow pit.  I knew something terrible had happened. I remember hearing SL H. come over the radio and tell our TC, "Now I have to figure out a justification for going out there."

As we entered checkpoint two I came down through the hatch and started to take off my elbow pads, helmet, earpro, and skullcap. Matt M. the front gunner also came

down and we both looked at each other and knew what the other one was thinking. We then started to curse at them and tell each other how fucked up they were. We couldn't believe what we had just seen.

I had not fired a shot. I had not seen a single combatant. I did not hear any enemy gunfire. And while I knew we had been fired upon by the bullet strikes on the command vehicle, I felt for sure that it was the Iraqi police firing back in self defense trying to protect their citizens.

We pulled into Patriots parking lot at about 1300 - 1330 and everyone got out of the vehicles. I can't really remember what happened next or in the hours that followed. I know that Matt and I had a real problem with what happened. I know that Doc K had expressed some dismay and Jeremy K. had seemed a little upset. I don't know when I actually Talked to Mark M. the lead gunner in the lead vehicle or Dean W. the fire team member in follow vehicle I found out that they were as disgusted with what happened as I was.

I was later we learned that Raven 22 had gone out to G87 after we had left and walked into a hornets nest. There was about 200-300 Iraqi police and Army there. For a tense moment the team was surrounded by the Iraqi's tying to pull on the door handles to open the vehicles. From what I have heard the Shift Lead exited his vehicle and was confronted by the head Iraqi on the scene. He was either a general or colonel, I don't quite remember. He was asked, "why did you kill all these people?" Fortunately for 22 another Iraqi was there who witnessed the whole event and let the Iraqi officer know that these were not the men who had done this. The US Army showed shortly after this and I do not know what else happened there except to say that the Army escorted 22 away from G87 and that the members of 22 said that they had never been that scared before in their life.

In the evening the team had to go over to the Regional Security Office at the US Embassy across the street to give a statement individually about what happened. This in itself was unique as usually the shift lead writes a report and a copy is signed by each team member present certifying it as true. It was on the way over to the Embassy that Mark told Chuck, one of the DL's, that he needed to talk to him later about something.

When my turn came for the interview I'm not sure what was going through my mind. We had already been told to answer only the questions asked and not add anything, so that's what I did.

That night as I prayed for myself and my family I asked God to forgive me for being a coward and not saying something about what I saw, I prayed for comfort to be given to those families who we had broken.

On the 17th of September I had called the TC Cory W. and told him that I had some problems with what had happened out there. He acknowledged that while he did not witness anything directly he "knew" what had gone on out there and that he was uncomfortable with it also. We decided to go to Ian C. our Shift Lead who had actually returned from leave the day of the incident and tell him what we saw and thought. I contacted Mark, Matt, Dean, Jeremy and Doc K. I let them know we were having a get together with Ian at 1100 hours and that if they felt like speaking out to come and tell what they saw. I Know that they all felt as strongly as I did about what happened.

Only Doc didn't show to the meeting, but I found out later he had talked to Ian on his own and expressed his views. As it happened SL H. was in Ian's room and asked if he could sit in on the discussion, which no one had a problem with.

I said that I would start out and told him while I was not judging his decision to leave CP12 I had seen some unethical behavior out there and described for him exactly what I saw. I was followed next by Matt, then Mark, Jeremy, and finally Dean. This was the first time that I had heard some of the things witnessed by those guys and I was shocked. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. While there are other instances, I will leave that to the discretion of those who actually witnessed it and not try and remember the details that they saw.

I would have thought that SL H. would have been as disturbed as we were by what we described, but instead he stated that maybe WE were the ones with the problem. Maybe WE were the ones who got it wrong. Maybe WE were the ones who needed to leave the team or the country if we felt that way about what happened. As the days would go by and I would think about that I would make me angrier and angrier.

I think we all left that meeting feeling like nothing had been accomplished. That nothing would be done. I must also add here that the feelings we had were stronger because of what we knew about the people ▓▓▓▓. One who would brag about how many people he's killed and how "Anything with two legs is a threat." Three others who tried to brake as many car windows and strike as many scooter drivers with water bottles as possible when we would be out red. I had witnessed this behavior and brought it to Corey's attention many times over the course of the month that Ian was gone. In Fact regarding one of those in question, I was advised by Ian that he was not to up gun while he was gone because his judgment could not be trusted.

Around 1600 hours Mark M. called and said that Chuck, the DDL, was in his room and that he wanted me to come by to talk to him. I went up to Marks place and was soon joined by the other three who had been part of the earlier meeting. In front of Ian, Nick the DL, and Chuck the DDL, we again recounted what we saw. Now it seemed that things would start moving.

Since this meeting things have seemed to move slowly forward. Otis was moved off of the team to Green Detail within a couple days. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ridgeway ▓▓▓ decided that PTSD was the way to go and went home today, Oct. 3rd. All other movement has been stopped due to the DoS investigation.

Twice Already I have been approached by either Nick, Chuck, or Gooch and reassured that those responsible were going to get their just due, it was just going to take time with freeze on the movement during the investigation.

Yesterday they seized all our weapons and issued us new ones. If I had to guess they are going to do ballistic tests on them and match them to shell casings and bullets removed from the scene.

You can tell by the subdued demeanor of the folks that shot, that they are starting to get worried and that it's not the insignificant and laughing matter they thought it was.

### 3 Oct 07 1130hrs

I just came from a meeting at the DPM's office here at the Man camp. They had called all the people involved in the G87 incident to come to the beer garden and then took 5 at a time into the office. I was in the second group to go into the office. Present from the BW leadership was Chuck, Gooch, Fagan, and the DPM (Matt Twig, teeter, teeterly ?).

The DPM started off by telling us how things were going concerning the incident. The State Department was close to closing their internal investigation, however we should be aware that the FBI is now coming over to conduct a criminal investigation. Further, while we were compelled to talk to the State Department under the Garrity rule because it was an internal non-criminal investigation, we were not compelled to talk at all to the FBI because they were conducting a criminal investigation. It was the view of the company or the DPM, that we were strongly encouraged to answer no questions and ask for a lawyer. My blood was starting to boil a little bit at this point. I felt insulted to be in this office having a company man tell me I was not to talk to the FBI about what I saw. I thought I would put the DPM on the spot and nail him down to answer so I asked, "Am I correct then in the understanding that the guidance from this office is to not talk to the FBI about what happened?"

I think this took him back a little bit and he started to backpedal. The DPM stated that it wasn't a direct order from the office to not talk to the FBI, but why would you want to? He asked what my position was in the vehicle. I told him I was up-gunning and pulling 6 O'clock security. So how then could I make statements about what another gunners actions when I wasn't him, and I didn't feel or know the things going through is head at the time of the shooting?

"You guys did nothing wrong out there, ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚" The DPM stated. ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
The head shed here in country knows what was said at the meeting with Chuck and those individuals who had spoken out against what they saw, ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚. We've been praised by the DL and DDL's for being honest, coming forward and "doing the right thing", ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚.

The DPM even went so far as to hint around the subject of having a job and needing to provide for a family or not working for the company if we felt uncomfortable doing that work. I took what was said, and while I don't remember the exact words, as if I want to keep my job, keep my mouth shut.

I was so pissed at this point that I just shut my mouth and stared at the floor. I know that Chuck and Gooch knew I was pissed because they kept on asking, "are you okay? You have any questions?" to which I kept saying, "no."

I left the office with a rage building inside me. As I walked out the front door and into the beer garden Murphy, and Jeremy started to walk past me and I just looked toward then and shook my head. I think they knew I was pissed.

As I was walking back to my room I told Doc how pissed I was, how insulting it was to be in that room, and what they had said, although, he had gone in before me and heard what they had said himself. I got the feeling though that he wasn't offended like I was.

Only 12 more days before I fly out of this place.