# TAB B

# DECEASED AND INJURED VICTIMS


Ahmed Haithem Ahmed Al Rubia'y **(1)**


Mahassin Mohssen Kadhum Al-Khazali **(2)**


Ali Mohammed Hafedh Abdul Razzaq **(4)**


Mohamed Abbas Mahmoud **(5)**


Qasim Mohamed Abbas Mahmoud **(6)**


Ghaniyah Hassan Ali **(9)**


Osama Fadhil Abbas **(3)**


Sa'adi Ali Abbas Alkarkh **(7)**


Mushtaq Karim Abd Al-Razzaq **(8)**


Ibrahim Abid Ayash **(10)**


Hamoud Sa'eed Abttan **(11)**


Uday Ismail Ibrahiem **(12)**


Mahdi Sahib Nasir **(13)**


Ali Khalil Abdul Hussein **(14)**


Majed Salman Abdel Kareem Al-Gharbawi **(15)**


Jennan Hafidh Abid Al-Razzaq **(16)**


Yasmin Abdul Kidr Salhe **(17)**


Haydar Ahmad Rabie Hussain Al-Khafaji **(18)**


Hassan Jaber Salman **(19)**


Farid Walid Hasoun Al-Kasab **(20)**


Abdul Amir Raheem Jihan Yasser **(21)**


Wisam Raheem Fliah Hasan Al-Amiri **(22)**


Talib Mutluk Diwan **(23)**


Adel Jaber Sham'ma Al-Jadiri **(24)**


Mahdi Abid Khider Abbas Al-Faraji **(26)**


Fawziyyah Aliwi Hassoon **(27)**


Ali Hadi Naji Al-Rubaie **(28)**


Alah Majeed Sghair Zaidi **(29)**


Jassim Mohammad Hashim **(30)**


Bara Sadoon Ismail Al-Ani **(31)**


Sami Hawa Hamud Al-Sabahin **(32)**