# TAB C

