# TAB E

# VICTIMS CHART

| C'NT | VICTIM | OFFENSE | DEFS. | SUMMARY | §2A2.2(3) Adjustment |
|---|---|---|---|---|---|
| 1 | Ahmed Haithem Al Rubia'y | FDM | Slatten | He was a third-year medical student. Driver of white Kia positioned south of the circle. Killed by shots fired through the front windshield of his parked car. FBI firearm examiners concluded that at least 38 rounds were fired into the front grill, hood, and windshield. An M-203 grenade also was detonated under the passenger compartment of the car, rupturing and igniting the fuel lines, and causing the vehicle to erupt in flames. | N/A |
| 2 | Mahassin Mohssen Kadhum Al-Khazali | VM | Slough Liberty | She was a doctor and mother of car's driver. Passenger in white Kia positioned south of the circle. She was killed by shots fired through the front windshield of her parked car. FBI firearm examiners concluded that at least 38 rounds were fired into the front grille, hood, and windshield. An M-203 grenade also was detonated under the passenger compartment of the car, rupturing and igniting the fuel lines, and causing the vehicle to erupt in flames. | N/A |
| 3 | Osama Fadhil Abbas | VM | Slough Liberty Heard | He was a 40-year old, father of four. He worked as an investor and car salesman. Driver of VW Caddy box truck positioned south of the circle. At least thirteen rounds were fired into the front windshield and driver's door of his truck, killing Osama. Two M-203 grenades were also launched into the side and roof of his vehicle. | N/A |
| 4 | Ali Mohammed Hafedh Abdul Razzaq | VM | Slough Liberty Heard | He was 9 years old. Backseat passenger in the blue Suzuki positioned south of the circle. He was shot in the head. | N/A |
| 5 | Mohamed Abbas Mahmoud | VM | Slough Liberty Heard | He was a 47-year old father of four. He worked in a battery factory. Driver of white flatbed Bongo truck positioned south of the circle, accompanied by wife and 11-year old son. Mohamed and his son were both shot to death. | N/A |
| 6 | Qasim Mohamed Abbas Mahmoud | VM | Slough Liberty Heard | He was an 11-year old boy. He had completed the fifth grade. Passenger in the white flatbed Bongo truck positioned south of the circle. Accompanied by mother and father. He was shot and killed. | N/A |

| C'NT | VICTIM | OFFENSE | DEFS. | SUMMARY | §2A2.2(3) Adjustment |
|---|---|---|---|---|---|
| 7 | Sa'Aid Ali Abbas Alkarkh | VM | Slough Liberty Heard | He was a 52-year old father of four. He worked as a laborer. Driver of blue VW sedan positioned south of the circle. When defendants started shooting, he made a U-turn and attempted to flee from the Blackwater convoy. He was struck in the back and back of the head, causing him to lose control of the vehicle and crash into the bus stop on the south side of Nisur Square. | N/A |
| 8 | Mushtaq Karim Abd Al-Razzaq | VM | Slough Liberty Heard | He was an 18-year old Iraqi military recruit stationed south of the circle. He was shot behind his ear and in his neck and chest. | N/A |
| 9 | Ghaniyah Hassan Ali | VM | Slough | She was a 55-year old mother of eight. She and her daughter, Afrah Sattar, were passengers in the red Tata bus positioned west of the circle. Ghaniyah was shot in the forehead and upper chest. | N/A |
| 10 | Ibrahim Abid Ayash | VM | Slough | He was a 77-year old grandfather. He worked as a gardener. Passenger in blue Kia minibus positioned west of the circle. | N/A |
| 11 | Hamoud Sa'eed Abttan | VM | Slough | He was a 33-year old taxi driver. Occupant of the gray Kia sedan positioned northwest of the circle. Hamoud was shot three times in the upper chest and arm, while attempting to hide behind the car. | N/A |
| 12 | Uday Ismail Ibrahiem | VM | Slough | He was a 27-year old body guard for a government official. Occupant of the gray Kia sedan positioned northwest of the circle. Uday was shot in the forehead, while attempting to hide behind the car. | N/A |
| 13 | Mahdi Sahib Nasir | VM | Slough | He was 25 years old. He supported his family including his three brothers. Driver of green Daewoo sedan positioned northwest of the circle. He was shot in the back. | N/A |
| 14 | Ali Khalil Abdul Hussein | VM | Slough Liberty | He was a 55-year old iron worker with a wife and children. Driver of red motorcycle positioned northeast of the circle. He was shot 5 times in his left forearm, left side, thigh, and pelvis. | N/A |
| 15 | Majed Salman Abdell Kareem Al-Gharbawi | Att VM | Slough Liberty Heard | He was 48 years old. Passenger in VW Caddy box truck positioned south of the circle. At least thirteen rounds were fired into the front windshield and driver's door of this truck, wounding Majed. Two M-203 grenades were also launched into the side and roof of this vehicle. Majed was hit in the chest, shoulder, abdomen, and leg. | 7 |

| C'NT | VICTIM | OFFENSE | DEFS. | SUMMARY | §2A2.2(3) Adjustment |
|---|---|---|---|---|---|
| 16 | Jennan Hafidh Abid Al-Razzaq | Att VM | Slough Liberty Heard | She was 29 years old. Front seat passenger in blue Suzuki SUV positioned south of the circle. Her brother was driving. Two of her children and her nephew were in the backseat. She was grazed in the head. | 3 |
| 17 | Yasmin Abdul Kidr Salhe | Att VM | Slough Liberty Heard | She was a 49-year old mother. Passenger along with her son in white pickup truck, driven by her husband, positioned south of the circle. Her back was grazed. | 3 |
| 18 | Haydar Ahmad Rabie Hussain Al-Khafaji | Att VM | Slough Liberty Heard | He was 32 years old. Driver of black Kia Concorde positioned south of the circle. He was struck in the leg while seeking cover. He suffered permanent nerve damage. While being shot at, Hayder huddled with another man, who was shot to death. | 7 |
| 19 | Hassan Jaber Salman | Att VM | Slough Liberty Heard | He was 45 years old. He is an attorney. Driver of white Daewoo positioned south of the circle. Hassan turned his car around, and he was shot twice in his back and in his arm as he attempted to drive away. | 7 |
| 20 | Farid Walid Hasoun Al-Kasab | Att VM | Slough Liberty Heard | He was 40 years old. Driver of white Hyundai refrigerator truck positioned south of the circle. While hiding behind concrete barriers, he was shot in his back and chest. | 7 |
| 21 | Abdul Amir Raheem Jihan Yasser | Att VM | Slough Liberty Heard | He was 43 years old. He was a passenger in a Kia minibus south of the circle. While running from the bus he was shot three times in the leg, causing a compound fracture. | 7 |
| 22 | Wisam Raheem Fliah Hasan Al-Miri | Att VM | Slough Liberty Heard | He was 21 years old. He was a passenger in a bus south of the circle. When the shooting started, he ran from the bus. While running he was shot in the leg. Later, while seeking cover, he was shot in the shoulder. | 7 |
| 23 | Talib Mutluk Diwan | Att VM | Slough | He was a 37-year old farmer. He was a passenger in a grey Concorde, positioned west of the circle. He was traveling with his two cousins. While hiding behind his car, he was stuck by fragments in his leg, arm, and side. | 3 |
| 24 | Adel Jaber Sham'ma Al-Jadiri | Att VM | Slough | He was 56 years old. He was in a taxi positioned west of the circle. While he was ducking in the back seat he was shot in the leg causing permanent damage. | 7 |

| C'NT | VICTIM | OFFENSE | DEFS. | SUMMARY | §2A2.2(3) Adjustment |
|---|---|---|---|---|---|
| 26 | Mahdi Abid Khider Abbas Al-Faraji | Att VM | Slough Liberty | He was 41 years old. Driver of a white Nissan pickup truck positioned northeast of the circle. His vehicle was hit by over 20 shots, and he was shot through the shoulder and struck in the face and arms by shrapnel and broken glass. | 7 |
| 27 | Fawziyyah Aliwi Hassoon | Att VM | Slough Liberty Heard | She was 53 years old. She was walking southwest of the circle. She was shot through the hip. Her wound required a month of hospitalization, and she still relies on a crutch to walk. | 7 |
| 28 | Ali Hadi Naji Al-Rubaie | Att VM | Slough Liberty Heard | He was 16 years old. He was walking on the sidewalk south of the circle. While he was ducking for cover, he was grazed in the leg. | 3 |
| 29 | Alah Majeed Sghair Zaidi | Att VM | Slough Liberty Heard | He was 23 years old. He is an Iraqi police officer, who was stationed south of the circle. He was struck in the arm pit by a bullet. | 7 |
| 30 | Jassim Mohammad Hashim | Att VM | Slough | He was 29 years old. He is a mailman. He was walking northwest of the circle. He tried to hide behind a concrete barrier. When he looked up, he was shot in the head. He needed cranial reconstruction surgery to include the placement of a metal plate in his skull, and the injury has affected his mental function. | 7 |
| 31 | Bara Sadoon Ismail Al-Ani | Att VM | Slough | He was 28 years old. He was driving a red Hyunda Accent north of the circle. He was shot multiple times in the abdomen, while stopped in traffic. | 7 |
| 32 | Sami Hawa Hamud Al-Sabahin | Att VM | Slough | He was 42 years old. He was driving a white Opel Omega station wagon north of the circle with his mother and son as passengers. While stopped in traffic, Sami was shot in the lower back and upper leg. | 7 |