UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL A. SLOUGH, )<br>EVAN S. LIBERTY, and )<br>DUSTIN L. HEARD, )<br>)<br>Defendants. )<br>_____ ) | Criminal No. 08-360 (RCL)<br><br>**FILED**<br>APR 1 3 2015<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NICHOLAS A. SLATTEN, )<br>)<br>Defendant. )<br>_____ ) | Criminal No. 14-107 (RCL) |

## ORDER

Following the jury's verdict in this case, the Court took under advisement all four defendants' renewed motions to dismiss for lack of venue and motions for judgment of acquittal. Trial Tr., 23-24, Oct. 22, 2014. As it has before, the Court now denies both such motions.

The defendants originally moved to dismiss for lack of venue in 2009. *Slough*, ECF No. 35. This Court, Judge Urbina presiding, denied the motion from the bench on February 17, 2009. After the return of a Superseding Indictment in this matter, *Slough*, ECF No. 304, the defendants renewed in writing their motion to dismiss for lack of venue. *Slough*, ECF Nos. 390, 398. The Court denied the renewed motion as to the three defendants in *Slough* for the reasons explained in its Memorandum & Order filed May 13, 2014. *Slough*, ECF No. 436. Under his separate case caption, defendant Slatten moved to dismiss for lack of venue on May 19, 2014.

*Slatten*, ECF No. 22. The Court denied Slatten's motion on June 16, 2014, *Slatten*, ECF No. 86, for the reasons explained in its Opinion issued on June 24, 2014, *Slatten*, ECF No. 90.

Later, after the close of the government's case-in-chief, the defendants renewed their venue motions. Trial Tr., 9, Aug. 20, 2014 (a.m.); Trial Tr., 5, 34-35, 37, Aug. 21, 2014 (p.m.). At the same time, the defendants further moved for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29. Trial Tr., 9, Aug. 20, 2014 (a.m.); *see generally* Trial Tr., Aug. 21, 2014 (p.m.); *see also Slatten*, ECF No. 171. Following extensive oral argument on August 21, 2014, the Court denied both the renewed venue motions as well as the newly raised Rule 29 motions, finding that there existed "sufficient evidence . . . , allowing all reasonable inferences to the government, to proceed." Trial Tr., 56, Aug. 21, 2014 (p.m.); *see also* Minute Entries, *Slough & Slatten*, Aug. 21, 2014. The defendants again renewed their venue and Rule 29 motions at the close of evidence in this case. Trial Tr., 73-74, Aug. 25, 2014 (p.m.). And again, the Court denied both motions. *Id.* at 74.

Finally, all of the defendants renewed their venue and Rule 29 motions once more subsequent to the jury's verdict. Trial Tr., 23-24, Oct. 22, 2014; *see also Slatten*, ECF No. 633. Notwithstanding the defendants' limited presentation of witness testimony during their case-in-chief, the Court finds that no facts or law have meaningfully changed in this case since its previous denials of such motions. Therefore, it is hereby

**ORDERED** that the defendants' renewed motions to dismiss the case for lack of venue and for a judgment of acquittal are **DENIED**.

It is **SO ORDERED** this 9th day of April 2015.

ROYCE C. LAMBERTH
United States District Judge

2