to the Honorable Judge Royce Lamberth

Dear Judge Lamberth,

I am asking for Leniency in the sentencing of Evan S. Liberty. I know the boy's grandfather and grandmother. the family is devastated at the outcome of the trial. they are good people.

Thank you,
Dave Lucca

FILED
APR 16 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Cr. 08-360
Let this be filed.
Royce C. Lamberth
U.S.D.J.  4/13/15