FILED

APR 16 2015

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

November 3, 2014

Cr. No. 08-360

Let This be filed
Royce C. Lamberth
U.S.D.J. 4/13/15

The Honorable Judge Royce Lamberth
US District Court for the District of Columbia
Washington, DC 20001

Dear Judge Lamberth,

I am writing as a friend of Evan Liberty. We met several years ago at his grandfather's house in Rochester, NH. Evan is a very dedicated and patriotic individual, many times putting himself in harms way for the safety and protection of others and his country. I feel very fortunate and privileged to know Evan and his family.

I would respectfully ask for your leniency during sentencing.

Sincerely,

Keith E. Milner
Keith E Milner