# EXHIBIT 2

## Iraqi Cultural Background

In Iraq, generally people use cash only in their daily transactions whether in the market, or elsewhere, because the concept of the credit card is still new to the society and culture, and some people still do not know how it works or how to use it. Due to the lack of infrastructure, Iraq credit cards are not yet popular in the domestic economy. As the Iraqi banking system moved towards modernization, credit services were introduced for customers. Individuals mostly use these for making payments while traveling abroad.

In the past in Iraq, very few places use the credit card system, while the majority use cash. There is no return policy in the market and that is why in some places people are not given receipts for their purchases except for electronics, cars, and real estate. The same "no receipts" policy applies to services like hospitals, cemeteries, funeral homes, mosques and churches, etc. When people receive services in the mentioned places, service providers do not provide customers with receipts because they pay in cash. In some circumstances if a person requests a receipt, he/she will be given an informal or handwritten receipt.

Funeral ceremonies in Iraq are similar to the ceremonies here in the United States except for the service. The funeral service in Iraq lasts between 3-7 days and is dependent on the region where the family of the deceased person is from or lived. The decedent's family receives people during these days and serves them three meals; breakfast, lunch, and dinner. During these occasions men are segregated from women, the family holds men's service in the mosque, where they pay for using these facilities. There are other costs for the family such as funeral home, burial, cars, etc.

Iraqis do not pay income taxes and they do not have a form similar to the United States W-2 form to file every year. Iraqis do not have a document that proves the income of the person. Only employees that work for the Iraqi government have documents that prove their income, while non-government employees do not have documents to prove their income.

Sawsan Al-Bassam
Professor- Language and Culture Trainer
Foreign Service Institute - Department of State