# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 08-360 (RCL)[1] |
| | : | |
| v. | : | |
| | : | |
| **PAUL ALVIN SLOUGH,** | : | |
| **EVAN SHAWN LIBERTY, and** | : | |
| **DUSTIN LAURENT HEARD,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |
| | | |
| **UNITED STATES OF AMERICA** | : | Cr. No. 14-107 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **NICHOLAS SLATTEN,** | : | |
| | : | |
| | : | |
| **Defendant.** | | |

## GOVERNMENT'S RESTITUTION SUPPLEMENT

The government hereby supplements our previous Restitution Submission [Dkt. # 775]:

On May 26, 2015, the government filed its Restitution Submission, with which we presented documentation regarding restitution claims that had been provided by the victims and their families. Subsequently, we received such documentation from an additional victim, Hasan Jabber Salman, which is attached as Exhibit 1.

Respectfully submitted,

---

[1] On May 12, 2014, the Court granted the government's motion to join this case with *United States v. Nicholas Abram Slatten*, Crim. No, 14-107 (RCL) [Dkt #434]. This memorandum is intended to be filed in the two joined cases, and the government is filing a notice to that effect in Crim. No. 14-107.

          /s/
Gregg A. Maisel
Chief, National Security Section
D.C. Bar Number 447902
Gregg.Maisel@usdoj.gov

Jay I. Bratt
Deputy Chief, National Security Section
Illinois Bar Number 6187361
Jay.Bratt2@usdoj.gov

T. Patrick Martin
Special Assistant United States Attorney
D.C. Bar Number 471965
Thomas.Martin@usdoj.gov

Anthony Asuncion
Special Assistant United States Attorney
D.C. Bar Number 420822
Anthony.Asuncion@usdoj.gov

Christopher Kavanaugh
Special Assistant United States Attorney
VA Bar Number 73093
Christopher.Kavanaugh@usdoj.gov

John Crabb Jr.
Assistant United States Attorney
N.Y. Bar No. 2367670
John.D.Crabb@usdoj.gov

David Mudd
Assistant United States Attorney
D.C. Bar No. 995154
David.Mudd2@usdoj.gov

United States Attorney's Office
National Security Section
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530