# EXHIBIT
# 1

Count #19 Victim Hassan Jabar Salman

Total requested $692,548.34
$20,000 cost of surgery dated September 28, 2007
$800 cost for radiology and lab service dated October 20, 2007
$1,000  cost of X-rays/ultrasound dated October 20, 2007
$50,000 cost of surgery for his leg and chest dated October 22, 2007
$12,000  cost of X-rays and surgeries dated October 22, 2007
$167,785.24  costs for ultrasound and CAT scan dated November 2, 2007   [5,000,000 ID]
$800 cost for X-ray dated November 28, 2007
$419,463.10 costs for medical expenses (surgery and treatment) dated March 5, 2008   [200,000,000 ID]
$20,000 cost of surgeries for his gunshots dated March 20, 2008
$700 costs of lab service for liver function no date

# Descriptions of the Receipts for Victim

## Hassan Jabar Salman

$20,000 cost of surgery dated September 28, 2007

الدكتـــور
# ناهض شعبان
للامـــراض الباطنيــة والاطفـــال
بغداد ـ الكاظمية ـ باب الدروازة ـ مجاور المستشفى القديم

الاسم : حسن هادي   التاريخ ٢٠٠٧/٩/٨

المريض المصاب من
هادي مصاب بطلق ناري
في الظهر . اجريت له
عدة عمليات . تكلفت
العمليات حدود عشرين
الف دولار أمريكي .
لم أم شاهد كدائرتي .



رقم التسجيل ٢٣٧٥ في ١٨ / ٨ / ١٩٦٥
موبايل : ٠٧٩٠١٦٥٢٧٩٧ ـ ارضي : ٥٢٢٤٧٨٧

$800 for radiology and lab service dated October 20, 2007

**Dr.**
**S. M. Attra**
Radiologist · Ultrasonologist
M.B.Ch.B

عيادة الجوادين للسونار
الكاظمية ـ باب المراد ـ عمارة ابراهيم الشيخ
◆ الدوام صباحاً فقط ◆

الدكتورة
صبرية مجيد خضير
رقم التسجيل ٤٥٠٧ في ٢٥/١٠/١٩٧٢

Hasson J. Salman

اسم المريض:

**Exam Requested**

U/s chest                        ٢٠١٠/١١/٧

التاريخ:

الطبيب المرسل:

**Clinical Details**

Bullet injury

800 dollars

ملاحظة: ١ الفحوصات النسائية يفضل ملئ المثانة ويرجى جلب جميع الرقائق الشعاعية
٢ الفحوصات الجراحية والباطنية يفضل الفحص بدون غذاء مع حقنة مائية

$1,000  cost of X-rays/ultrasound dated October 20, 2007

عيادة الدكتور لطيف عبد الكريم

| الدكتورة | | الدكتور |
|---|---|---|
| نجاح ماجد علي | | علي عبد الكريم محمد |
| اختصاص سونار ملون | | دبلوم أختصاص أشعة وسونار |
| | | رقم التسجيل ٨١٥٥ بتاريخ ١٢ / ٢ / ١٩٩١ |

فحوصات السونار العادية والدوبلر الملون والأشعة الملونة

الكاظمية ـ باب الدروازة ـ قرب صيدلية رائدة البناء ـ مجاور جامع العيدري ـ ٠٧٩٠٢٢٢٥٧٦٢ ـ ٠٧٧١٥٢٣٨٢٢٥

التاريخ : ٤٠ /١١/ ٢٠٠٧       سم المريض : من جابر علي

20/10/2007

X Ray of Lumbo-Sacral spines

& X Ray of Hip joints

( 1000 Dollar )

سونار البطن والكلى والبروستات ـ السونار الملون للشرايين والاوردة ـ سونار المفاصل والأنسجة الرخوة ـ سونار العين ـ سونار الغدة الدرقية ـ سونار الثدي ـ سونار الخصية

سونار الحوامل وتشوهات الجنين ـ سونار الرحم والمبيض ـ سونار حديثي الولادة ( الخلع الولادي ) ـ انسداد بوابة المعدة ـ سونار الدماغ ـ فحص وتلوين الرحم

الملاحظات : الأشعة : يرجى جلب الأفلام والأشعة السابقة أن وجدت

سونار : أ / الحضور بدون غذاء لفحص المرارة . ب/ مثانة مملوءة للفحوصات النسائية وخلال الثلاثة أشهر الأولى بالنسبة للحامل ومثانة مملوءة لفحوصات البروستات

$50,000 cost of surgery for his leg and chest dated October 22, 2007

# الدكتور
# ناهض شعبان

## للامراض الباطنية والاطفال

بغـداد ـ الكاظمية ـ باب الـدروازة ـ مجاور المستشفى القديم

الاسم: حسن جابر سلمان       التاريخ: ٧ / ١١ / ٢٠٠٧

إلى من يهمه الامر

المريض حسن جابر سلمان مصاب بداء السكر
د إ رتفاع ضغط الدم ، وحالته كما به إنفصاليه نتيجة
تعرضه إلى حادث إطلاق نار في احدى ساحات
بغداد ، اصيب في جبينه بكسر متعدده في عظام
الورك والفخذ والصدر ، وأجريت له عدة عمليات
داخل وخارج العراق كلفته مبالغ طائلة ، في حينه ،
وفي هذه المره كلفته حوالي خمسون ألف دولار
وذلك بياني .

الدكتور
نا هض شعبان

رقم التسجيل: ٢٢٧٥ في ١٩٦٥/٨/١٨
موبايل: ٠٧٩٠١٦٥٢٧٩٢

$12,000  cost of X-rays and surgeries dated October 22, 2007

<div dir="rtl">

# الدكـتور
## ناهض شعبان
### للامـراض البـاطنيـة والاطفـال
بغـداد ـ الكاظمية ـ بـاب الـدروازة. مجاور المستشفى القديم

الاسم: حسن جابر سلمان   التاريخ: ٢٠١٧/١٠/٢٢

</div>

Hassan. J. Salman

Costs A X Rays,
Investigations

Surgical intanfavance for
His wounds . it costs about
12 :000 (Twelve Thousands) dollars.

<div dir="rtl">

البد كتور
نـ هض شمبان
للأمراض الباطنية والأطفال

</div>

<div dir="rtl">

رقـم التـسـجيل: ٢٢٧٥ فـي ١٩٦٥/٨/١٨
موبايـل : ٠٧٩٠١٦٥٢٧٩٧

</div>

$167,785.24  for ultrasound and CAT scan dated November 2, 2007   [5,000,000 ID]

# الدكتور محمد كنعان

## اختصاصي اشعة و سونار
### M.B. Ch.B , D.M.R.D
**الكاظمية ـ باب الدروازة ـ مجاور مركز الشرطة سابقاً**
**الدوام صباحاً و مساءً 07807900890 - 0771555507**

**للأشعة و السونار و الدوبلر الملون**

**اسم المريض** حسن هادي ك.

**Exam. Requested**

X Ray chest
X Ray L.S. spine
Skull X Ray 2

5 millions   D.

c..v/۱۱/c

**الطبيب المرسل**

$800 for X-ray dated November 28, 2007

**Dr.**
**Mohammed Abdul-Hussain**
**& Dr. Wasan Majid**
M.B.Ch.B. DR
Radiologist

الدكتور
محمد عبد الحسين درويشانة الطائي
طبيب اختصاص أشعة
والدكتورة وسن ماجد
طبيبة اختصاص أشعة
M.B.Ch.B.   DR

عيادة المصطفى
للفحص والتشخيص
بالاشعة والسونار

| كافة الفحوصات الشعاعية العادية والملونة | فحص باحدث جهاز سونار | باطنية ـ نسائية (سونار داخلي) حوامل ـ الثدي |

اسم المريض: Requested Examination & Clinical History

X Ray chest
(Bullat injury
800 Dollar
28/11/2007

العيادة في الطابق الارضي                     دوام العيادة صباحاً ومساءً

بغداد ـ الكاظمية ـ باب الدروازة ـ مقابل جامع الحيدري ـ مجاور صيدلية الشواهق ـ موبايل ٠٧٨٠١٧٨١٧٤٢

$419,463.10  for medical expenses (surgery and treatment) dated March 5, 2008   [200,000,000 ID]

الدكتور

# ناهض شعبان

## للامراض الباطنية والاطفال

بغداد ـ الكاظمية ـ باب الدروازة ـ مجاور المستشفى القديم

الاسم: حسن جابر سلمان    التاريخ: ٢٠٠٧/٩/

To whom it may concern

Patient H. Jabbar had
bullet injury since one year ago,
done for him many investigations,
X Ray, surgical interference,
he had diabetes, Hypertension,
depression, and cholecystitis.
It costs about 200.000.000 dinars,



رقم التسجيل: ٢٢٧٥ فـي ١٩٦٥/٨/١٨
موبايل: ٠٧٩٠١٦٥٢٧٩٧

$20,000 cost of surgeries for his gunshots dated March 20, 2008

الدكتور

ناهض شعبان

للامراض الباطنية والاطفال

بغداد ـ الكاظمية ـ باب الدروازة ـ مجاور المستشفى القديم

| الاسم: حسن جابر | التاريخ: ٢٠٠٨/٩/٤ |
|---|---|

Many operations
done for the patient
Hassan Jaban for his
gun shots injuries. it costs
thousands dollars as he said,
about 20,000 dollars;

$700 for lab service for liver function no date

مختبر الكاظمية

للتحليلات المرضية

البكتريولوجية والسيرولوجية والهرمونات

رقم الاجازة ١٢٩٥٢ في ١١ / ٣ / ٢٠٠٩

البكتريولوجية

سند علي حمودي

أحياء مجهرية

**Tests Requested .**

اسم المريض :

700 )0l1

F. B. S

H b)

E S R

Liver Function Tests

**Clinical Notes.**   Diabetes

الطبيب :

بغــداد ـ الكاظميــة ـ خلـف البريـد ـ مقابل عـيـادات الكاظميــة