# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 08-360 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **PAUL ALVIN SLOUGH** | : | |
| **EVAN SHAWN LIBERTY** | : | |
| **DUSTIN LAURENT HEARD** | : | |
| | : | |
| **Defendants.** | : | |
| | | |
| **UNITED STATES OF AMERICA** | : | Cr. No. 14-107 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **NICHOLAS SLATTEN** | : | |
| | : | |
| **Defendant.** | : | |

### SUBPOENA *DUCES TECUM* PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(C)

TO:   SUSAN L. BURKE, ESQ.
       BURKE PLLC
       1000 POTOMAC STREET NW, SUITE 150
       WASHINGTON, DC 20007

**YOU ARE COMMANDED** to produce the following information to the attorney representing the party requesting this subpoena:

1. Any and all documents and/or records listing the dollar amounts of any and all settlements received by the following individuals in any and all U.S. civil lawsuits involving or related to Blackwater to which these individuals were a party and in which you represented said individuals:

    a. Sami Hawas Hamood, alternatively Sami Hawa Hamud Al-Sabahin
    b. Haider Ahmad Rabe'a, alternatively, Haydar Ahmad Rabie Hussain Al-Khafaji
    c. Mohamed Abbas Mahmoud
    d. Qasim Mohamed Abbas Mahmoud
    e. Jassim Mohammad Jassim

    f. Sa'aidi Ali Abbas Hussein
    g. Majed Salman Abdell Kareen Al-Gharbawi
    h. Hassan Jabar Salman

  In lieu of producing these documents, you may provide the information in summary form by electronic mail to the attorney representing the party requesting this subpoena, whose contact information is listed below.

Date: _____

                          Royce C. Lamberth
                          U.S. District Court Judge

The name, address, e-mail, and telephone number of the attorney representing Defendant Evan Liberty, who requests this subpoena, are:

William F. Coffield, Esq.
BERLINER CORCORAN & ROWE, LLP
1101 17th Street NW, Suite 1100
Washington, D.C. 20036
wcoffield@bcr-dc.com
(202) 293-5555