# Exhibit B

# INTERNATIONAL MONETARY FUND



STEPTOE & JOHNSON LLP
JUL 2 2 2008
LIBRARY

# International Financial Statistics

## July 2008

Intl.
HG
3881
.I5
I6

# INTERNATIONAL FINANCIAL STATISTICS

Vol. LXI, No. 7, July 2008
Prepared by the IMF Statistics Department
Robert W. Edwards, Director

For information related to this publication, please:
  fax the Statistics Department at (202) 589-9810,
  or write Statistics Department
    International Monetary Fund
    Washington, D.C. 20431
  or e-mail your query to **StatisticsQuery@imf.org**
For copyright inquiries, please fax the Editorial Division at (202) 623-6579.
For purchases only, please contact Publication Services (see information below).

Copyright © 2008, International Monetary Fund

*International Financial Statistics (IFS)* is a standard source of statistics on all aspects of international and domestic finance. *IFS* publishes, for most countries of the world, current data on exchange rates, international liquidity, international banking, money and banking, interest rates, prices, production, international transactions (including balance of payments and international investment position), government finance, and national accounts. Information is presented in tables for specific countries and in tables for area and world aggregates. *IFS* is published monthly and annually.

Address orders to:
International Monetary Fund
Attention: Publication Services
Washington, D.C. 20431
U.S.A.
Telephone: (202) 623-7430
Telefax: (202) 623-7201
E-mail: publications@imf.org
Internet: http://www.imf.org

ISSN 0020-6725

---

POSTMASTER: Send address changes to International Financial Statistics, Publication Services, 700 19th St., N.W., Washington, D.C. 20431. Postage for periodicals paid at Washington, D.C. USPS 049-610



Recycled paper

| 2007 III | 2008 IV | 2008 I | 2007 Sep | 2007 Oct | 2007 Nov | 2007 Dec | 2008 Jan | 2008 Feb | 2008 Mar | 2008 Apr | 2008 May | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Exchange Rates** | | |
| | | | | *New Iraqi dinars per SDR* | | | | | | | | | | |
| 1,920.91 | 1,920.00 | 1,983.27 | 1,920.91 | 1,936.56 | 1,940.02 | 1,920.00 | 1,933.47 | 1,948.77 | 1,983.27 | 1,951.78 | .... | Market Rate.............................. | aa |
| | | | *New Iraqi dinars per US Dollar: End of Period (ae) Period Average (rf)* | | | | | | | | | | | |
| 1,234.00 | 1,215.00 | 1,206.00 | 1,234.00 | 1,232.00 | 1,220.00 | 1,215.00 | 1,212.00 | 1,210.00 | 1,206.00 | 1,202.00 | .... | Market Rate.............................. | ae |
| 1,241.19 | 1,225.18 | 1,210.67 | 1,235.00 | 1,232.00 | 1,227.00 | 1,216.53 | 1,214.00 | 1,210.00 | 1,208.00 | 1,203.00 | .... | Market Rate.............................. | rf |
| | | | | *Index Numbers (2000=100): Period Averages* | | | | | | | | | | |
| — | — | — | — | — | — | — | — | — | — | — | .... | Principal Rate........................... | ahx |
| — | — | — | — | — | — | — | — | — | — | — | .... | Nominal Effective Exchange Rate..... | nec |
| | | | | *Millions of SDRs: End of Period* | | | | | | | | **Fund Position** | | |
| 1,188.4 | 1,188.4 | 1,188.4 | 1,188.4 | 1,188.4 | 1,188.4 | 1,188.4 | 1,188.4 | 1,188.4 | 1,188.4 | 1,188.4 | 1,188.4 | Quota...................................... | 2f.s |
| 289.6 | 88.4 | 89.8 | 289.6 | 289.6 | 289.3 | 88.4 | 88.4 | 89.0 | 89.8 | 89.8 | 90.9 | SDRs....................................... | 1b.s |
| 171.1 | 171.1 | 171.1 | 171.1 | 171.1 | 171.1 | 171.1 | 171.1 | 171.1 | 171.1 | 171.1 | 171.1 | Reserve Position in the Fund............ | 1c.s |
| 297.1 | — | — | 297.1 | 297.1 | 297.1 | — | — | — | — | — | — | Total Fund Cred.&Loans Outstg........ | 2tl |
| | | | *Millions of US Dollars Unless Otherwise Indicated: End of Period* | | | | | | | | | **International Liquidity** | | |
| .... | .... | .... | .... | .... | .... | .... | .... | .... | .... | .... | .... | Total Reserves minus Gold.............. | 1l.d |
| 450.8 | 139.7 | 147.7 | 450.8 | 455.3 | 460.0 | 139.7 | 141.1 | 143.4 | 147.7 | 145.8 | 147.4 | SDRs....................................... | 1b.d |
| 266.3 | 270.4 | 281.4 | 266.3 | 268.9 | 272.1 | 270.4 | 273.0 | 275.6 | 281.4 | 277.8 | 277.3 | Reserve Position in the Fund............ | 1c.d |
| .... | .... | .... | .... | .... | .... | .... | .... | .... | .... | .... | .... | Foreign Exchange......................... | 1d.d |
| .... | .... | .... | .... | .... | .... | .... | .... | .... | .... | .... | .... | Gold (Million Fine Troy Ounces)....... | 1ad |
| .... | .... | .... | .... | .... | .... | .... | .... | .... | .... | .... | .... | Gold (National Valuation)............... | 1and |
| 1,128.1 | 1,277.9 | .... | 1,128.1 | 1,150.6 | 1,166.1 | 1,277.9 | 1,402.5 | 1,538.5 | .... | .... | .... | Monetary Authorities: Other Assets... | 3..d |
| 6,949.3 | 889.2 | .... | 6,949.3 | 7,204.4 | 7,029.6 | 889.2 | 1,102.5 | 1,105.6 | .... | .... | .... | Monetary Authorities: Other Liabs.... | 4..d |
| 6,487.8 | 7,531.1 | .... | 6,487.8 | 6,466.2 | 6,874.2 | 7,531.1 | 8,039.4 | 6,441.5 | .... | .... | .... | Banking Institutions: Assets............. | 7a.d |
| 8,122.5 | 8,759.6 | .... | 8,122.5 | 8,132.7 | 8,200.3 | 8,759.6 | 8,270.3 | 8,092.8 | .... | .... | .... | Banking Institutions: Liabs.............. | 7b.d |
| | | | *Billions of New Iraqi Dinars: End of Period* | | | | | | | | | **Monetary Authorities** | | |
| 31,311.0 | 40,045.0 | .... | 31,311.0 | 32,964.6 | 34,952.0 | 40,045.0 | 40,837.2 | 41,909.8 | .... | .... | .... | Foreign Assets............................ | 11 |
| 5,953.9 | 5,879.8 | .... | 5,953.9 | 5,941.3 | 5,940.2 | 5,879.8 | 5,673.7 | 5,664.0 | .... | .... | .... | Claims on Central Government........ | 12a |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Claims on State & Local Govts.......... | 12b |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Claims on Nonfin.Pub.Enterprises..... | 12c |
| 5.8 | 5.1 | .... | 5.8 | 5.6 | 5.6 | 5.1 | 5.1 | 4.9 | .... | .... | .... | Claims on Private Sector................. | 12d |
| 21.7 | 15.6 | .... | 21.7 | 21.8 | 21.9 | 15.6 | 15.7 | 15.9 | .... | .... | .... | Claims on Banking Institutions......... | 12e |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Claims on Nonbank Financial Insts... | 12g |
| 25,915.7 | 28,808.4 | .... | 25,915.7 | 26,209.9 | 27,573.1 | 28,808.4 | 29,867.2 | 32,542.9 | .... | .... | .... | Reserve Money............................ | 14 |
| 12,496.6 | 14,231.7 | .... | 12,496.6 | 12,862.2 | 13,087.7 | 14,231.7 | 14,347.2 | 14,745.5 | .... | .... | .... | of which: Currency Outside Banks.... | 14a |
| 5,925.9 | 8,151.8 | .... | 5,925.9 | 6,402.9 | 6,200.4 | 8,151.8 | 7,282.8 | 4,396.2 | .... | .... | .... | Other Liabilities to Banking Insts...... | 14n |
| 212.3 | 133.4 | .... | 212.3 | 168.1 | 131.1 | 133.4 | 116.2 | 381.0 | .... | .... | .... | Time, Savings, & Fgn.Currency Dep.. | 15 |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Liabs. of Central Bank: Securities...... | 16ac |
| .7 | .1 | .... | .7 | .7 | .7 | .1 | .1 | .1 | .... | .... | .... | Restricted Deposits....................... | 16b |
| 9,146.2 | 1,080.4 | .... | 9,146.2 | 9,451.2 | 9,152.5 | 1,080.4 | 1,336.2 | 1,337.8 | .... | .... | .... | Foreign Liabilities......................... | 16c |
| 3,138.0 | 7,136.7 | .... | 3,138.0 | 3,921.9 | 5,293.4 | 7,136.7 | 7,370.9 | 7,910.0 | .... | .... | .... | Central Government Deposits.......... | 16d |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Liab. to Nonbank Financial Insts....... | 16j |
| −10,857.4 | −2,928.0 | .... | −10,857.4 | −10,802.9 | −10,853.0 | −2,928.0 | −2,951.7 | −2,710.6 | .... | .... | .... | Capital Accounts.......................... | 17a |
| 3,811.1 | 3,562.7 | .... | 3,811.1 | 3,581.6 | 3,421.5 | 3,562.7 | 3,510.0 | 3,737.2 | .... | .... | .... | Other Items (Net).......................... | 17r |
| | | | *Billions of New Iraqi Dinars: End of Period* | | | | | | | | | **Banking Institutions** | | |
| 14,587.5 | 18,271.1 | .... | 14,587.5 | 15,101.4 | 15,257.9 | 18,271.1 | 20,053.8 | 19,100.3 | .... | .... | .... | Reserves................................... | 20 |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Claims on Mon.Author.:Securities.... | 20c |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Other Claims on Monetary Author..... | 20n |
| 8,005.9 | 9,150.3 | .... | 8,005.9 | 7,966.4 | 8,386.6 | 9,150.3 | 9,743.8 | 7,794.3 | .... | .... | .... | Foreign Assets............................ | 21 |
| 4,050.3 | 3,506.3 | .... | 4,050.3 | 3,235.5 | 2,521.7 | 3,506.3 | 2,690.1 | 2,329.3 | .... | .... | .... | Claims on Central Government........ | 22a |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Claims on State and Local Govts...... | 22b |
| 729.4 | 87.9 | .... | 729.4 | 729.5 | 727.6 | 87.9 | 273.2 | 273.0 | .... | .... | .... | Claims on Nonfin.Pub.Enterprises..... | 22c |
| 2,853.4 | 2,761.3 | .... | 2,853.4 | 2,808.3 | 2,914.9 | 2,761.3 | 2,802.3 | 2,973.2 | .... | .... | .... | Claims on Private Sector................. | 22d |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Claims on Nonbank Financial Insts... | 22g |
| 6,065.7 | 10,193.5 | .... | 6,065.7 | 6,074.9 | 6,168.6 | 10,193.5 | 10,419.4 | 7,932.1 | .... | .... | .... | Demand Deposits........................ | 24 |
| 4,201.0 | 4,325.1 | .... | 4,201.0 | 4,273.0 | 4,353.7 | 4,325.1 | 4,365.6 | 4,597.3 | .... | .... | .... | Time, Savings,& Fgn.Currency Dep... | 25 |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Money Market Instruments.............. | 26aa |
| 332.6 | 2,057.0 | .... | 332.6 | 341.8 | 371.0 | 2,057.0 | 1,630.1 | 1,683.9 | .... | .... | .... | Restricted Deposits....................... | 26b |
| 10,023.1 | 10,643.0 | .... | 10,023.1 | 10,019.5 | 10,004.3 | 10,643.0 | 10,023.6 | 9,792.3 | .... | .... | .... | Foreign Liabilities......................... | 26c |
| 15,606.3 | 17,441.8 | .... | 15,606.3 | 15,436.4 | 15,548.2 | 17,441.8 | 18,727.3 | 18,190.5 | .... | .... | .... | Central Government Deposits.......... | 26d |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Credit from Monetary Authorities..... | 26g |
| 166.4 | 166.3 | .... | 166.4 | 166.3 | 166.3 | 166.3 | 166.3 | 162.5 | .... | .... | .... | Liabs. to Nonbank Financial Insts..... | 26j |
| −4,291.9 | −5,290.8 | .... | −4,291.9 | −4,242.9 | −4,080.2 | −5,290.8 | −3,413.8 | −3,162.4 | .... | .... | .... | Capital Accounts.......................... | 27a |
| −1,876.7 | −5,758.9 | .... | −1,876.7 | −2,227.9 | −2,723.3 | −5,758.9 | −6,355.4 | −6,726.3 | .... | .... | .... | Other Items (Net).......................... | 27r |
| | | | *Billions of New Iraqi Dinars: End of Period* | | | | | | | | | **Banking Survey** | | |
| 20,147.6 | 37,471.9 | .... | 20,147.6 | 21,460.3 | 24,181.7 | 37,471.9 | 39,221.2 | 38,573.9 | .... | .... | .... | Foreign Assets (Net)...................... | 31n |
| −5,151.5 | −12,338.1 | .... | −5,151.5 | −6,638.0 | −8,731.6 | −12,338.1 | −14,653.9 | −14,856.1 | .... | .... | .... | Domestic Credit........................... | 32 |
| −8,740.1 | −15,192.4 | .... | −8,740.1 | −10,181.4 | −12,379.6 | −15,192.4 | −17,734.5 | −18,107.3 | .... | .... | .... | Claims on Central Govt. (Net).......... | 32an |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Claims on State & Local Govts........ | 32b |
| 729.4 | 87.9 | .... | 729.4 | 729.5 | 727.6 | 87.9 | 273.2 | 273.0 | .... | .... | .... | Claims on Nonfin.Pub.Enterprises..... | 32c |
| 2,859.2 | 2,766.4 | .... | 2,859.2 | 2,813.9 | 2,920.5 | 2,766.4 | 2,807.4 | 2,978.1 | .... | .... | .... | Claims on Private Sector................. | 32d |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Claims on Nonbank Financial Insts... | 32g |
| 18,562.3 | 24,425.2 | .... | 18,562.3 | 18,937.1 | 19,256.3 | 24,425.2 | 24,766.6 | 22,677.6 | .... | .... | .... | Money...................................... | 34 |
| 4,413.3 | 4,458.5 | .... | 4,413.3 | 4,441.1 | 4,484.8 | 4,458.5 | 4,481.8 | 4,978.3 | .... | .... | .... | Quasi-Money.............................. | 35 |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Money Market Instruments.............. | 36aa |
| — | — | .... | — | — | — | — | — | — | .... | .... | .... | Liabs. of Central Bank:Securities...... | 36ac |
| 333.3 | 2,057.1 | .... | 333.3 | 342.4 | 371.7 | 2,057.1 | 1,630.2 | 1,684.0 | .... | .... | .... | Restricted Deposits....................... | 36b |
| 166.4 | 166.3 | .... | 166.4 | 166.3 | 166.3 | 166.3 | 166.3 | 162.5 | .... | .... | .... | Liabs. to Nonbank Financial Insts...... | 36j |
| −15,149.4 | −8,218.8 | .... | −15,149.4 | −15,045.8 | −14,933.1 | −8,218.8 | −6,365.5 | −5,873.0 | .... | .... | .... | Capital Accounts.......................... | 37a |
| 6,670.2 | 2,245.6 | .... | 6,670.2 | 5,981.1 | 6,104.2 | 2,245.6 | −112.1 | 88.3 | .... | .... | .... | Other Items (Net).......................... | 37r |
| 19,135.7 | 23,462.0 | .... | 19,135.7 | 19,709.0 | 20,350.1 | 23,462.0 | 23,429.0 | 22,196.2 | .... | .... | .... | Money, Seasonally Adjusted............ | 34..b |
| 22,975.6 | 28,883.7 | .... | 22,975.6 | 23,378.2 | 23,741.1 | 28,883.7 | 29,248.4 | 27,656.0 | .... | .... | .... | Money plus Quasi-Money............... | 35l |