# Exhibit C

FD-302a (Rev. 10-6-95)

70A-WF-237079-302IQVIC

Continuation of FD-302 of ____Ali Abbass Mahmoud_____, On ____06/06/2008 Page ___2____

        Mahmoud advised that his brother was wearing a white dishdasha when he was killed, and his nephew was wearing a track suit.

        Mahmoud is aware that his brother and his family were driving through Nisur Square in a white cargo truck when they were shot.  The vehicle was shot on all sides, the glass was broken and the tires were flat.  The axle was also broken.  The truck has been repaired, and is now being driven by his nephew, Yunis Ikhdayyir Abbas.  Mahmoud is angry because the U.S. Department of State promised the family $2500.00 for damage to the vehicle.  The family did not have the appropriate ownership papers for the vehicle, and the State Department told them to return when they had the proper documentation.  Mahmoud has been trying to contact the translator at the State Department named Rasheed to make another appointment.  However, Rasheed has not been returning his telephone calls.

        Mahmoud was showed FBI photos of a white Nissan cargo truck which he identified as the vehicle that his brother was driving at the time of the incident.

        Mahmoud advised that there were no hospital records or x-rays.  He provided copies of the death certificates of both victims.  These have been placed in a 1A envelope with the vehicle photos and the notes of the interview and made part of the file.

USAO_021941