# Exhibit D

FD-302 (Rev. 5-8-10)

- 1 of 3 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  07/20/2012

HUSSEIN ALI ABBAS, [redacted] met with Federal Bureau of Investigation special agents ("SAs") Marc Daniel Hess and Katrice Jenkins, and Assistant United States Attorneys ("AUSAs") Tony Asuncion, Pat Martin, John Han and John Crabb. Translation was provided by Bob Baba, Regional Security Office linguist. ABBAS was advised of the nature of the interview and the identity and affiliation of those present.

AUSA Han made introductions and provided an explanation and update of the judicial process and legal proceedings to date. Upon completion of this introduction and explanation, AUSAs Asuncion, Han and Martin, and SA Hess, excused themselves from the interview and left the room at approximately 2:20 p.m. At approximately 2:45 p.m., upon completion of AUSA Crabb's and SA Jenkin's interview with ABBAS, they advised the prosecution team that there was no reason to believe that ABBAS had been exposed to tainted information. AUSAs Asuncion and Han and SA Hess returned to the interview room to conduct a further interview with ABBAS. AUSA Crabb and SA Jenkins were present at all times during this interview.

Portions of ABBAS's prior statements were reviewed with him. In addition to information ABBAS provided to investigators during previous interviews, ABBAS provided the following information:

ABBAS and his brother SAADI ALI ABBAS grew up together in Baghdad. There were six (6) brothers and five (5) sisters in the family. ABBAS was the second child and SAADI was the fourth. Their father was a day laborer and their mother was a house wife. ABBAS completed high school and worked at Baghdad Electric as a technician. He has since retired. He has one (1) daughter and three (3) sons.

Investigation on  06/26/2012  at  Baghdad, Iraq (In Person)

File #  70A-WF-237079-FILTER                           Date drafted  06/29/2012

by  HESS MARC DANIEL

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

---

FD-302a (Rev. 05-08-10)

70A-WF-237079-FILTER

Continuation of FD-302 of  Interview of Hussein Ali Abbas  , On  06/26/2012  , Page  2 of 3

SAADI was a day laborer. He had completed high school. ABBAS described him as a hard worker with no enemies. He had two (2) sons and two (2) daughters. SAADI's wife is still alive. SAADI had his own car. ABBAS did not remember the color but said it had a Diyala (phonetic) license plate with the number 48 or something similar.

On September 16, 2007, ABBAS's son YASSER received a telephone call. The caller asked if YASSER knew the person whose telephone number the person was calling from. HUSSEIN said he did and that it was his uncle SAADI's telephone number. The caller told him that SAADI had been shot and the family should go to Yarmouk Hospital. YASSER called ABBAS and told him what had happened, that it was unknown if SAADI had been killed, and that he should meet the family at the hospital. When asked why the original caller had SAADI's telephone, ABBAS explained that the caller had found the telephone near SAADI's vehicle at Nisur Square.

On his way to the hospital ABBAS received a call from YASSER who told him that SAADI had died. At the hospital ABBAS saw SAADI's body. There were wounds to SAADI's neck and head. ABBAS said he saw blood on those parts of SAADI's body. He does not know how many wounds there were.

ABBAS left the hospital and went to Nisur Square to recover SAADI's vehicle. The police told him he needed a court order to move the vehicle. ABBAS obtained the order. ABBAS said he saw some damage to the rear windshield which looked like bullet holes. He saw brain matter on the floor of the vehicle. He surmised that SAADI had been trying to turn his vehicle and was shot from behind. The vehicle was resting against a bus stop to the south of the traffic circle. ABBAS surmised that the vehicle must have crashed when SAADI was shot. ABBAS had the vehicle moved by a police tow truck.

When asked what happened to the vehicle after it was moved, ABBAS said the family waited for the three (3) month mourning period to pass and then had the vehicle repaired. It was later sold but ABBAS does not know for how much or to whom.

FD-302a (Rev. 05-08-10)

70A-WF-237079-FILTER

Continuation of FD-302 of  Interview of Hussein Ali Abbas  ,On  06/26/2012  ,Page  3 of 3

When asked what else he saw at Nisur Square, ABBAS said he saw a burning car and other vehicles that had been shot. ABBAS said he did not know why SAADI was traveling through Nisur Square when he was killed.

ABBAS said that some time after the incident he took SAADI's wife and son to meet with a man named RASHEED LNU who was an interpreter working for the U.S. Embassy. They were given $10,000 for funeral expenses and $2,500 for the damage to SAADI's vehicle. At another time, ABBAS went with SAADI's wife and son to a meeting with an Iraqi working for Blackwater. The man they met gave SAADI's wife and son $20,000. When asked how SAADI's family is doing now, ABBAS said they were surviving.

ABBAS did not remember giving prior investigators a photo of SAADI. He said he could get one for the interviewers.

ABBAS said he is willing to travel to the U.S. to be a witness because he and his family want the truth to be told. At the conclusion of the interview ABBAS was given the standard $40 witness fee to reimburse him for expenses incurred as a result of attending the interview. He signed a receipt for the payment.

The original notes of this interview and the receipt signed by ABBAS have been placed in a 1A envelope.

BWTT_000079