# Exhibit E

FD-302a (Rev. 10-6-95)

70A-WF-237079-IQVIC

Continuation of FD-302 of __Jassim Mohammad Hashim__, On __06/15/2009__, Page __2__

    In addition to information provided to the FBI during previous interviews, Hashim provided the following information:

    Hashim advised that he is still assigned to the Ministry of Interior as a police officer, but he can no longer work. He receives half of his salary at this time, and is waiting for the final decision to be made regarding the extent of his disability.

    Hashim advised that medical doctors have told him that there is nothing else they can do for his brain injuries. They have advised him that his memory may deteriorate, or it may not. Hashim is concerned that his memory will get worse between now and the scheduled trial. He asked if he could write down what happened during the shooting at Nisur Square in case his brain injury worsens.

    Based upon that request, Hashim gave a statement of the events of 09/16/2007 to the best of his recollection. The statement was typed in Arabic by LS Atef Shafik. Hashim read the statement after it was prepared. He advised that it was an accurate representation of what he personally observed and experienced on 09/16/2007. After carefully reviewing the statement, Hashim signed it in the presence of SA Murphy and LS Shafik. This statement has been placed in a 1A with the notes of this interview.

    Hashim also provided photographs of himself and additional medical records. These were also placed in the 1A.

    Hashim advised that he would be willing to travel to the U.S. to testify. Upon completion of the meeting, Hashim was photographed, fingerprinted, and videotaped. In addition, he completed paperwork for the processing of a visa to the U.S.

    Hashim was provided a $40.00 witness fee by AUSA Malis for expenses associated with this witness conference.

USAO_022294