## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July 2015, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

> Anthony Asuncion
> T. Patrick Martin
> Christopher Kavanaugh
> John Crabb, Jr.
> David Mudd
> United States Attorney's Office
>   for the District of Columbia
> 555 Fourth Street, N.W.
> Washington, DC 20530

/s/ Brian M. Heberlig