IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> PAUL A. SLOUGH, </br> EVAN S. LIBERTY, and </br> DUSTIN L. HEARD, </br></br> Defendants. | No. 1:08-cr-360-RCL |
| UNITED STATES OF AMERICA </br></br> v. </br></br> NICHOLAS A. SLATTEN, </br></br> Defendant. | No. 1:14-cr-107-RCL |

## ~~PROPOSED~~ a ORDER

Upon consideration of Defendants' Unopposed Motion to Extend the Government's Time to Oppose Defendants' Motions for a New Trial and Defendants' Time to Reply, It is HEREBY ORDERED ~~that said~~ *nunc pro tunc,* Motion is GRANTED; and the government may file its oppositions to Defendant Slatten and Defendants Slough, Liberty, and Heard's respective motions for new trials by May 18, 2015; and

It is further ORDERED that Defendant Slatten and Defendants Slough, Liberty, and Heard may file their replies to the government's oppositions by May 29, 2015.

SO ORDERED.

Date: 7/2/15

_____
Royce C. Lamberth
United States District Judge