IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 08-360 (RCL) |
| : | |
| PAUL ALVIN SLOUGH, : | |
| EVAN SHAWN LIBERTY, and : | |
| DUSTIN LAURENT HEARD, : | |
| : | |
| Defendants. : | |
| | |
| UNITED STATES OF AMERICA : | Cr. No. 14-107 (RCL) |
| : | |
| v. : | |
| : | |
| NICHOLAS SLATTEN, : | |
| : | |
| Defendant. : | |

ORDER

Based on the parties' joint request, it is this __2nd__ day of ~~May~~ July 2015,

ORDERED that the parties submit their restitution materials as follows:

    Government submission: May 26, 2015, nunc pro tunc,

    Defense submission: July 3, 2015, and

    Government reply (if any): July 8, 2015;

**FURTHER ORDERED** that a hearing will be held on July __13__, 2015, at __3:00__ p.m.

_____
ROYCE C. LAMBERTH
DISTRICT JUDGE