**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 08-360 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **PAUL ALVIN SLOUGH** | : | |
| **EVAN SHAWN LIBERTY** | : | |
| **DUSTIN LAURENT HEARD** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANTS' NOTICE OF VOLUNTARY WITHDRAWAL OF**
**JULY 1, 2015 MOTION FOR SUBPOENA *DUCES TECUM***

Defendants hereby give notice that they voluntarily withdraw their Motion for Order Issuing Rule 17(c) Subpoena to James A. Roberts, III, Gary V. Mauney, and Paul R. Dickinson, Jr. of Lewis & Roberts PLLC, filed on July 1, 2015. (Dkt. 780).

| | |
|---|---|
| Dated: July10, 2015 | Respectfully submitted, |
| | |
| | /s/ Brian M. Heberlig |
| /s/ David Schertler | Brian M. Heberlig (No. 455381) |
| David Schertler (No. 367203) | Michael J. Baratz (No. 480607) |
| Danny Onorato (No. 480043) | Bruce C. Bishop (No. 437225) |
| Lisa H. Schertler (No. 430754) | Linda C. Bailey (No. 985081) |
| Janet Foster (Admitted *Pro Hac Vice*) | Scott P. Armstrong (No. 993851) |
| SCHERTLER & ONORATO, L.L.P. | STEPTOE & JOHNSON, LLP |
| 575 7th Street, N.W., Suite 300 South | 1330 Connecticut Avenue, N.W. |
| Washington, D.C. 20004 | Washington, D.C. 20036-1795 |
| Telephone: (202) 628-4199 | Telephone: (202) 429-3000 |
| *Counsel for Defendant Dustin L. Heard* | *Counsel for Defendant Paul A. Slough* |
| | |
| | /s/ William Coffield |
| | William Coffield (No. 431126) |
| | Laina C. Lopez (No. 477412) |
| | BERLINER CORCORAN & ROWE LLP |
| | 1101 17th Street NW, Suite 1100 |
| | Washington, D.C. 20036 |
| | Telephone: (202) 293-5555 |
| | *Counsel for Defendant Evan S. Liberty* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2015, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which caused the pleading to be served electronically upon all counsel of record, including:

Anthony Asuncion, AUSA
Thomas Patrick Martin, AUSA
John Crabb, Jr., AUSA


I also certify that I served the foregoing via email and USPS First Class mail on the following individuals:

    James A. Roberts, III, Esq.
    Lewis & Roberts PLLC
    3700 Glenwood Avenue, Suite 410
    Raleigh, NC 27612
    jimroberts@lewis-roberts.com

    Gary V. Mauney
    Lewis & Roberts PLLC
    One Southpark Center
    6060 Piedmont Row Drive South, Suite 140
    Charlotte, NC 28287
    garymauney@lewis-roberts.com

    Paul R. Dickinson, Jr.
    Lewis & Roberts PLLC
    One Southpark Center
    6060 Piedmont Row Drive South, Suite 140
    Charlotte, NC 28287
    pauldickinson@lewis-roberts.com


                                            /s/ William F. Coffield