**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Cr. No. 08-360 (RCL) |
| : | |
| v. : | |
| : | |
| **PAUL ALVIN SLOUGH** : | |
| **EVAN SHAWN LIBERTY** : | |
| **DUSTIN LAURENT HEARD** : | |
| : | |
| **Defendants.** : | |

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that Defendants filed in electronic format with the Court a short notice, with Exhibit I, to supplement their Memorandum in Opposition to the Government's Request for Restitution. The filing and its exhibit are not available for public viewing.

Dated: July 10, 2015

/s/ David Schertler
David Schertler (No. 367203)
Danny Onorato (No. 480043)
Lisa H. Schertler (No. 430754)
Janet Foster (Admitted *Pro Hac Vice*)
SCHERTLER & ONORATO, L.L.P.
575 7th Street, N.W., Suite 300 South
Washington, D.C. 20004
Telephone: (202) 628-4199
*Counsel for Defendant Dustin L. Heard*

Respectfully submitted,

s/ William Coffield
William Coffield (No. 431126)
Laina C. Lopez (No. 477412)
BERLINER CORCORAN & ROWE LLP
1101 17th Street NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 293-5555
*Counsel for Defendant Evan S. Liberty*

/s/ Brian M. Heberlig
Brian M. Heberlig (No. 455381)
Michael J. Baratz (No. 480607)
Bruce C. Bishop (No. 437225)
Linda C. Bailey (No. 985081)
Scott P. Armstrong (No. 993851)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone: (202) 429-3000
*Counsel for Defendant Paul A. Slough*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of July 2015, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which caused the foregoing notice to be served electronically upon all counsel of record, including:

Anthony Asuncion, AUSA
Thomas Patrick Martin, AUSA
John Crabb, Jr., AUSA


      /s/ William F. Coffield