# Exhibit J



U.S. Department of Justice

United States Attorney's Office

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

**BY EMAIL**

July 5, 2015

Bruce C. Bishop, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Re: <u>United States v. Slough, et al., Crim. Nos. 08-360 and 14-107(RCL)</u>

Dear Mr. Bishop:

    We are writing in further response to your letter dated June 29, 2015, in which you requested additional translations. In our response dated June 29, 2015, we explained that if any additional translations were prepared, we would provide them to you. The attached translations were completed today.

                            Sincerely,

                            _____/s/_____
                            John Crabb Jr.
                            Assistant U.S. Attorney