# Exhibit K

# DOCTOR
# NAHIDH SHA'BAN

INTERNAL MEDICINE AND PEDIATRICS

Baghdad – Al-Kathimiya – Bab Al-irwazah – Adjacent to the old hospital

**Name:** Hassan Jabir    **Date:** 28 September 2007

The patient Hassan Jabir is inflicted with a gunshot in the back. Several operations have been conducted on him, they cost approximately twenty thousand US Dollars. He has not recovered from it thus far.

Signed

Registration Number 2375 on 18/08/1965
Mobile 07901652797 - Landline 522-4787

Dr.
S. M. Attra
Radiologist – Ultrasonologist
M.B.Ch.B

# Al-Jawadain Sonar Clinic

Al-Kathimiya – Bab Al-irwazah – Shaykh Ibrahim Building
*Mornings only*

Dr.
Sabriya Majeed Khudair
Registration # 4507 on 25 (illegible) 1972

Patient's Name *Hassan J. Salman*

Date: *20 October, 2007*

Exam Requested *U/S Chest*

Clinical Details *Bullet Injury*

Sent by Doctor:

*$800 Dollars*

Signed

Note: 1- For feminine exam, it is preferable to fill the bladder and bring all radiological sheets.
2- For surgical and internal exams, it is preferable to conduct exams without food and with a water injection.

# Dr. Tayf Abdulkarim's Clinic

| Dr<br>Najah Majid Ali<br>Colored Sonar Specialist | | Dr<br>Ali Abdulkrim Muhammad<br>Radiology and Sonar Specialist Diploma<br>Registration# 8155 Dated 12 Feb 1991 |
|---|---|---|

**Regular Sonar Exams, Colored Doppler Exams, and Colored Radiological Exams**

Al-Kathimiya – Bab Al-irwazah – Near Raedat Al-Binaa Pharmacy – Adjacent to Al-Haydari Mosque –Tel: 07902225762 – 07715238225

Patient's Name: Hassan Jabir Salman           Date: 20 October 2007

O Lumbo-Sacral Spines

X Ray A

O X Ray of Hip Joints

Signed

($1000 Dollars)

ABDOMINE, KIDNEY, AND PROSTATE SONAR – VEIN AND ARTERY COLORED SONAR – JOINTS AND SOFT TISSUE SONAR –EYE SONAR – THYROID SONAR – BREAST SONAR - TESTICLES SONAR PREGNANCY AND FETAL DEFORMATION SONAR – WOMB AND OVARY SONAR – NEW BORN SONAR – PYLORUS SONAR – SCUL SONAR – WOMB DYE AND EXAM

**NOTE: PLEASE BRING PRIOR FILM AND X RAY IF AVAILABLE**
FOR SONAR: A) Come with empty stomach to examine gallbladder B) Full bladder for feminine exams and first three months of pregnancy and full bladder for prostate exam.

# DOCTOR
# NAHIDH SHA'BAN

INTERNAL MEDICINE AND PEDIATRICS

Baghdad – Al-Kathimiya – Bab Al-irwazah – Adjacent to the old hospital

**Name:** Hassan Jabir Salman   **Date:** 07 November 2007

To Whom It May Concern

The patient Hassan Jabir Salman has diabetes and high blood pressure, as well as this associative depression condition as a result of a fire shooting incident in one of Baghdad's squares. At the time he had several breaks in the bones of the (illegible), the hip, and the chest. He was operated on several times inside and outside the country, which cost him excessive amounts of money at the time. This time it has cost him fifty thousand US dollars. He is still suffering

Signed

DR
NAHIDH SHA'BAN
(stamped)

Registration Number 2375 on 18/08/1965
Mobile 07901652797

# DOCTOR
# NAHIDH SHA'BAN
INTERNAL MEDICINE AND PEDIATRICS
Baghdad – Al-Kathimiya – Bab Al-irwazah – Adjacent to the old hospital

**Name:** Hassan Jabir Salman  **Date:** 07 November 2007

*costs of x-rays, investigations, and surgical interferences for his wounds. It costs about $12,000 (Twelve Thousand) Dollars*

*Signed*

Hassan J. Salman

**DR
NAHIDH SHA'BAN
(stamped)**

Registration Number 2375 on 18/08/1965
Mobile 07901652797

# DOCTOR MUHAMMAD KAN'AN
## SONAROLIGST AND RADIOLOGIST M.B. Ch. B, D.M.R.D

Al-Kathimiya – Bab Al-irwazah – adjacent to the old police center
Working Mornings and Evenings Tel: 07807900890 – 07715559507

FOR RADIOLOGY, SONAR, AND COLOR DOPPLER

PATIENT'S NAME: Hassan Jabir

Exam Requested:   X Ray Chest

                    X-Ray L. S. Spine

                    Skull X-Ray

5 million dinars

Signed

2 November, 2007

Sending Physician

| Dr.<br>Mohammed Abdul-Hussain<br>& Dr. Wasan Majid<br>M.B.Ch.B. DR<br>Radiologist | **Al-Mustafa Clinic**<br>Exam and Diagnosis<br>Using Radiology and Sonar | Dr.<br>Mohammed Abdul-Hussain Darwishanah Al-Taie<br>Radiologist<br>Dr. Wasan Majid<br>Radiologist |
|---|---|---|

**All radiological exams regular and colored – examination with the latest sonar equipment, specs – internal, gynecology for pregnancy – breast**

Patient's Name: Hassan Jabir                    requested examination and clinical history:

                                                X-Ray chest
                                                C bullet injury

                        $800 Dollars

                        28 November 2007

Clinic Is On the Ground Level Floor                Working Mornings And Evenings

Baghdad – Al-Kathimiya – Bab Al-irwazah – Across from Al-Haydari Mosque – Adjacent to Al-Shawahiq Pharmacy – Mobile: 07801781743

# DOCTOR
# NAHIDH SHA'BAN

INTERNAL MEDICINE AND PEDIATRICS

Baghdad – Al-Kathimiya – Bab Al-irwazah – Adjacent to the old hospital

**Name:** Hassan Jabir Salman   **Date:** 05 March 2007

To Whom It May Concern

Patient H. Jabbir had a bullet injury since one year ago. Done for him. Many investigations, x-ray, surgical interference. He had diabetes, hypertension, depression, and Cholecystitis. It costs about 200,000,000 dinars.

Signed

DR
NAHIDH SHA'BAN
(stamped)

Registration Number 2375 on 18/08/1965
Mobile 07901652797

DOCTOR
# NAHIDH SHA'BAN
INTERNAL MEDICINE AND PEDIATRICS
Baghdad – Al-Kathimiya – Bab Al-irwazah – Adjacent to the old hospital

**Name:** Hassan Jabir    **Date:** 02 March 2008

*Many operations done for the patient Hassan Jabir for his gunshots injuries. It costs thousands of dollars as he said, about $20,000*

Signed

DR
NAHIDH SHA'BAN
(stamped)

Registration Number 2375 on 18/08/1965
Mobile 07901652797

## AL-KHATHIMIYA LABORATORY
### for Bacteriological, Serological, and Hormone Analysis
License number 12952, issued 11 March, 2009

Bacteriologist
SANAD ALI HAMMODI
MICROBIOLOGY

**Patient's Name:** Hassan Jabir

**Tests Requested:**

$200 Dollars

F. B. S.
H bl,
E. S. R.
Liver Function Tests

**Clinical Notes:** diabetes

**Physician:** signed

Baghdad – Al-Kathimiya - Behind the Post Office – Across Al-Kathimiya Uwaynat