# Exhibit L

OFFICE

**AL-HAJJ ISMAIL ABU-SAIBA'**

& SONS (## AND HAYTHAM)

----------------------------------------

AL-NAJAF AL-ASHRAF – BURIAL INQUIRIES

TEL: OFFICE (361548) HOUSE (320879) HAYTHAM

TEL: HUOSE (360055) AL-HAJJ ISMAIL

(TRANSLATOR'S NOTE: THIS IS A BUSINESS CARD)

IN THE NAME OF GOD THE MOST GRACIOUS, THE MOST MERCIFUL

To Whom It May Concern /Attestation

We attest that the expenses and building cost for the grave of the martyr (Muhammad 'Abbas Mahmoud Al-Jash'ami) is One Thousand US Dollars, which covers the burial expenses, and building. It equals One Million Three Hundred Thousand Iraqi dinars. And for that I sign.

Signed          Mobile 07801250380

IN THE NAME OF GOD THE MOST GRACIOUS, THE MOST MERCIFUL

To Whom It May Concern /Attestation

We attest that the expenses and building cost for the grave of (Qassim Muhammad 'Abbas Al-Jash'ami) is One Thousand US Dollars, which covers the burial expenses, and building. It equals One Million Three Hundred Thousand Iraqi dinars. And for that I sign.

Signed          Mobile (07801250380)

PAGE 8 OF THE ECF EXHIBIT 1

# Rowan's restaurant

**Where You Find All Types Of Cuisine**

Eastern and Western —catering for all requirements for parties and weddings

## Baghdad – Palestine Street

No. 0002540

19 September 2007

Mr. Abbas Abbas Mahmoud

| DETAILS | QUANTITY | PRICE | TOTAL AMOUNT |
|---|---|---|---|
| Ten thousand dollars | | | |
| for preparing One | | | US$10,000 |
| Hundred meals over | | | |
| three days for funeral | | | |
| proceedings for the | | | |
| martyr Muhammad | | | |
| Abbas Mahmoud and | | | |
| his son Qassim | | | |
| Muhammad Abbas | | | |

Total:   Ten Thuosand Dollars Only

Signed

# AL-JANABI STORES

## Auto Spare Parts Sales

GMC – American – Japanese – German – French – Korean

Al-Tayaran Square / second Alley: Mu'askar Al-Rasheed

**Date:** 12 February, 2009     No. 001933

**Mr.** Younis Khodair Abbas

| Total amount | Details | Quantity | Price |
|---|---|---|---|
| $2000 | Complete Toyota Dyna engine with Branch wires - Japanese origin | 1 | 2000 |
| $1300 | Toyota Care one Month warranty | 1 | 1300 |
| $200 | Radiator | | 200 |
| $200 | Four lights - Japanese origin | 4 | |
| | | | $3700 |
| **Total** Three thousand seven hundred Dollars Only | | | |
| | Signed | | |

Al-Janabi Stores
Auto Spare Parts

---

# AL-BARAKA STORES

## Auto Repair (Mechanic and Electrician)

GMC-American – Japanese – German – Korean

Baghdad – Al-Shaykh Umar Street

**Date:** 18 March 2009     No. 1240

**Mr.** Younis Khodair Abbas

| Total amount | Details | Quantity | Price |
|---|---|---|---|
| $1500 | Mechanic fees | 1 | 1500 |
| $300 | Electrician fees | 1 | 300 |
| | Received in Cash | | |
| **Total** One thousand Eight hundred Dollars Only | | | |
| $1800 | | | |

Al-Baraka Stores
Auto Spare Parts

PAGE 12 OF THE ECF EXHIBIT 1

# AL-SUROOH STORES

## Body and paint shop for all cars

**Heat oven paint and Mazda Scrub**

Baghdad – Al-Shaykh Umar Street

**Date:** 05 February, 2009          No. 000790

Mr. Younis Khodair Abbas

| Total amount | Details | Quantity | Price |
|---|---|---|---|
| $2350 | Toyota Dyna cabin | 1 | $2350 |
| | 1990 Japanese | | |
| | Make | | |
| | | | |
| | Received in cash | | |
| | *Al-Surooh Stores*<br>*body shop and paint* | | |
| | | | |
| | | | |
| **Total Two Thousand Three Hundred Fifty Dollars** | | |
| | | Signed | $2350 |

# AL-JANABI STORES

## Auto Spare Parts Sales

GMC – American – Japanese – German – French – Korean

Al-Tayaran Square / second Alley: Mu'askar Al-Rasheed

**Date:** 13 February 2009          No. 1932

Mr. Younis Khodair Abbas

| Total amount | Details | Quantity | Price |
|---|---|---|---|
| $1150 | Complete axle for | 1 | 1150 |
| | Dyna with parts | | |
| | | | |
| | | | |
| | Received in Cash | | |
| | *Al-Janabi Stores*<br>*Auto Spare Parts* | | |
| | | | |
| **Total One thousand One hundred Dollars Fifty** | | |
| $1150 | Dollars only | | |

**PAGE 14 OF THE ECF EXHIBIT 1**

# AL-ITQAN STORE

## Auto Glass Sales, Installation, and Replacement – Repair All Window Motors

Branch 1: Baghdad – Al-Shaykh Umar / Branch 2: Baghdad

**Date:** 18 March 2009     No. 1240

**Mr. Younis Khodair Abbas**

| Total amount | Details | Quantity | Price |
|---|---|---|---|
| $1500 | Mechanic fees | 1 | 1500 |
| $300 | Electrician fees | 1 | 300 |
| | Received in Cash | | |
| **Total** One thousand Eight hundred Dollars Only | | | |
| $1800 | | | |

*Al-Baraka Stores — Auto Spare Parts*

PAGE 16 OF THE ECF EXHIBIT 1

# AL-HADI STORES

## four tires, batteries, all types of oil lubricants, and auto filters

Baghdad – Al-Sanak

**Date:** 27 March, 2009     No. 000096

**Mr. Younis Khodair Abbas**

| Total amount | Details | Quantity | Price |
|---|---|---|---|
| $600 | Bridgstone tires Size 750 X 16 | 3 pairs | 100 |
| $100 | So light Battery 90A | 1 | 100 |
| | Received in Cash | | |
| **Total** Seven Hundred Dollars Only | Signed | | |

*AL-Hadi Stores — Auto Tires and Batteris*

**Mr.** Husein Ali Abbas, brother of the martyr Sa'die Ali Abbas

| Total Amount | Details | Quantity | Price |
|---|---|---|---|
| | Burial fees for the martyr Sa'die Ali Abbas | | |
| | | | |
| $5000 | Cost of transport vehicle to the grave back and forth | | |
| | From Baghdad to Al-Najaf | | |
| $15,000 | Burial and grave building | | |
| | | | |
| | Received In cash | | |
| | | Al-Asdiqaa Office | |
| | | | |

# 'Auto Sale And Purchase Contract'

## GUARANTEE FOR BOTH PARTIES

First Party, Seller, Mr. *Hussein Ali Abdul Majeed Ali*          Residing *Al-Saydiya*
Block # *829* Alley *88* House Number *12* Profession *Laborer* Telephone *//*
Identification Number and Issuing Office:
Second Party, Purchaser, Mr. *Sa'die Ali Abbas*          Residing *Al-Bayya'*
Block # *817* Alley *29*   House Number *29*   Profession *Laborer* Telephone *//*
Identification Number and Issuing Office:
This agreement is held between the two parties as follows:
The first party sold to the second party vehicle with plates number *48384/Diyala/inspection*   Private/~~Livery/Truck~~
Brand *Volkswagen* (Illegible) Year *1993* Color         Size         Model
Engine Number                    Chassis Number *2223SA372925*
Manifest Number                  Annual Number
In Exchange for *$12,500 Twelve Thousand Five Hundred Us Dollars*
And He Has Received the Amount of         *received in cash*                With the Remainder of
Notes...............................................................................................
Seller in Possession ...........................................................................
Residing         Block #         Alley         House Number         Telephone
2- Both seller and buyer must register the vehicle in accordance with traffic laws. Showroom is not responsible otherwise.
3- Buyer should inspect the vehicle before purchase. Showroom is not responsible after signing the contract.
4- Both parties promise to pay each a brokerage commission of 2% (Two Percent) immediately after signing the contract.
5- First party is responsible for all traffic fines and customs fees before the date of purchase.
6- If one of the two parties retreated, the retreating party shall pay the other party. Compensation of (20%) twenty percent and shall cover the commissions paid.
7- If the vehicle above is not turned in within the period stated above, the shore room is not responsible.
8- The vehicle is accepted with all defects.
9- The two parties are acquainted outside the office. The office is not responsible for external agreements.

          Date *28. August 2006*          Hour

Signature of first party, seller                    signature of second party, purchaser

*Hussein Ali Abdul Majeed Ali*        Witness signature        *Sa'die Ali Abbas* (Illegible)
*Signed*                                          *Signed*





PAGE 22 OF THE ECF EXHIBIT 1

# AL-ASWAQ OFFICE

## FOOD SUPPLY SALES

BAGHDAD – SHURJAH – AL-BAYYA, ACROSS FROM THE COURT

**Date:** 18 September 2007   **Number:** 00625

**Mr.** Hussein Ali Abbas - fees for the funeral of the martyr Sa'die Ali Abbas

| Total Amount | Details | Quantity | Price |
|---|---|---|---|
| | | | |
| $1000 | drinking water | | |
| $2000 | Sugar | | |
| $1500 | Tea | | |
| $500 | Coffee | | |
| $5000 | Rice | | |
| $1000 | Butter Ghee | | |
| $7000 | Iraqi lamb meat | | |
| $4000 | Vegetables | | |
| $6000 | Funeral hall rental fees | | |
| | | | |
| | Received in cash          Signed | | |
| $28,000 | | | |
| | | | |
| Total | Twenty Eight Thousand US Dollars Only | | |
| | | | |



## RECEIVED OF MONIES IN EXCHANGE FOR VEHICLE SALE

**AMER AUTO SHOWROOM**

OWNER: Abbas Ali Abbas

Al-Bayya' - showroom city

Tel: 553-9200

AMER AUTO SALES SHOWROOM

To whom it may concern ..............

We wish to inform you that the martyr Sa'di Ali Abbas worked in buying

and selling vehicles in our showroom, and that his monthly income was

approximately (US$20,000) Twenty thousand dollars, or occasionally

more in some month.

signed

**SHOWROOM OWNER**

**ABBAS ALI ABBAS**

15 April 2015

PAGE 26 OF THE ECF EXHIBIT 1

## *To whom it may concern*

I am doctor (Hassan Al Gharbawi), the attending physician for Mr. Majid Salman Al-Gharbawi, who was one of Blackwater victims.

Mr. Majid is one of my patients since 2007, and he visited my clinic multiple times.

He was complaining of hypertension, dyslipidemia, and palpitations with panic attacks that occurred every now and then, related to bad memories of his accident.

Investigations with eco-cardiology and electro cardiology showed the presence of left ventricular hypertrophy and sinus tachyrdia

He was kept on antihypertensive, anti-lipid and anxiolytic medications.

Mr. Majid paid me totally in the period of two years around US$15,000, for his examination, eco-cardiogram and ECG fees.

Yours faithfully...........

This report is supplied on patients request



Republic of iraq
Medical doctors'
association
Certification of physician
signature
This association is not
responsible for the content
of the report

Signed

Prof. Dr.
Jamal Rashid Al-Rawi
Chair of medical doctors association branch in Baghdad
M.B.Ch.B, Fe. (illegible) D&V
05 May 2015

signed
Dr. Hasan Al Gharbawi
Internist
M.B.Ch.B, F.I.C.M.S
3 March 2015

**PAGE 29 OF THE ECF EXHIBIT 1**

## *To whom it may concern*

I am doctor (Diaa Gafar Sadik), the attending orthopedist for Mr. Majid Salman Al-Gharbawi.

Mr. Majid visited my clinic, one week after his accident in Al-nisoor square.

He was severely ill with multiple shell injuries in his left arm, chest, flank and left lower left lower limb.

One of his wounds (left ankle) was infected and discharging.

Multiple minor operations were done, including shell removal, the tissue extraction and cleaning.

Multiple dressing with medications, including antibiotics and pain killers. He has made some recovery from his symptoms.

Mr. Majid continued visiting my clinic for a period of 2 ½ years, and he paid me totally around US$20,000.



Republic of iraq
Medical doctors'
association
Certification of physician
signature
This association is not
responsible for the content
of the report
Signed

This report is supplied on patients request

signed
Dr. Diaa Gafar Sadik
orthopedic surgeon
F.I.C.M.S
3 March 2015

**Prof. Dr.**
**Jamal Rashid Al-Rawi**
**Chair of medical doctors association branch in Baghdad**
M.B.Ch.B, Fe. (illegible) D&V
05 May 2015

(Translator Note) This appears to be an attempt at translating text through the usage of automated translation software (for example, Google translate). The text is not intelligible and cannot be translated.

# AI-BAYDHANI OFFICE

Medical and Laboratory Supplies, Medication and Chemical
Supplies, Fixed Lab Equipment
Baghdad – Bab Al-Mua'zam – Near

**Date**: 27 November 2007

**Mr**. Sammy Hawwas Humud                    **No**. 000227

| SEQ | TOTAL AMOUNT | DETAILS | QUANTITY | PRICE |
|-----|-------------|---------|----------|-------|
| 1 | 800,000 | Left eye lens | | |
| 2 | | | | |
| 3 | 98,500 | Solution and other | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | 898,500 | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | Signed | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | ACCOUNTING | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |

| 898,500 | Total |
|---------|-------|

**Signature** Signed

PAGE 37 OF THE ECF EXHIBIT 1

## Al-BAYDHANI OFFICE

### Medical and Laboratory Supplies, Medication and Chemical Supplies, Fixed Lab Equipment
### Baghdad – Bab Al-Mua'zam – Near

**Date**: 2 February 2008

**Mr**. Sammy Hawwas Humud                    **No**. 000219

| SEQ | TOTAL AMOUNT | DETAILS | QUANTITY | PRICE |
|-----|-------------|---------|----------|-------|
| 1 | 750,000 | Right eye lens | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | Signed | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | ACCOUNTING | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |

| 750,000 | Total  750,000 |
|---------|----------------|

**Signature** Signed

PAGE 39 OF THE ECF EXHIBIT 1

# RECEIPT

No. 000056211

| Dinar | dollars |
|-------|---------|
| 13,000,000 | /// |

**ONLY** Thirteen million Iraqi dinars

**DATE:** /   / 200

**I Received From Mr.** Sammy Hawwas Humud

**The Amount Of:** 13 million Iraqi dinars only

**Payment For:** Surgical operation to remove shrapnel from the back and right thigh in the private suite of the public hospital

**Name and Signature of Payer**
Sammy Hawwas

**Name and Signature of The Recipient**
specialist physician (illegible)

**Name of organization:** Public Hospital
**Date:** 8 February 2008

**Administrative Classification**

| Branch | Unit | Section |
|--------|------|---------|
|  |  |  |

| Amount | | Description | Quantity | Material |
|--------|------|-------------|----------|----------|
| Dinar | Fils | | | |
| 10,000,000 | | Pvt. suite to conduct an operation (illegible) | | |
| 10,000,000 | | | | |
| 10,000,000 | | **TOTAL:** Ten Million Iraqi Dinars only | | |

illegible writings

**I Received From**
**The Amount Aforementioned Of:**  Dinars  Fils  Only
**Name Of Recipient** illegible writings  Position

ACCOUNTING

8 February 2008

**Administrative Classification**

| Branch | Unit | Section |
|--------|------|---------|
|        |      |         |

Date:  *Illegible writings*

| Amount |      | ACCOUNTING | Description | Quantity | Material |
|--------|------|------------|-------------|----------|----------|
| Dinar  | Fils |            |             |          |          |
|        |      |            |             |          |          |
| 25 (illegible) | | | Pvt. suite (illegible) | | |
|        |      |            |             |          |          |
|        |      |            |             |          |          |
|        |      |            |             |          |          |
| 25 (illegible) | | | **TOTAL:** *Two Million and (illegible )* | | |

*Illegible writings*

I Received From
The Amount Aforementioned Of:      **Dinars**          **Fils**          **Only**
Name Of Recipient  *Illegible writings*                **Position**

**Name of organization:**
**Date:** 11 March 2008

sale fees

| Amount | | Description | Quantity | Material |
|---|---|---|---|---|
| Dinar | Fils | | | |
| | | | | |
| 3,000,000 | | Illegible | | |
| 3,000,000 | | Illegible | | |
| 6,000,000 | | | | |
| | | | | |
| 6,000,000 | | TOTAL: Six Million | | |

ACCOUNTING

Illegible writings

**I Received From**
**The Amount Aforementioned Of:**          Dinars                    Fils                    Only
**Name of Recipient** Illegible writings                              Position

11 March 2008

| Al-Ramadi Chamber of Commerce |
| --- |

Chamber Stamp
No. 000111

## **SALE AND PURCHASE CONTRACT**

First party, seller: Sammy Hawwas Humud      07902392363 / illegible
Second party, buyer: Ahmad (Illegible) Muhammad
It was agreed between the two parties to hold this contract with the following conditions:
First: Seller's Name: Sammy Hawwas Humud          Address: Baghdad – Al-Khadra
A- Concurs that he had sold to the second party (buyer) the owner:
   Type: House with three bedrooms, a hall, service areas, and a garage.
   Number and Sequence: 82/16898          District: 47 illegible
B- That the exchange for sale price agreed upon is 192,500,000 One hundred ninety two million and five hundred thousand.
C- The first party concurs that he had received from the buyer a down payment of full amount
D- If he reneges on the agreement or withdraws from the sale, he shall return the down payment and commits to paying compensations to the buyer assessed at      50% dinars.
Second: Buyer's name: Ahmad (Illegible) Muhammad      Address: illegible
A- The buyer concurs that he had accepted the purchase and commits to pay the exchange for sale price of dinars.
B- In the event of reneging or withdrawing from the purchase and paying the exchange for sale price, he agrees to pay compensations assist at      50%      dinars.
Third: Both parties agree to pay brokerage fees of 2% to the broker, and both parties shall pay the brokerage fees.
Fourth: In the event of having multiple parties to the contract, all of them will be responsible collectively for the brokerage fees.
Fifth: This contract shall be stamped by the Al-Ramadi Chamber of Commerce. Otherwise, it would be null.
Sixth: With the acceptance, concurrence, and agreement taking place, this contract was inscribed in Al-Ramadi.
Seventh: The owner of the office is not responsible for the sale and purchase after both parties' signature to the contract.
................................ 7 March 2008............ Year.............................................................................
Additional Clauses:      1- The seller or first party commits to transfer of the house.
                         2- The seller or first party commits to paying the taxes.
                         3- The seller or first party commits to paying the fees.

First Party (Seller)      Signed                    Second Party (Buyer)      Signed
Name: Sammy Hawwas Humud                            Name: Ahmad (Illegible) Muhammad
Address: Baghdad – Al-Khadra                        Address: Ramadi – Al-Andalus District
Identification Number:                              Identification Number:
Signature:                                          Signature:

*AL-RIYADH REAL ESTATE OFFICE STAMP*

Brokerage Office: Al-Riyadh Address: Al-Ramadi, Al-Mustawda Street, next to Al-Mustafa Public Hospital
Broker's Signature                  Witness                              Witness

Signed                              Signed (Khalid Shibl)                Signed (Basim Abdul Aziz

7 March 2008

| PAGE 46 OF THE ECF EXHIBIT 1 |
| --- |

# RECEIPT

No. 00005620

| Dinar | dollars |
|-------|---------|
| 15,000,000 | /// |

**ONLY** Fifteen million Iraqi dinars

**DATE:** 30 / NOVEMBER / 2007

---

**I Received From Mr.** Sammy Hawwas Humud illegible

**The Amount Of:** Fifteen million Iraqi dinars only

**Payment For**: conducting eye surgery to remove fluid and implant lens.

---

**Name and Signature of Payer**
Sammy Hawwas Humud

**Name and Signature of The Recipient**
Dr. Shihab Ahmad
Specialist

| Amount | | Description | Quantity | Material |
|--------|------|-------------|----------|----------|
| Dinar | Fils | | | |
| 5,000,000 | | To conduct the operation (illegible) | | |
| | | | | |
| | | | | |
| 5,000,000 | | TOTAL: | | |

*ACCOUNTING*

*To conduct the operation*

**I Received From**   Sammy Hawwas
**The Amount Aforementioned Of:** 5,000,000 Five million **Dinars**      Only
**Name Of Recipient** illegible writings   23 March 2008   **Position**

*ACCOUNTING*

**PAGE 48 OF THE ECF EXHIBIT 1**

Date: six in May 2008

| Branch | Unit |
|--------|------|
|        |      |

| Amount | | Description | Quantity |
|--------|------|-------------|----------|
| Dinar | Fils | | |
| 1,000,000 | | Payment for insurance in medication | |
| | | | |
| | | | |
| | | | |
| 1,000,000 | | **TOTAL:** One Million Dinars Only | |

**I Received From**   Illegible Humud

**The Amount Aforementioned Of:**          **Dinars**                    **Fils**                    **Only**

**Name of Recipient**   Illegible writings                                **Position**

PAGE 50 OF THE ECF EXHIBIT 1