# Exhibit M

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  10/27/2007

    On October 23, 2007, in the lot adjacent to the Iraqi National Police Headquarters, Baghdad, Iraq, Special Agents (SA) Thomas F. O'Connor, Angela M. Sercer and Carolyn Murphy, and Assistant Special Agent in Charge (ASAC) Sean Joyce, conducted a documentation processing of a White Daewoo Prince, sedan, which belonged to HASSAN JABER SALMAN. This vehicle was damaged during the September 16, 2007 shooting incident, which took place at the Nisur Square Traffic Circle, Baghdad, Iraq.

    SA Sercer took photos, ASAC Joyce and SA Murphy completed a photo log, and SA O'Connor sketched the vehicle. SAs O'Connor, Murphy and Sercer searched for evidentiary items within the vehicle and assessed vehicle damage.

    The vehicle processing included assessing damage to the vehicle and photographing and sketching the vehicle to log obvious damage and evidence.

    Vehicle damage included significant damage to the hood, and the windshield and rear window of the vehicle had been broken out. Per HASSAN JABER SALMAN, the hood damage was incurred when the vehicle flipped onto it's side as HASSAN JABER SALMAN was fleeing the scene of the shooting incident, driving south on Shari' Al-Junub Road en route to Al Yarmouk Hospital.

    According to HASSAN JABER SALMAN, four bullets hit the windshield through the passenger side during the incident, however, Civil Defense employees completely broke the windshield out so they could remove HASSAN JABER SALMAN from the vehicle for medical treatment. He did not know what caused the rear window to be broken out and did not know if any bullets hit the rear window.

    Subsequent to the incident, repairs had been made including the spot welding of the rear passenger quarter panel. One of the welded areas in the quarter panel appeared to be a hole possibly consistent with a bullet. The rear seat, front passenger seat, frame for front of vehicle and bumper had been removed and/or replaced, however, HASSAN JABER SALMAN brought the rear seat, bumper and frame for review. HASSAN JABER SALMAN

Investigation on  10/23/2007  at  Baghdad, Iraq

File # 70A-WF-237079-302OTHER             Date dictated  NA
      Thomas F. O'Connor     Carolyn J. Murphy     Sean M. Joyce
by    Angela M. Sercer;ams

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

BWT-002109

FD-302a (Rev. 10-6-95)

70A-WF-237079

Continuation of FD-302 of _____ , On 10/27/2007 , Page 2

    did not note any damage to the front passenger seat and did not bring it with him.

    Possible bullet holes were observed ins the rear passenger quarter panel, through the trunk area and backseat, and through the driver's seat, possibly causing the injuries HASSAN JABER SALMAN sustained. A search of the vehicle for possible bullet fragments yielded negative results, and no possible bullet holes were noted in the dashboard area. HASSAN JABER SALMAN did not see nor collect any bullet fragments when the repairs were made.

    The rear view mirror had been removed and had a hole was noted in the bottom left section of the front of the mirror. HASSAN JABER SALMAN did not know if the damage was caused by a bullet and no possible bullet fragments were noted in the mirror.

    During the initial photographing of the vehicles, it was noted that there were two different VIN plates; one on the original front frame of the vehicle (KLAER1981SB812496), and one on the replacement frame (KLAER1981SB359402). HASSAN JABER SALMAN indicated that the replaced part contained the original VIN, and he would exchange it with the replacement part currently on the vehicle.

    During the initial interview with HASSAN JABER SALMAN on October 20, 2007, conducted by SA Sercer and SSA Aubrey Farrar, SALMAN indicated that his son had been shot during an incident with Blackwater, USA several months prior to the incident at the Nisur Square traffic circle, and that a complaint was filed with the Iraqi Police against Blackwater. HASSAN JABER SALMAN was asked to bring copies of the report when possible. On this date HASSAN JABER SALMAN provided the following materials:

- Photographs of damage to the White Daewoo Prince, taken prior to repairs being made.
- Photographs of HASSAN JABER SALMAN in the hospital, subsequent to the shooting incident at Nisur Square.
- Disc containing video of White Daewoo Prince prior to repairs being made, and video of HASSAN JABER SALMAN in the hospital after incident at Nisur Square traffic circle.

BWT-002110

FD-302a (Rev. 10-6-95)

70A-WF-237079

Continuation of FD-302 of _____, On 10/27/2007, Page 3

- Copy of complaint (in Arabic) filed with Iraqi police, in reference to the alleged shooting of HASSAN JABER SALMAN's son by Blackwater, USA employees, several months prior to the incident at Nisur Square traffic circle.
- Copies of photographs of his son's injuries after alleged shooting incident with Blackwater, USA several months prior to the incident at Nisur Square.

The digital photographs of the vehicle were saved to a computer disc and marked as original. The disc was placed into the attached FD-340 (1a) along with the vehicle sketch, photo log and the materials provided by HASSAN JABER SALMAN, which are outlined above.

as07293a.302

BWT-002111