## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July 2015, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

>Anthony Asuncion
>T. Patrick Martin
>Christopher Kavanaugh
>John Crabb, Jr.
>David Mudd
>United States Attorney's Office
>   for the District of Columbia
>555 Fourth Street, N.W.
>Washington, DC 20530

/s/ Brian M. Heberlig