**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | No. 1:08-cr-360-RCL |
| **PAUL A. SLOUGH,** **EVAN S. LIBERTY, and** **DUSTIN L. HEARD,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

Pursuant to Local Civil Rule 5.4(e)(1), please take notice that the Defendants today filed under seal (with accompanying motion for leave), in electronic format, Exhibit N in support of Defendants' Supplemental Memorandum in Opposition to the Government's Request for Restitution, with an accompanying declaration in support. These documents are not available for public viewing.

Copies of the foregoing were served by electronic mail upon the following counsel for the United States:

        John Crabb Jr.
        National Security Division
        U.S. Attorney's Office
        555 4th Street, N.W., 11th Floor
        Washington, DC 20530

Respectfully submitted,

By:   /s/ *Brian M. Heberlig*

| | |
|---|---|
| Brian M. Heberlig (No. 455381) | Thomas G. Connolly (No. 420416) |
| Michael J. Baratz (No. 480607) | Steven A. Fredley (No. 484794) |
| Bruce C. Bishop (No. 437225) | Harris, Wiltshire & Grannis LLP |
| Linda C. Bailey (No. 985081) | 1200 Eighteenth Street N.W. |
| Steptoe & Johnson LLP | Suite 1200 |
| 1330 Connecticut Ave. N.W. | Washington, D.C. 20036 |
| Washington, D.C. 20036 | (202) 730-1300 |
| (202) 429-3000 | *Counsel for Defendant Nicholas A. Slatten* |
| *Counsel for Defendant Paul A. Slough* | |
| | |
| William Coffield (No. 431126) | David Schertler (No. 367203) |
| Berliner, Corcoran & Rowe, LLP | Janet Foster (admitted *pro hac vice*) |
| 1101 17th St. N.W., Suite 1100 | Schertler & Onorato, LLP |
| Washington, D.C. 20036 | 575 7th Street, N.W. – Suite 300 South |
| (202) 293-5555 | Washington, D.C. 20004 |
| *Counsel for Defendant Evan S. Liberty* | (202) 628-4199 |
| | *Counsel for Defendant Dustin L. Heard* |

Dated: July 10, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2015, I caused the foregoing NOTICE REGARDING FILING OF SEALED MATERIAL to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Brian M. Heberlig